FILED

2025 AUG 15 PM 4: 07

CLERK U.S. DISTRICT
CENTRAL DI
LOS A
BY: _____

Name: Tanisha A. Brown

Address: 5565 Canoga Ave #317

Woodland Hills CA 91367

Phone: 8188257968

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tanisha A. Brown

Plaintiff

v.

Netflix, Jason Oppenheim, Brett Oppenheim, Mary Fitzgerald, Diana Stanmer

Defendant(s).

CASE NUMBER:

2:25cv07678-MEMF-(MBK)

TITLE OF PLEADING

Complaint

Violation of Federal Civil Rights (42 U.S.C. § 1983)

Violation of Fifth Amendment — Takings Clause

Violation of Fourteenth Amendment — Due Process Clause

Misappropriation of Intellectual Property (ATTRACT™, Reimagine™, Creating Spaces™, Dreamgirl)

Tortious Interference with Contracts and Economic Relations

Unfair Competition / False Designation of Origin (15 U.S.C. § 1125)

Declaratory and Injunctive Relief

## I. PARTIES

Plaintiff Tanisha A. Brown is the founder and original creator of federally recognized innovation frameworks, including ATTRACT™, Reimagine™, Creating Spaces™, and Dreamgirl, and serves as a State Point of Contact under Executive Order 12372 overseeing federal funds tied to housing, health care, and community programs.

Defendants include Jason Oppenheim, Brett Oppenheim, The Oppenheim Group, Netflix, Done and Done Productions, Barry Raven, Dreamgirl, Chris Detert, Ryan Detert, Lisa Lafferty, Mary Fitzgerald, Jesse Cretaro, Dinae Stanman, and Does 1– 50, who have unlawfully controlled, misrepresented, and profited from Plaintiffs work and career.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 (civil rights and constitutional claims), and 28 U.S.C. § 1338 (intellectual property claims).

Venue is proper in the Central District of California because a substantial portion of the wrongful acts, business dealings, media activities, and property misappropriations occurred here.

## III. FACTUAL ALLEGATIONS

Plaintiff is the original creator and owner of the intellectual property frameworks ATTRACT™, Reimagine™, Creating Spaces™, and Dreamgirl, developed and applied across education, housing, media, and community engagement.

For years, Defendants have unlawfully controlled Plaintiff's career, rebranding her work under other names, diverting credit and profit, and erasing Plaintiff from her own story in real estate, media, and federally recognized programs.

Defendants attempted to dissolve Plaintiff's company, depriving her of assets, business operations, and professional opportunity. These actions violate her Fifth Amendment rights (Takings Clause) and Fourteenth Amendment rights (Due Process Clause).

Despite repeated formal objections and complaints, no agency or governing body intervened, allowing the unlawful exploitation of Plaintiffs work to continue for years.

## I. PARTIES

Plaintiff Tanisha A. Brown is the founder and original creator of federally recognized innovation frameworks, including ATTRACT™, Reimagine™, Creating Spaces™, and Dreamgirl, and serves as a State Point of Contact under Executive Order 12372 overseeing federal funds tied to housing, health care, and community programs.

Defendants include Jason Oppenheim, Brett Oppenheim, The Oppenheim Group, Netflix, Done and Done Productions, Barry Raven, Dreamgirl, Chris Detert, Ryan Detert, Lisa Lafferty, Mary Fitzgerald, Jesse Cretaro, Dinae Stanman, and Does 1– 50, who have unlawfully controlled, misrepresented, and profited from Plaintiffs work and career.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 (civil rights and constitutional claims), and 28 U.S.C. § 1338 (intellectual property claims).

Venue is proper in the Central District of California because a substantial portion of the wrongful acts, business dealings, media activities, and property misappropriations occurred here.

## III. FACTUAL ALLEGATIONS

Plaintiff is the original creator and owner of the intellectual property frameworks ATTRACT™, Reimagine™, Creating Spaces™, and Dreamgirl, developed and applied across education, housing, media, and community engagement.

For years, Defendants have unlawfully controlled Plaintiff's career, rebranding her work under other names, diverting credit and profit, and erasing Plaintiff from her own story in real estate, media, and federally recognized programs.

Defendants attempted to dissolve Plaintiff's company, depriving her of assets, business operations, and professional opportunity. These actions violate her Fifth Amendment rights (Takings Clause) and Fourteenth Amendment rights (Due Process Clause).

Despite repeated formal objections and complaints, no agency or governing body intervened, allowing the unlawful exploitation of Plaintiffs work to continue for years.

8/15/2025

# EXHIBITS

# A

 IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0038

In reply refer to: 0244510816
Apr. 03, 2025 LTR 147C 0
85-3231231 000000 00
00005003
BODC: SB

ATTRACT
TANISHA BROWN SOLE MBR
5565 CANOGA AVE UNIT 317
WOODLAND HILLS CA 91367

038259

Employer identification number: 85-3231231

Dear Taxpayer:

We can't reproduce the CP 575/576, Employer Identification Number (EIN) Assignment. However, this letter will serve as proof of EIN assignment verification.

Your employer identification number (EIN) is 85-3231231. Please keep this letter in your permanent records. Enter your name and EIN on all federal business tax returns and on related correspondence.

You can get any of the forms or publications mentioned in this letter by visiting our website at IRS.gov/forms or by calling 800-TAX-FORM (800-829-3676).

If you have questions, you can call us at 800-829-0115.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (  )________________________ Hours ____________________

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                                         0244510816
                                     Apr. 03, 2025   LTR 147C   0
                                     85-3231231    000000 00
                                                         00005004
```

ATTRACT
TANISHA BROWN SOLE MBR
5565 CANOGA AVE UNIT 317
WOODLAND HILLS  CA  91367


                         Sincerely yours,


                         G. Carter-Louis

                         G. Carter-Louis, Operations Manager
                         Accounts Management Operations 2


Enclosures:
Copy of this letter



BA20220128273

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20220128273

Date Filed: 4/28/2022

B0681-7482 04/28/2022 5:18 AM Received by California Secretary of State

---

**Entity Details**

| | |
|---|---|
| Limited Liability Company Name | ACTIVE & ATTRACTIVE LLC |
| Entity No. | 202012210565 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| | |
|---|---|
| Principal Address | 204 BEACH RD APT 11, MARINA, CA 93933 |

**Mailing Address of LLC**

| | |
|---|---|
| Mailing Address | 204 BEACH RD APT 11, MARINA, CA 93933 |
| Attention | |

**Street Address of California Office of LLC**

| | |
|---|---|
| Street Address of California Office | 204 BEACH RD APT 11, MARINA, CA 93933 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| TARRENCE ALBRITTON | 204 BEACH RD APT 11, MARINA, CA 93933 |

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | LEGALINC REGISTERED AGENTS, INC. Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | CLOTHING BRAND & RECORD LABEL |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *TARRENCE ALBRITTON* | *04/28/2022* |
| Signature | Date |

**State Farm Insurance**

**State Farm**

PO Box 2915
Bloomington IL 61702-2915

```
          :     17318   E-LOSSRUN
                        23- 0501-
AT1  016566 3153-05     BUS-MERCANTILE
ATTRACT LLC
5565 CANOGA AVE APT 317
WOODLAND HLS CA   91367-6654
```



June 2, 2025

```
Policy number:  92-J0-F384-9      California
Policy type:    Retail Sales Policy
Location:       395 Santa Monica Place
                Unit 134
                Santa Monica Ca
                90401-3477
```

Coverage Period: From June 23, 2021 to February 19, 2022

Coverage was continuous except from 12-23-2021 to 12-31-2021, 10-16-2021 until 11-13-2021.

IMPORTANT NOTICE

The following represents your loss experience as of May 29, 2025 for the policy years that we provided coverage, up to a maximum of 5 years:

| DATE | LOSS DESCRIPTION | AMOUNT | STATUS |
|------|------------------|--------|--------|
| 01-21-22 | Theft of personal property | $0 | CLOSED |

The premium history for this policy is:

```
POLICY PERIOD        ANNUAL PREMIUM
06-23-2021           $1,168
```

THANK YOU FOR CHOOSING STATE FARM. WE APPRECIATE YOUR BUSINESS.

If you have any questions, please call your State Farm agent, Lulu
Camberos at (310) 973-5858.


E-LOSSRUN
cc:  Lulu Camberos, 0501



*Same address of law firm*



5234047



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF INCORPORATION**
**CA NONPROFIT CORPORATION**
**MUTUAL BENEFIT**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: 5234047 |
| Date Filed: 9/6/2022 |

B1077-4912 09/06/2022 12:20 PM Received by California Secretary of State

| Corporation Name | |
| --- | --- |
| Corporation Name | THE BROWN AGENCY |

| Initial Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 355 SOUTH GRAND AVE LOS ANGELES, CA 90071 |

| Initial Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 355 SOUTH GRAND AVE LOS ANGELES, CA 90071 |
| Attention | Tanesha Brown |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | Anthony Sinclair |
| Agent Address | 100 EAST MACARTHUR BLVD UNIT 560 SANTA ANA, CA 92707 |

**Purpose Statement**

This corporation is a Nonprofit **Mutual Benefit Corporation** organized under the Nonprofit Mutual Benefit Corporation Law. The purpose of this corporation is to engage in any lawful act or activity other than credit union business, for which a corporation may be organized under such law.

**Additional Statements**

The specific purpose of this corporation is to provide low income housing in order to transform spaces and lives one unit at a time.

Notwithstanding any of the above statements of purpose and powers, this corporation shall not, except to an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the specific purpose of this corporation.

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of these Articles of Incorporation.

**Electronic Signature**

☒  I declare that I am the person who executed this instrument, which execution is my act and deed.

*ANTHONY SINCLAIR*
—————————————————
Signature

09/06/2022
—————————————————
Date



5432861

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF INCORPORATION**
**CA GENERAL STOCK CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: 5432861 |
| Date Filed: 1/11/2023 |

B1397-4224 01/11/2023 4:11 PM Received by California Secretary of State

---

**Corporation Name**
Corporation Name — Brown Agency Inc

**Initial Street Address of Principal Office of Corporation**
Principal Address — 8605 SANTA MONICA BOULEVAR
LOS ANGELES, CA 90069

**Initial Mailing Address of Corporation**
Mailing Address — 8605 SANTA MONICA BOULEVAR
LOS ANGELES, CA 90069

Attention

**Agent for Service of Process**
Agent Name — marcio garcia
Agent Address — 8605 SANTA MONICA BOULEVAR
LOS ANGELES, CA 90069

**Shares**
The total number of shares the corporation is authorized to issue is: 100
Does the corporation have more than one class or series of shares? No

**Purpose Statement**
The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**
☒ By checking this box, I acknowledge that I am electronically signing this document as the incorporator of the Corporation and that all information is true and correct.

*Marcio Garcia* — *01/11/2023*
Incorporator Signature — Date

---



BA20241655312



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20241655312 |
| Date Filed: 9/16/2024 |

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | SKC COMMUNICATION PRODUCTS, LLC |
| Entity No. | 201034910094 |
| Formed In | DELAWARE |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 8320 HEDGE LANE TERRACE<br>SHAWNEE MISSION, KS 66227 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 6301 BENJAMIN ROAD, SUITE 101<br>SUITE 101<br>TAMPA, FL 33634 |
| Attention | Legal Department |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| Steve Benjamin | 6301 BENJAMIN ROAD<br>SUITE 101<br>TAMPA, FL 33634 |
| Mark A. Payne | 6301 BENJAMIN ROAD<br>SUITE 101<br>TAMPA, FL 33634 |
| John Zettel | 6301 BENJAMIN ROAD<br>SUITE 101<br>TAMPA, FL 33634 |

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | audio visual provider |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

A Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding ~~final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is~~ ~~pending, for the violation of any wage order or provision of the Labor Code.~~

B3044-6866 09/16/2024 1:47 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Steve Benjamin*
_____
Signature

*09/16/2024*
_____
Date

B3044-6867 09/16/2024 1:47 PM Received by California Secretary of State



U200024900623



**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U200024900623 |
| Date Filed: 10/10/2020 |

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

**Debtor Information:**

| Debtor Name | Mailing Address |
| --- | --- |
| TANISHA BROWN | 1404 PINTAIL DR SUISUN CITY, CA 94585 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
| --- | --- |
| U.S. SMALL BUSINESS ADMINISTRATION | 1545 HAWKINS BLVD, SUITE 202 EL PASO, TX 79925 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. EXEMPT Per California Government Code Section 6103 PLEASE EXPEDITE 842609 8206

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2001 29569

Case 2:25-cv-07678-MEMF-MBK    Document 1    Filed 08/15/25    Page 15 of 63    Page ID
#:15

# GAIA By Attract Magazine Pops at Westfield Century City

RETAIL



Image: GAIA by Attract Magazine

**By Andrew Asch** As of Tuesday, February 16, 2021

"Selling Sunset," a Netflix reality series, looks for the fabulous in Los Angeles's real-estate scene. Cast member Amanza Smith and Lisa Lafferty, who also appeared on the show, are taking a dive into beauty with pop-up shop Gaia by Attract Magazine, which is a women's lifestyle platform. The pop-up opened at Westfield Century City last month and will run until March 31. It will offer clothing, beauty, self-care and sweets, said Tanisha Brown, founder of Gaia by Attract Magazine. Brown worked with Smith to develop the pop-up. Lafferty crafted the interior design.

Brown said, "This whole experience is about a promise of positive energy, where women of all walks of life can indulge, enjoy, retreat, and find empowerment."

Lafferty said that the pop-up's design elements include black-and-white striped flooring, modern furniture, and a bouquet of floral accents.

Brands available at the pop-up included Camilla Seretti, Sugar Me, Shai Dye, VVIVIIVIII Apparel|Beauty. Brown said that the pop-up will feature trunk shows and beauty tutorials.



# Design

**We specialize in creating print and digital collateral that works.**



A DIVERSE TEAM WITH KNOWLEDGE AND EXPERIENCE.

WOMAN, MINORITY AND VETERAN LEADS.

STRATEGIC PARTNERSHIPS FROM ALL WALKS OF LIFE.

MATERIALS SUPPORT SOLAR ENERGY INITIATIVE.



Overshadow the competition
The Bentley Arnage Red Label

A PARTY WITH NO CAKE
IS JUST A MEETING





# THE SPACE

## A PLACE FOR EMERGING TRENDS AND MEANINGFUL VOICES.

Housed in the iconic Santa Monica Place Mall, the Attract Event Space spans 2800 square feet with a sleek, modern design.

The aesthetics are undeniable. A stunning locale, this expansive space features high gloss white flooring off set by black lacquered trims, backlit detail throughout and recessed lighting making it a perfect canvas to be transformed to suit your vision.



ATTRACT MAGAZINE

# MAKE IT YOUR OWN...



## NETWORKING EVENTS

Host a networking event that flows beautifully and allows your guests to connect. The open concept let's attendees move freely, carry on conversations and create lasting professional or personal connections.

ATTRACT MAGAZINE

## PANEL DISCUSSIONS

Are you a leader in your space and want to bring your knowledge to the masses? Use the space for a panel discussion, Q&A or meet and greet.

## PRODUCT LAUNCH

Show off your new product here. Transform the space to bring the essence of your product to life. Showcase single or multiple products within the space that's flushed with attractive lighting and design.

# GET A GLIMPSE OF THE INSIDE







## NATURAL LIGHT

## SLEEK, MODERN DESIGN

## PRIME LOCATION/ VISABILITY

WE REVEAL AUTHENTICITY IN YOUR BRAND



**Collective Partnership Agreement Letter**
**California Jobs First: Los Angeles County Region**

5/6/2024

Los Angeles County Economic Development Corporation
633 West 5th Street, 33rd Floor
Los Angeles, CA 90071

To the Los Angeles County Economic Development Corporation (Regional Convener):

The Communication Products LLC is pleased to inform you that we are in agreement with the goals of California Jobs First (CJF), formerly the Community Economic Resilience Fund (CERF), proposal for the Los Angeles County Region developed by the California Community Foundation (Fiscal Agent), and the Los Angeles County Economic Development Corporation (Regional Convener) in collaboration with a broad array of community partners in the region.

We agree to participate actively in the CJF planning process, including the development of a fair and democratic governance structure that shares decision-making and balances the interests of all represented groups, as well as contribute to the outreach and engagement strategy. We are committed to working in partnership with a wide range of regional stakeholders with diverse interests to create a more inclusive, equitable, sustainable, competitive, and resilient economy for the Los Angeles County Region.

Communication Products LLC, is a firm that designs products that foster collaboration, empowers communities and fuel strength through our purposeful design infrastructure projects.

We will bring to the table a dynamic blend of architects, interior designers, researchers, influencers, celebrities, and artists from diverse industries, united to embody change, innovation, unity, and diversity. With our diverse and skilled team, we not only merge various skills and perspectives but also immerse ourselves in a rich tapestry of experiences.

Our primary contact for this process will be:

Contact Person: Tanisha A. Brown
Email Address: tbrown@tbaconsultingfirm.org
Phone: (310) 349-9218
Address: 5565 Canoga Ave #317 Woodland Hills, CA 91367

Sincerely,

5/6/2024

_____                    _____
Authorized Signatory: Tanisha A. Brown, Owner        Date 5/6/2024



## THE VICE PRESIDENT

April 17, 2024

I am honored to extend my warmest greetings to all those convened for the 2024 Minority
Business Enterprise Connect Summit.

While every community should be able to take part in the clean energy economy, not every
community has had the opportunity to do so. As you all know, one of the biggest barriers to
economic opportunity is a lack of access to the capital needed to start and grow a clean energy
business.

President Biden and I stand alongside you in working to address that problem and build a clean
energy economy. Since taking office, we have made the largest investment in taking on the
climate crisis in history—an estimated 1 trillion dollars over the next 10 years. This will create
millions of jobs, provide billions of dollars to clean energy small businesses and entrepreneurs,
lower monthly energy bills for families, and expand access to capital, including for those in
underserved communities. Earlier this month, I announced that we are providing tens of billions
of dollars directly to community leaders for the first time in history. This will help to finance
local climate projects while empowering communities to decide which projects will make the
greatest impact on the place they call home.

While we have made great progress, we know there is more to do. And we cannot do it alone.
Thank you for the work you do to connect, advise, and foster relationships between institutions
with a vision for an equitable clean energy economy. Your ongoing commitment to educating
individuals about funding opportunities will have a lasting impact on communities nationwide.

I am grateful to all of you for your work to uplift our Nation, including the visionary team at the
Department of Energy that spearheads so much of this work. We are proud to partner with all
those gathered today on the critical work that lies ahead. May this summit motivate us to
continue investing in a clean energy economy and creating economic opportunity for all.



We empower through designing spaces that
reflect their aspirations.

## <u>Acknowledgments</u>

The Quality Control Plan (QCP) for the project, The Naval Surface Warfare Center, Indian Head Division (NSWC IHD), has been developed to ensure that all work will be performed in accordance with the contract agreement requirements. Communication Products LLC will maintain an inspection system which ensures compliance with the contract requirements.

Key Personnel:
Communication Products' employees' level of expertise, knowledge, and experience, particularly Key Personnel, are always available throughout the term of the project – even if extended. All individuals have significant training, expertise and experience in the areas or disciplines set forth in the Contract Documents. Communication Products shall not substitute Key Personnel without the prior written approval from the city, including names and references. Communication Products' Quality Control Manager has the overall responsibility for Communication Products' QCP program. The quality control manager for this project is:

Tanisha Brown
747.494.7734
tbrown@tbaconsultingfirm.org

Any questions, concerns, or clarifications should be directed to the Quality Control Manager.

**Quality Control Testing:**
All deliverables shall be reviewed, evaluated, and approved by Senior Graphic Designer, then 1st manager, Senior Manager then the Quality Control Manager, to ensure conformance with each project requirement before it is submitted to the city for review. Verification that all components of the deliverable conform to each specified requirement and all personnel performing work are properly qualified and trained as per the project specifications.

**Quality Assurance Surveillance Plan:**
Communication Products understands The Champaign Police Department will investigate all complaints from the agency and staff of The Internal Services Department; and other locations associated with this contract. Communication Products will receive all information either verbally and/or in writing from the COR for appropriate action.

**Communication Products Project Manager:**
Communication Products shall assign a Project Manager who shall interface with the city and any other person or persons authorized by the city to represent them in some or all dealings with Communication Products.

**Accuracy of Services:**
Communication Products shall be responsible for the accuracy of the Services and shall promptly correct its errors and omissions without additional compensation from the city.

# Connecting Brands

## Help empower undeveloped brands to reach their full potential

At Communication Products LLC, we specialize in creating purposeful retail and housing spaces, as well as impactful marketing collateral. With over a decade of experience collaborating with large corporations, we ensure cohesive brand identities across all channels. Our innovative and authentic approach keeps our clients relevant and connected in today's dynamic market.

## Empowering Brands

# The Workforce Innovation and Opportunity Act

- Adds Vocational Rehabilitation, Adult Education, and Registered Apprenticeship as required board members and increases the voice of labor on the board
- Identifies 13 functions for Local workforce boards.  Among them are:
  - Analyses of regional conditions;
  - Leading efforts to engage employers;
  - Leading efforts to develop and implement career pathways;
  - Identifying and promoting proven and promising practices;
  - Establishing  standing committees to more effectively accomplish the work of the local boards;
  - Better utilizing technology to facilitate connections among the intake and case management information systems of one-stop partners, to access services provided through the one-stop system (including remote areas), to meet the needs of individuals with barriers to employment, and to leverage resources and capacity;
  - Promoting consumer choice of participants among providers;
  - Enhancing coordination with education providers; and
  - Assessing the physical and programmatic accessibility of one-stop centers annually in accordance with applicable nondiscrimination provisions under Title I of the WIOA and the Americans with Disabilities Act.
- Identifies 12 functions for State workforce boards.  Among them are:
  - Review of statewide policies and programs and development of recommendations on actions state should take to align core and other programs in a manner that supports a comprehensive system, including the review and provision of comments on state plans for activities and non-core programs of one-stop partners.
  - Development of guidance for the implementation and continuous improvement of the workforce development system (addressing alignment, career pathways, sector partnerships, coordination between states and local areas, identification of regions, technical assistance, case management information systems)
  - Identification and dissemination of best practices
  - Development and review of statewide policies affecting the coordinated provision of services through the one-stops
  - Development of strategies for technological improvements
  - Development of statewide workforce and labor market information systems

## EFFECTIVE DATES FOR IMPLEMENTATION AND TECHNICAL ASSISTANCE

In general, WIOA takes effect on July 1, 2015; however, the planning requirements and common indicators of performance take effect on July 1, 2016 and other exceptions specifically noted in the law.

DOL is working in coordination with the Department of Education and the Department of Health and Human Services to support the public workforce system to implement WIOA.  The DOL WIOA Resource Page (www.doleta.gov/WIOA) will include updated guidance and resources, as well as communicate opportunities to provide input. The WIOA Collection Page (wioa.workforce3one.org) provides links to technical assistance tools and information to support implementation.  Questions regarding WIOA can be emailed to DOL.WIOA@dol.gov.

**EMPLOYMENT AND TRAINING ADMINISTRATION**
UNITED STATES DEPARTMENT OF LABOR

## The Workforce Innovation and Opportunity Act

# Fact Sheet: Governance and Leadership

The Workforce Innovation and Opportunity Act (WIOA), signed into law on July 22, 2014, is the first legislative reform of the public workforce system in 15 years. The law supersedes the Workforce Investment Act of 1998 and amends the Adult Education and Family Literacy Act, the Wagner-Peyser Act, and the Rehabilitation Act of 1973.

WIOA presents an extraordinary opportunity to improve job and career options for our nation's workers and jobseekers through an integrated, job-driven public workforce system that links diverse talent to businesses. It supports the development of strong, vibrant regional economies where businesses thrive and people want to live and work.

WIOA retains the nationwide system of one-stop centers, which directly provide an array of employment services and connect customers to work-related training and education. WIOA furthers a high quality one-stop center system by continuing to align investments in workforce, education, and economic development. The new law places greater emphasis on one-stops achieving results for jobseekers, workers, and businesses. WIOA reinforces the partnerships and strategies necessary for one-stops to provide job seekers and workers with high-quality career services, education and training, and supportive services they need to get good jobs and stay employed, and to help businesses find skilled workers and access other supports, including education and training for their current workforce.

## HIGHLIGHTS OF THE WIOA REFORMS FOR GOVERNANCE

WIOA seeks to improve the effectiveness of and streamline the governing structures of the public workforce investment system, empower elected officials and workforce boards, establish structures for working regionally aligned with regional economies, and engage the key stakeholders needed to lead the system to achieve the goals of WIOA.

WIOA empowers State and Local elected officials and private sector-led workforce boards with the responsibility of developing a strategic, integrated plan that supports economic growth and labor force needs intended to grow the capacity and performance of the workforce system. WIOA authorizes the following changes:

- Streamlines membership requirements for State and Local workforce boards while maintaining a majority of business representation

- Requires certification and continuous improvement of one-stop centers by the Chief Elected Officials and the workforce boards

## WIOA PROGRAMS

WIOA authorizes the one-stop career center (also known as American Job Center) service delivery system and six core programs. The core programs are:

- WIOA Title I (Adult, Dislocated Worker and Youth formula programs) administered by Department of Labor (DOL);

- Adult Education and Literacy Act programs administered by the Department of Education (DoED);

- Wagner-Peyser Act employment services administered by DOL; and

- Rehabilitation Act Title I programs administered by DoED.

WIOA also authorizes the Job Corps program, the YouthBuild program, Native American programs, and Migrant and Seasonal Farmworker programs, as well as evaluation and multistate projects.

The law supersedes the Workforce Investment Act of 1998 and amends the Adult Education and Family Literacy Act, the Wagner-Peyser Act, and the Rehabilitation Act of 1973.

**EMPLOYMENT AND TRAINING ADMINISTRATION**
UNITED STATES DEPARTMENT OF LABOR

# SMALL LOAN COMPANY LICENSE

## License Number:    02297

This is to certify that:

DreamSpring
d/b/a:

With its office at:    2000 Zearing Avenue, NW Albuquerque, NM 87104

Has qualified under the provisions of the New Mexico Small Loan Act of 1955 and authority is hereby granted to operate a loan business at the above address only, in conformity with the provisions of said Act.

The license constitutes and shall be construed as a grant of revocable privilege only to be held and enjoyed subject to conditions, restrictions, and limitations contained in said Act and the lawful rules and regulations promulgated by the Director of the Financial Institutions Division thereunder and not otherwise.

IN WITNESS WHEREOF, the Director, Financial Institutions Division, Regulation and Licensing Department, hereunto affixed his hand and caused these presents to be signed on this May 20, 2024.

**This license expires on June 30, 2025, and is not transferable or assignable.**

## NEW MEXICO FINANCIAL INSTITUTIONS DIVISION

_Mark A. Sadowski_

Mark D. Sadowski
Director

## BUDGET INFORMATION - Construction Programs

OMB Number: 4040-0008
Expiration Date: 02/28/2025

NOTE: Certain Federal assistance programs require additional computations to arrive at the Federal share of project costs eligible for participation. If such is the case, you will be notified.

| | COST CLASSIFICATION | a. Total Cost | b. Costs Not Allowable for Participation | c. Total Allowable Costs (Columns a-b) |
|---|---|---|---|---|
| 1. | Administrative and legal expenses | $ 25,000 | $ | $ 25,000 |
| 2. | Land, structures, rights-of-way, appraisals, etc. | $ 0 | $ | $ 0 |
| 3. | Relocation expenses and payments | $ 205,000 | $ | $ 205,000 |
| 4. | Architectural and engineering fees | $ 0 | $ | $ 0 |
| 5. | Other architectural and engineering fees | $ 0 | $ | $ 0 |
| 6. | Project inspection fees | $ 0 | $ | $ 0 |
| 7. | Site work | $ 0 | $ | $ 0 |
| 8. | Demolition and removal | $ 0 | $ | $ 0 |
| 9. | Construction | $ 100,000 | $ | $ 100,000 |
| 10. | Equipment | $ 20,000 | $ | $ 20,000 |
| 11. | Miscellaneous | $ 50,000 | $ | $ 50,000 |
| 12. | SUBTOTAL (sum of lines 1-11) | $ 400,000 | $ 0 | $ 400,000 |
| 13. | Contingencies | $ 0 | $ | $ 0 |
| 14. | SUBTOTAL | $ 400,000 | $ 0 | $ 400,000 |
| 15. | Project (program) income | $ 30,000 | $ | $ 30,000 |
| 16. | TOTAL PROJECT COSTS (subtract #15 from #14) | $ 370,000 | $ 0 | $ 370,000 |

### FEDERAL FUNDING

| 17. | Federal assistance requested, calculate as follows: (Consult Federal agency for Federal percentage share.) Enter the resulting Federal share. | Enter eligible costs from line 16c. Multiply X [ 100 ] % | $ 370,000 |
|---|---|---|---|

## INSTRUCTIONS FOR THE SF-424C

Public reporting burden for this collection of information is estimated to average 180 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project (0348-0041), Washington, DC 20503.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE OFFICE OF MANAGEMENT AND BUDGET. SEND IT TO THE ADDRESS PROVIDED BY THE SPONSORING AGENCY.**

This sheet is to be used for the following types of applications: (1) "New" (means a new [previously unfunded] assistance award); (2) "Continuation" (means funding in a succeeding budget period which stemmed from a prior agreement to fund); and (3) "Revised" (means any changes in the Federal Government's financial obligations or contingent liability from an existing obligation). If there is no change in the award amount, there is no need to complete this form. Certain Federal agencies may require only an explanatory letter to effect minor (no cost) changes. If you have questions, please contact the Federal agency.

Column a. - If this is an application for a "New" project, enter the total estimated cost of each of the items listed on lines 1 through 16 (as applicable) under "COST CLASSIFICATION."

If this application entails a change to an existing award, enter the eligible amounts *approved under the previous award* for the items under "COST CLASSIFICATION."

Column b. - If this is an application for a "New" project, enter that portion of the cost of each item in Column a. which is *not* allowable for Federal assistance. Contact the Federal agency for assistance in determining the allowability of specific costs.

If this application entails a change to an existing award, enter the adjustment [+ or (-)] to the previously approved costs (from column a.) reflected in this application.

Column. - This is the net of lines 1 through 16 in columns "a." and "b."

———————————————

Line 1 - Enter estimated amounts needed to cover administrative expenses. Do not include costs which are related to the normal functions of government. Allowable legal costs are generally only those associated with the purchases of land which is allowable for Federal participation and certain services in support of construction of the project.

Line 2 - Enter estimated site and right(s)-of-way acquisition costs (this includes purchase, lease, and/or easements).

Line 3 - Enter estimated costs related to relocation advisory assistance, replacement housing, relocation payments to displaced persons and businesses, etc.

Line 4 - Enter estimated basic engineering fees related to construction (this includes start-up services and preparation of project performance work plan).

Line 5 - Enter estimated engineering costs, such as surveys, tests, soil borings, etc.

Line 6 - Enter estimated engineering inspection costs.

Line 7 - Enter estimated costs of site preparation and restoration which are not included in the basic construction contract.

Line 9 - Enter estimated cost of the construction contract.

Line 10 - Enter estimated cost of office, shop, laboratory, safety equipment, etc. to be used at the facility, if such costs are not included in the construction contract.

Line 11 - Enter estimated miscellaneous costs.

Line 12 - Total of items 1 through 11.

Line 13 - Enter estimated contingency costs. (Consult the Federal agency for the percentage of the estimated construction cost to use.)

Line 14 - Enter the total of lines 12 and 13.

Line 15 - Enter estimated program income to be earned during the grant period, e.g., salvaged materials, etc.

Line 16 - Subtract line 15 from line 14.

Line 17 - This block is for the computation of the Federal share. Multiply the total allowable project costs from line 16, column "c." by the Federal percentage share (this may be up to 100 percent; consult Federal agency for Federal percentage share) and enter the product on line 17.

**SF-424C (Rev. 7-97) Back**

## JUSTIFICATION AND APPROVAL
## FOR OTHER THAN FULL AND OPEN COMPETITION

Acquisition Title: Acquisition of surveillance data management software to support the Metropolitan Atlanta Congenital Defec

Agency: CDC

Acquisition Year (FY): 2023

Author and Title: Kandi Givner, Public Health Analyst (COR)

### 2. Description of Action:

| Nature: | ☒ New Requirement | ☐ Follow-on Requirement | |
| --- | --- | --- | --- |
| | ☐ Modification to Existing Purchase Order/Contract Number: | | |
| Pricing: | ☒ Firm-Fixed Price | ☐ Time & Materials | ☐ Cost |
| | ☐ Other: | | |
| Funds: | ☐ OMA | ☐ Other Funds: | |

Name of Proposed Contractor(s): OpenClinica

Street Address: 1075 Main Street, Suite #140

City, State, Zip: Waltham, MA 02451

### 3. Description of Services or Supplies:

| Basis for Approval (FAR 6.303-1(d)): | ☒ Individual Basis | ☐ Class Basis |
| --- | --- | --- |

The total estimated value of the proposed action, including all options is $

OpenClinica data management commercial-off-the-shelf software (COTS) - annual Enterprise/OC4 license for each year of the contract, and technical support services. One-year Base with four, one-year, Option Periods. is 9/2023 - 9/2028.

**4. Authority and Rationale:** Identify the statutory authority, FAR title and FAR citation permitting other than full and open competition.  It may be one of the following most commonly used citations by the operating divisions of the Department of Health and Human Services (HHS), but other exceptions may apply per FAR Subpart 6.3.

### Actions other than simplified acquisition procedures (select only one and provide an explanation):

☒ FAR 6.302-1:  Only one responsible source and no other supplies or services will satisfy agency requirements, 41 U.S.C. 3304(a)(1)

The Metropolitan Atlanta Congenital Defects Program's (MACDP) current data management system (BDMAP) is an in-house developed MS Access database, fraught with compatibility and maintenance issues. Due to time and program resource availability, MACDP requires an established software product (e.g., COTS) that can be configured to our needs, versus a newly built solution. The replacement system will need to accommodate over 600 variables including complex information about birth defects, pre- and post-natal procedures, and case notes from patient medical chart abstractions, and be able to track patient-level data longitudinally, for years.

Records in MACDP undergo a series of concurrent and sequential reviews and quality checks.  A system is required that can accommodate data capture from multiple sources for the same patient over time and can support routing procedures that ensure high data quality.  A summary of the business requirements is as follows -

• Data entry forms fully customized for MACDP's required variables (including PII) with edit checks, dynamic logic, and the ability to capture 1:N data
• A web-based user interface for CDC staff performing data entry, cleaning, or analytic tasks
• Secure log-in with role-based permissions for CDC users
• Search on multiple variables (such as names and partial dates): During data entry, CDC abstractors will first attempt to identify an existing record for a case already in the MACDP database before creating a new record
• Ability to lock and unlock records and edit existing case records
• Ability to annotate and comment on data-level fields and route case records to specific users for further action
• Ability to be hosted and maintained in an environment that is compliant with CDC and federal government requirements and provide adequate protection for patient PII (e.g., name, date of birth, address)
• Ability to track and modify record case status over time
• Audit tracking that can capture date, time, username, and change made for all changes within the database
• Ability to visualize data in-tool as well as pull data extracts ad-hoc
• Routine database back-ups/version control with the ability to restore to previous records if needed
• Reliable data management, including >99.9% uptime, and full encryption in transit and full encryption at rest
• Integration with external data sources (such as Vital Records imports and future potential for EHR linkages via FHIR)

OpenClinica's data management software was determined to be the only available product with the capabilities to meet MACDP's functional requirements, as described above. Other evaluated products were either not capable of handling multiple relational tables (1:N data) or did not provide the detailed audit trail tracking necessary for MACDP abstractors, analysts, clinicians, and data processors to communicate. No other currently available tools, except for OpenClinica, were found to provide a sufficiently robust search feature, allowing for searching across multiple variables with partial information, which is critical to entering longitudinal data for the same patient that may begin during the prenatal period (prior to Full Name or Date of Birth being a reliable indicator). A few vendors that did not have a current data management system appeared to be capable of potentially developing something that might work for MACDP's birth defects surveillance, but the cost and length of time to develop a new product would be detrimental to MACDP. Thus, we evaluated currently existing Commercial Off the Shelf (COTS) data management software.

OpenClinica is also aligned with CDC's Data Modernization goals as OpenClinica is a web-based enterprise solution that offers both cloud-based hosting (e.g., Amazon Web Services) and server storage options. OpenClinica can integrate with the CDC Secure Access Management Services (SAMS) to use SAMS grid cards and can work with other SAML-based identity providers as needed. OpenClinica has full encryption in transit and full encryption at rest, including for backups using modern, industry-standard encryption in their ISO 27001 & SOC 2 certified data center. They also have numerous layers of controls on access, including role-based access to the system and application levels for authorized users only, with multi-factor authentication.

As part of this contract, in addition to enterprise licenses for CDC for the data entry/visualization modules and MACDP database hosting, OpenClinica shall provide technical support hours necessary for the customization and configuration of their software and for change management, when updates or edits are needed over the course of the performance period.

In 2022, CDC attempted to identify a vendor that could provide support for configuration of the data management software (a more extensive scope than the current one) via market research and, ultimately, a solicitation.  The only response received was from Cerner Government services which met the requirements by proposing to subcontract with OpenClinica.  Cerner's price was significantly higher than MADCP had anticipated; therefore, no contract was awarded.  The market research and results of the prior solicitation have established that OpenClinica is the only vendor possessing the proprietary knowledge of, and unique expertise in, the software to provide the required technical support to achieve an appropriate back-end relational database structure.

☐ FAR 6.302-2:  Unusual and compelling urgency, 41 U.S.C. 3304(a)(2)

☐ FAR 6.302-5:  Authorized or Required by Statute, 41 U.S.C. 3304(a)(5)

☐ Other (See FAR Subpart 6.3 for additional authority)

*Provide a full explanation to justify use of the exception.*

**5. Agency Actions to Take or Remove Barriers That Led to Other Than Full and Open Competition (If applicable):**
*Describe the actions, if any, the agency may take to remove or overcome any barriers that led to the restricted consideration prior to any subsequent acquisition for the supplies of services is made. If no such actions have been taken, explain why.*

The OpenClinica commercial, off-the-shelf database software was identified as the only currently available tool to satisfy CDC's functional and technical requirements for the MACDP surveillance database. As information technology changes over the five-year Period of Performance, this may result in an increase in the number of other commercial, off-the-shelf databases available to meet the minimum CDC technical specifications and thus increase the number of potential offerors for the 2028 contract solicitation. CDC will consider alternative products as appropriate for future solicitations.

**6. Bridge Contracts:**

Not applicable as this is a new requirement and not a bridge contract.

**7. Actions to Increase Competition:**

In May 2022, a Sources Sought announcement was issued to identify other potential vendors that could provide support services for OpenClinica. This yielded capability statements from the following vendors – OpenClinica, Altarum, REDCap, ESSENCE, Cerner Government Services, Keymind, Advent Business Company, Ji-Solutions, TechFocus LLC, and The Simple VUE, LLC. While the responses did not identify any vendors capable of providing the support other than OpenClinica, ss described in Block 4, a solicitation was subsequently issued with only one response received, from Cerner Government Services, Cerner's approach for meeting the need was to provide the support through subcontracting with OpenClinica. As Cerner's price was significantly higher than MADCP had anticipated, no contract was awarded.

Based on the market research conducted and the result of the earlier solicitation, MADCP concluded that only OpenClinica has the capability to directly provide the support services.

A notice of Intent to Sole Source for this requirement will be publicized in accordance with FAR 5.2.

**8. Market Research:**

Market Research was conducted to identify potential software products via communications with birth defects surveillance units within state health departments and CDC CIOs regarding currently utilized surveillance system tools. Ten potential data management products were identified (e.g., OpenClinica, Altarum, MAVEN, EpiTrax); 6 products were determined to be unsuitable for MACDP because of limited use (e.g., a custom system used by only one health department) or due to niche focus (e.g., infectious disease outbreaks). The remaining four products – OpenClinica, Altarum, REDCap, and ESSENCE – were evaluated using a matrix of user specifications and functional requirements (as described above). Of these, only OpenClinica provides the key requirements for the surveillance system to operate, such as a robust search feature that allows users to query existing records on multiple variables, a secure graphical user interface, the ability to store case data from active case ascertainment in a relational table structure to accommodate 1:N relationships, and to support complex routing and data quality processes.

The contract specialist reviewed the program's market research and performed online research to confirm the features of OpenClinica in the context of the four software products given careful consideration by MACDP.

Over the course of the contract, MACDP will continuously monitor the market for competitive solutions.

**9. Procurement History:**

Purchase order or contract number: | N/A

| Was action competed? | ☐ Yes | ☐ No |
|---|---|---|

If action was not competed, state the cited authority, summarize rationale, and describe the actions that were supposed to be taken to increase competition and the results thereof:

**10. Additional Information to support the justification:**

Based on MACDP's direct knowledge of attempts to modernize its outdated surveillance database, and after further confirming via market research, it is evident that both the time frame to develop a custom system, and the CDC resources that would be required to do so, would be an impractical use of MACDP's available resources. A brand new from-scratch surveillance system would take two years or more o develop. E.g., MADCP's previous SQL database, CASES, took four-years in development and was never fully implemented in a production environment. Using a commercial off-the-shelf database that will be configured to meet MACDP's requirements is the best approach. CDC's IT Data Governance board (ITDG) has approved use of OpenClinica by MACDP.

Market research has confirmed that OpenClinica is the only software product that can meet the program's data management needs. Furthermore, a sources sought announcement issued last year established that, because of its proprietary knowledge and expertise relative to the software, OpenClinica is the only source that can provide the required consulting, training and other support services.

**11. Technical / Requirements Certification:** *By my signature below,* I certify that the supporting data included in this J&A is accurate and complete.

| Program Manager | |
|---|---|
| Name: | Kandi Givner |
| Position Title: | Public Health Analyst |
| Email address: | xla7@cdc.gov |
| Phone: | |

| Program Manager Supervisor (or one level above Program Manager) | |
|---|---|
| Name: | Justin Horhn |
| Position Title: | Deputy Branch Chief, BDMRB |
| Email address: | |
| Signature: | **Justin J. Horhn -S**    Digitally signed by Justin J. Horhn -S Date: 2023.06.14 08:43:31 -04'00' |
| Date: | Jun 14, 2023 |

**12. Fair and Reasonable Price/Cost Determination:** As Contracting Officer, by my signature below, I hereby determine that the anticipated price/cost to the Government for this contract action will be fair and reasonable.

Price analysis of software license and support services pricing will be conducted to establish that the pricing is fair and reasonable.

| Name: | Sherrie N. Randall | Phone: | |
|---|---|---|---|
| Signature: | Sherrie N. Randall -S    Digitally signed by Sherrie N. Randall -S Date:2023.07.18 13:59:49 -04'00' | Date: | Jul 18, 2023 |

**13. Contracting Officer's Approval (Required for proposed contract not to exceed $700,000 (value calculated including all options)):** I hereby certify that this justification is accurate and complete to the best of my knowledge. I approve this justification subject to availability of funds, and provided that the services and supplies herin describe have otherwise been authorized for acquisition.

| Name: | Sherrie N. Randall | Phone: | |
|---|---|---|---|
| Signature: | Sherrie N. Randall -S  Digitally signed by Sherrie N. Randall -S Date: 2023.07.18 14:01:43 -04'00' | Date: | Jul 18, 2023 |

**14. Legal Review:**

| |
|---|
| |

**15. OPDIV Competition Advocate Approval (Required for proposed contract over $700,000 but not exceeding $13.5 million value calculated including all options)):**

I have reviewed this justification and find that it adequately supports other than full and open competition.

| Name: | Kem Williams | Phone: | : |
|---|---|---|---|
| Signature: | Kem Williams -S  Digitally signed by Kem Williams -S Date: 2023.08.16 09:34:26 -04'00' | Date: | Aug 16, 2023 |

**16. Office of Small and Disadvantaged Business Utilization:**

I have reviewed this justification and find that it adequately supports other than full and open competition.

| Name: | Gwendolyn S. Miles | Phone: | |
|---|---|---|---|
| Signature: | Gwendolyn S. Miles -S4  Digitally signed by Gwendolyn S. Miles -S4 Date: 2023.08.16 17:14:27 -04'00' | Date: | 08/16/2023 |

**17. OPDIV HCA Approval (Required for proposed contract over $13.5 million but not exceeding $68 million value calculated including all options)):**

| Name: | | Phone: | |
|---|---|---|---|
| Signature: | | Date: | |

**18. Department Competition Advocate:**

| Concur: | ☐ | Non-Concur: | ☐ |
|---|---|---|---|
| Name: | | Phone: | |
| Signature: | | Date: | |

*(The below approval paragraph is required if the cumulative contract value, including all options, exceeds $68 million.)*

**19. HHS Senior Procurement Executive (SPE) Approval:**

Based on the foregoing justification, I hereby approve other than full and open competition for the above stated procurement, subject to the availability of funds, and provided that the services herein described have otherwise been authorized for acquisition.

**State supplies/services being procured:**

| |
|---|
| OpenClinica data management commercial-off-the-shelf software (COTS) - annual Enterprise/OC4 license for each year of the contract, and technical support services. One-year Base with four, one-year, Option Periods. is 9/2023 - 9/2028. |

**State the full statutory authority and FAR cite and title, consistent with paragraph 4, e.g. 41 U.S.C. 3304:**

| |
|---|
| |

| Name: | | Phone: | |
|---|---|---|---|
| Signature: | | Date: | |

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
☐ Preapplication
☒ Application
☐ Changed/Corrected Application

**\* 2. Type of Application:**
☒ New
☐ Continuation
☐ Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**
FEMA-FMA-2023

**5b. Federal Award Identifier:**
FEMA-FMA-2023

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** California Governor's Office of Emergency Services (Cal OES)

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):**
68-0278801

**\* c. UEI:**
UTM3S7LKYQZ4

**d. Address:**

**\* Street1:** 3650 Schriever Avenue
**Street2:**
**\* City:** Mather
**County/Parish:**
**\* State:** CA: California
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 95655-4008

**e. Organizational Unit:**

**Department Name:** CA Office of Emergency Service

**Division Name:** Recovery - Hazard Mitigation

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**
**\* First Name:** Ron
**Middle Name:**
**\* Last Name:** Miller
**Suffix:**

**Title:** Branch Chief

**Organizational Affiliation:**

**\* Telephone Number:** 916-845-8853
**Fax Number:**

**\* Email:** Ron.Miller@caloes.ca.gov

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

A: State Government

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Federal Emergency Management Agency (FEMA)

**11. Catalog of Federal Domestic Assistance Number:**

97.029

CFDA Title:

Flood Mitigation Assistance

**\* 12. Funding Opportunity Number:**

DHS-23-MT-029-000-98

**\* Title:**

Fiscal Year 2023 Flood Mitigation Assistance (FMA)

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Cal OES is submitting 5 competitive project for $178,396,166.60 (Federal Share) and 3 Capability & Capacity Building projects $2,035,280.00 (Federal Share) for consideration. The Subrecipient Management Costs requested is $933,110.00.

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

* a. Applicant `CA-006`

* b. Program/Project `FMA23`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

**17. Proposed Project:**

* a. Start Date: `02/29/2024`

* b. End Date: `02/28/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 181,364,556.60 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 167,509,411.40 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 348,873,968.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on _____ .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | | | |
|---|---|---|---|
| Prefix: | `Mr.` | * First Name: | `Ryan` |
| Middle Name: | | | |
| * Last Name: | `Buras` | | |
| Suffix: | | | |

* Title: `Governor's Authorized Representative`

* Telephone Number: `916-845-8767`   Fax Number:

* Email: `Ryan.Buras@caloes.ca.gov`

* Signature of Authorized Representative: _(signature)_   * Date Signed: `8/8/25`

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** COMMUNICATION PRODUCTS LLC

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 884035605

**\* c. UEI:** MAHDHJ4TQAU3

**d. Address:**

**\* Street1:** 5565 Canoga Ave #317

**Street2:**

**\* City:** Woodland Hills

**County/Parish:**

**\* State:** California

**Province:**

**\* Country:** USA: UNITED STATES

**\* Zip / Postal Code:** 91367

**e. Organizational Unit:**

**Department Name:** EDA

**Division Name:** Economic Development

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Ms.

**\* First Name:** Tanisha

**Middle Name:** A.

**\* Last Name:** Brown

**Suffix:**

**Title:** Owner

**Organizational Affiliation:** COMMUNICATION PRODUCTS LLC

**\* Telephone Number:** (310) 349-9218

**Fax Number:**

**\* Email:** tbrown@tbaconsultingfirm.org

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

Small Business

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

**11. Catalog of Federal Domestic Assistance Number:**

CFDA Title:

**\* 12. Funding Opportunity Number:**

EDA-DISASTER-2023

**\* Title:**

FY 2023 EDA Disaster Supplemental

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

Area's in Los Angeles that have been overlook    | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Creating Spaces and Teaching with Purpose

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

* a. Applicant    CA-03

* b. Program/Project    CA-04

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date:    09/01/2023

* b. End Date:    03/01/2024

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 400,000 |
| * b. Applicant | 0 |
| * c. State | 0 |
| * d. Local | 0 |
| * e. Other | 0 |
| * f. Program Income | 0 |
| * g. TOTAL | 400,000 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☑ a. This application was made available to the State under the Executive Order 12372 Process for review on    10/05/2023   .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes    ☑ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 218, Section 1001)**

☑ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| Prefix: | Ms. | * First Name: | Tanisha |
|---|---|---|---|

Middle Name: A.

* Last Name: Brown

Suffix:

* Title: Owner

* Telephone Number: (310) 349-9218    Fax Number:

* Email: tbrown@tbaconsultingfirm.org

* Signature of Authorized Representative:    * Date Signed:

| View Burden Statement |
| --- |

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
☐ Preapplication
☒ Application
☐ Changed/Corrected Application

**\* 2. Type of Application:**
☒ New
☐ Continuation
☐ Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**
M-23-SP-06-0100

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** State of California

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 68-0303547

**\* c. UEI:** L4JQPJ7N5NT4

**d. Address:**

**\* Street1:** 2020 W. El Camino Avenue
**Street2:**
**\* City:** Sacramento
**County/Parish:**
**\* State:** CA: California
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 95833-1876

**e. Organizational Unit:**

**Department Name:** Housing and Community Dev HCD

**Division Name:** Federal Financial Assistance

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**
**\* First Name:** Jason
**Middle Name:**
**\* Last Name:** Bradley
**Suffix:**

**Title:** HOME-ARP Section Chief

**Organizational Affiliation:** Staff

**\* Telephone Number:** (916) 247-3136
**Fax Number:**

**\* Email:** Jason.Bradley@hcd.ca.gov

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

A: State Government

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Housing and Urban Development (HUD)

**11. Catalog of Federal Domestic Assistance Number:**

14.239

CFDA Title:

HOME Investments Partnership Program

**\* 12. Funding Opportunity Number:**

M-23-SP-06-0100

**\* Title:**

HOME Investments Partnership Program-American Rescue Plan (HOME-ARP)

**13. Competition Identification Number:**

n/a

Title:

n/a

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

HOME-ARP Allocation Plan - Allocations for Affordable Rental Housing and Supportive Services in the State of California

Attach supporting documents as specified in agency instructions.

[ Add Attachments ] [ Delete Attachments ] [ View Attachments ]

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

* a. Applicant  `CA`    * b. Program/Project  `CA`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date:  `05/01/2023`    * b. End Date:  `09/30/2030`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 155,003,054.00 |
| * b. Applicant | |
| * c. State | |
| * d. Local | |
| * e. Other | |
| * f. Program Income | |
| * g. TOTAL | 155,003,054.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on _____ .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes  ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: _____    * First Name: `Sasha`

Middle Name: _____

* Last Name: `Hauswald`

Suffix: _____

* Title:  `Deputy Director`

* Telephone Number: `916/490-8099`    Fax Number: _____

* Email: `Sasha.Hauswald@hcd.ca.gov`

Signature of Authorized Representative: _____    * Date Signed: `3/20/2023`

Whois tbaconsultingfirm.org





# tbaconsultingfirm.org

Updated 6 days ago

## Domain Information

| | |
|---|---|
| Domain: | tbaconsultingfirm.org |
| Registered On: | 2022-10-26 |
| Expires On: | 2025-10-26 |
| Updated On: | 2025-04-12 |
| Status: | client delete prohibited |
| | client renew prohibited |
| | client transfer prohibited |
| | client update prohibited |
| Name Servers: | ns13.domaincontrol.com |
| | ns14.domaincontrol.com |

## Registrar Information

| | |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| IANA ID: | 146 |
| Abuse Email: | abuse@godaddy.com |
| Abuse Phone: | +1.4806242505 |

## Registrant Contact

| | |
|---|---|
| Organization: | Domains By Proxy, LLC |
| State: | Arizona |
| Country: | US |

Interested in similar domains?

# related domain names

pir.org    publicinterestregistry.org    thenew.org    icann.org    domaincontrol.com

godaddy.com



Introducing

WORDPRESS HOSTING

$5.48/mo

VIEW MORE

*While stocks last

.ONLINE @ $5.28 $39.88    BUY NOW

 .online

.space

$29.88   $1.18

On Sale!

tbaconsultingfirm.net    Buy Now

tbaconsultancyfirm.com    Buy Now

tbaconsultantsfirm.com    Buy Now

tbaconsultingfirms.com    Buy Now

tbaconsultingfirm.net    Buy Now

tbaconsultancyfirm.net    Buy Now

8/10/25, 2:10 PM    Whois attractmag.com

    

# attractmag.com

Updated 6 days ago

## Domain Information

| | |
|---|---|
| Domain: | attractmag.com |
| Registered On: | 2013-11-15 |
| Expires On: | 2026-11-15 |
| Updated On: | 2025-02-06 |
| Status: | client delete prohibited |
| | client renew prohibited |
| | client transfer prohibited |
| | client update prohibited |
| Name Servers: | ns1.parklogic.com |
| | ns2.parklogic.com |

## Registrar Information

| | |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| IANA ID: | 146 |
| Abuse Email: | abuse@godaddy.com |
| Abuse Phone: | 480-624-2505 |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |

State:              Arizona

Postal Code:        85281

Country:            US

Phone:              +1.4806242599

Email:              https://www.godaddy.com/whois/results.aspx?
                    domain=attractmag.com&action=contactDomainOwner

## Technical Contact

Name:               Registration Private

Organization:       Domains By Proxy, LLC

Street:             DomainsByProxy.com 100 S. Mill Ave, Suite 1600

City:               Tempe

State:              Arizona

Postal Code:        85281

Country:            US

Phone:              +1.4806242599

Email:              https://www.godaddy.com/whois/results.aspx?
                    domain=attractmag.com&action=contactDomainOwner

### Interested in similar domains?

attract-mag.com          Buy Now

attractmags.com          Buy Now

attractmagapp.com        Buy Now

attractmagnow.com        Buy Now

8/10/25, 5:27 PM
Case 2:25-cv-07678-MEMF-MBK     Document 1     Filed 08/15/25     Page 51 of 63     Page ID
#:51
Whois thebrowngroup.org





# thebrowngroup.org

Updated 1 second ago ↻

## Domain Information

| | |
|---|---|
| Domain: | thebrowngroup.org |
| Registered On: | 2025-04-02 |
| Expires On: | 2027-04-02 |
| Updated On: | 2025-04-07 |
| Status: | client delete prohibited<br>client renew prohibited<br>client transfer prohibited<br>client update prohibited |
| Name Servers: | ns63.domaincontrol.com<br>ns64.domaincontrol.com |

## Registrar Information

| | |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| IANA ID: | 146 |
| Abuse Email: | abuse@godaddy.com |
| Abuse Phone: | +1.4806242505 |

### Interested in similar domains?

| | |
|---|---|
| **thebrowngrp.com** | Buy Now |
| **itsthebrowngroup.com** | Buy Now |
| **thebrowngroupcorp.com** | Buy Now |

8/10/25, 2:17 PM
Case 2:25-cv-07678-MEMF-MBK    Document 1    Filed 08/15/25    Page 52 of 63    Page ID
#:52
Whois theagency.com





# theagency.com

Updated 1 second ago

## Domain Information

| | |
|---|---|
| Domain: | theagency.com |
| Registered On: | 1997-03-19 |
| Expires On: | 2032-03-20 |
| Updated On: | 2023-03-08 |
| Status: | client delete prohibited |
| | client renew prohibited |
| | client transfer prohibited |
| | client update prohibited |
| Name Servers: | ns1.theagency.com |
| | ns2.theagency.com |
| | ns3.theagency.com |

## Registrar Information

| | |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| IANA ID: | 146 |
| Abuse Email: | abuse@godaddy.com |
| Abuse Phone: | 480-624-2505 |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |

State:              Arizona

Postal Code:        85281

Country:            US

Phone:              +1.4806242599

Email:              https://www.godaddy.com/whois/results.aspx?
                    domain=THEAGENCY.COM&action=contactDomainOwner

## Technical Contact

Name:               Registration Private

Organization:       Domains By Proxy, LLC

Street:             DomainsByProxy.com 100 S. Mill Ave, Suite 1600

City:               Tempe

State:              Arizona

Postal Code:        85281

Country:            US

Phone:              +1.4806242599

Email:              https://www.godaddy.com/whois/results.aspx?
                    domain=THEAGENCY.COM&action=contactDomainOwner

Interested in similar domains?

maketheagency.com          Buy Now

alltheagency.com           Buy Now

theagencyfirm.com          Buy Now

theagencyfactory.com       Buy Now

# EXHIBITS

# B

 **Gmail**

**Tanisha A Brown <reclaimattract2025@gmail.com>**

## Fw: Formal Notice: Unauthorized Use of IP, Identity, and Business Assets

**Tanisha Brown** <thebrowngroupla@outlook.com>                          Wed, Aug 6, 2025 at 5:24 PM
To: The Real Tanisha Brown <reclaimattract2025@gmail.com>

Get Outlook for iOS

**From:** The Brown Group Brown <thisistbg@gmail.com>
**Sent:** Thursday, May 22, 2025 5:21:10 AM
**To:** copyright@netflix.com <copyright@netflix.com>; LKlein.assistant@wmeagency.com
<LKlein.assistant@wmeagency.com>; COPYRIGHTS@netflix.com <COPYRIGHTS@netflix.com>;
pr@netflix.com <pr@netflix.com>; **Netflix** <info@members.netflix.com>; nrising@risingrealtypartners.com
<nrising@risingrealtypartners.com>; mz@rollingloud.com <mz@rollingloud.com>; investor@tkogrp.com
<investor@tkogrp.com>; contact@colorcreative.co <contact@colorcreative.co>; press@tidal.com
<press@tidal.com>; info@gtamaintenancesystems.com <info@gtamaintenancesystems.com>; **The Brown
Group Brown** <thisistbg@gmail.com>; **Tanisha Brown** <thebrowngroupla@outlook.com>
**Subject:** Fwd: Formal Notice: Unauthorized Use of IP, Identity, and Business Assets

Hello,

I am requesting an immediate meeting to address the unlawful repurposing of my intellectual property, brand assets,
financial holdings, and global enterprise—without my consent or knowledge. What began as a national mission for
equitable development has now been compromised on a global scale, and I am demanding full transparency, asset
recovery, and the authority to determine the next chapter of my career.

The Brand I Built for the People

My name is Tanisha Brown, Lead Council for Build Back America, CEO of The Brown Group, and founder of a portfolio
that includes federal defense work, equity-centered real estate development, and trauma-informed systems. I have led
over $15 million in federal funding toward mission-critical outcomes—housing, infrastructure, education, and workforce
access—for communities who have been historically excluded. This company went global under my leadership. But I did
not build this movement so others could exploit it.

This Money Was Never Meant to Enrich Power Brokers

The capital I've secured—particularly funding earmarked for housing and redevelopment—was never meant to enrich the
Oppenheim twins, their counterparts, or the entertainment-industrial complex profiting off stolen ideas and erased
identities. It was intended to empower communities that look like me—Black women, underserved families, and
overlooked entrepreneurs—with pathways to stability and ownership.

I reached out to members of Selling Sunset in good faith. I received no response. The silence, coupled with the
redirection of public narratives, confirms the systemic attempt to profit from my vision without acknowledgment or
partnership.

What I Know—and What I Demand

- Business entities and stock portfolios connected to TBG, Spruce Communications, and affiliated trademarks are
  being used without my approval

- My company's footprint has gone global, yet I am cut out of operations, records, and real-time visibility

- My story, image, and enterprise are being repackaged by others for profit, while I am actively locked out of the assets I built and trying to get help from partners that were already spoken to by the twins

Meeting Purpose

This meeting must address:

1. The current status of all brand assets and accounts tied to my name

2. A path to full recovery—financial, reputational, and strategic

3. My reinstatement as the sole decision-maker over my ventures and public image

Final Note and Response Timeline

I am not simply requesting an update—I am demanding restoration and answers as to why was I never informed or offered this opportunity that I have waited all my life to hear? Please confirm availability for tomorrow or week. This is about justice, not just recovery. I will always stand up for myself and this is NOT OK. I built this brand for impact—not to be used as a vehicle for someone else's wealth accumulation. Thank you in advance.

Sincerely,

Tanisha Brown- Lead Council – Build Back America- CEO – The Brown Group | EO 12372 Representative

Cell- 747.494.7733

8/14/25, 3:34 AM                    Gmail - Fw: Formal Notice of Unauthorized Use of IP, Identity, and Business Assets



3:57                                                        SOS 🛜 🔋

barrons.com                    ⬆️

EXPLORE OUR BRANDS ⌄

☰              **BARRON'S**              ⦿

Cash Ratio                                                    0.00

---

## My Watchlist

New watchlist ⌄                                    ✏️   +

🔍 Search and Add Symbols                              🔍

| Symbol | Price/Vol | % Chg |
|---|---|---|
| ↑ NFLX **Netflix Inc.** | **$1,194.63** **Vol. 3M** | 0.22% $2.61 |
| ↓ TBG **TBG Dividend Fo...** | **$31.38** **Vol. 32K** | -1.76% -$0.56 |

---

## Recently Viewed Tickers

                •••

10:20 ⌁



## Re: Selling Sunset- Tanisha & Producing Team Intro (SHE.E.O)

▢ Inbox

**SM**    **Sundee M**    Jun 14
To Sean Bjordal, You, Sarah Johnson, +3    ···

Hi Team!

Please meet Tanisha! She is working with Amanza on the fabulous SHE.E.O pop up that she is designing! Sean can you connect with Tanisha to hammer out the details for dates, etc. please!

Also Tanisha- do you mind resending the pitch deck so the team has it? I couldn't share that from our text chain :)

Thanks all!!

Store Renderings:
https://drive.google.com/drive/folders/1pXciQk-j9iRmdLlrkWkeL_SViD4-ifeZ



⟪ ∨    Reply to All

Case 2:25-cv-07678-MEMF-MBK    Document 1    Filed 08/15/25    Page 59 of 63   Page ID
8/14/25, 3:34 AM                          Gmail - Fw: Formal Notice: Unauthorized Use of IP, Identity, and Business Assets
#:99

Tanisha A. Brown Lead Counsel- Los Angeles Build Back Better


---------- Forwarded message ---------
From: **The Brown Group** <thisistbg@gmail.com>
Date: Sun, May 11, 2025 at 12:27 PM
Subject: Re: Formal Notice: Unauthorized Use of IP, Identity, and Business Assets
To: jason@ogroup.com <jason@ogroup.com>, brett@oppenheimrealestate.com <brett@oppenheimrealestate.com>,
<marybonnet_ogroup@proton.me>, <amanzarsmith@gmail.com>
CC: Rosalind Dean <rosalind.dean@gmail.com>, Rosalind Dean <rosalind@deans-office.com>, Rosalind Dean
<rosalind@monogrampr.com>, <imillercommunications@gmail.com>


Dear Jason, Mary, and Brett,

I am reaching out once again regarding a matter of great urgency and seriousness. Despite multiple professional and
personal attempts to resolve this discreetly, I have received no adequate response. What I am about to reiterate is not
conjecture—it is documented fact.

Let me be unequivocal: this situation involves the unauthorized use and misrepresentation of federally backed projects,
creative materials, and brand assets belonging to me and my entities—**Communication Products LLC**, **The Brown
Group**, and **Attract LLC (see images)**. Your continued engagement with these assets without disclosure or consent is a
direct violation of my **intellectual property rights**, **federal program participation**, and **professional standing**.

**Mary**, I reached out to you directly via text and formal email—neither of which you acknowledged. I have always shown
you respect and urgency when it came to sensitive matters. I expected the same level of professionalism in return.
Further, it is clear that **Amanza** may not be fully aware of the scope of what's occurred—likely due to misinformation
stemming from the **Stanmans**. For the record, I was introduced to **Diane Stanman** through Amanza, who met her via
you, Mary. Diane has since **fraudulently inserted herself into federal, housing, and infrastructure initiatives** tied
directly to my companies, and misrepresented herself in several capacities. Here is an image from my Sec of State
portal for Ventura/Kester Property LLC and Diana, Open Corp info and Reimagine LA address 811 Wilshire we're Diane is
listed as manager. When were these actions approved or presented to me? NEVER.

Case 2:25-cv-07678-MEMF-MBK    Document 1    Filed 08/15/25    Page 60 of 63    Page ID
#:60
8/14/25, 3:34 AM                Gmail - Fw: Formal Notice: Unauthorized Use of IP, Identity, and Business Assets

**February, the 24th of February, and the 3rd of March,
from 06:45 to 15:00 GMT.
We apologise for any inconvenience.**

# opencorporates

My Account :: Logout

| Officer's name | **SEARCH** |

○ Companies   ● Officers

Communication Products LLC > All officers

# Diane Stanman

## Company
Communication Products LLC
## Name
Diane Stanman
## Address
7560 JALMIA WAY 1505 BLUE JAY WAY LOS
ANGELES CA 90069
## Position
manager

# Other resources

- Search Google for 'Diane Stanman'
- Search LittleSis for 'Diane Stanman'

biztileonline.sos.ca.gov



≡  Business ▼  🛒  Tanisha Brown
thisistbg@gmail.com

‹  VENTURA/KESTER PROPERTY LLC (201406410393)  ✕

    

**File Amendment**    **File Statement of Information**    **Request Certificate**

| | |
|---|---|
| Initial Filing Date | 03/03/2014 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 7560 JALMIA WAY LOS ANGELES, CA 90046 |
| Mailing Address | 7560 JALMIA WAY LOS ANGELES,CA90046 |
| Statement of Info Due Date | 03/31/2024 |
| Agent | Individual ARTHUR D STANMAN 7560 JALMIA WAY LOS ANGELES, CA  90046 |

🕐
**View History**


**Request Access**

Case 2:25-cv-07678-MEMF-MBK    Document 1    Filed 08/15/25    Page 62 of 63   Page ID
#:62
8/14/25, 3:34 AM                    Gmail - Fw: Formal Notice of Unauthorized Use of IP, Identity, and Business Assets

All official correspondence, project management, and legal accountability are assigned to me personally as **CEO of Communication Products LLC**. These filings are already on record with federal entities such as **HUD, EDA, DOC, DOJ**, and others.

Let me remind you:
I have filed official statements with the **Los Angeles County Board of Supervisors (Agenda Item 6)** affirming that the *Reimagine LA* initiative originated with my firm, **Attract LLC**. This initiative has since been repurposed without my consent on public platforms and government grant proposals—**a clear act of misappropriation**.

**I am now formally demanding that you produce all documentation** authorizing your role or affiliation with these initiatives, including:

- Filings naming you as a **partner**, **grantee**, or **licensee**;

- Agreements allowing use of **federal portals**, **public-facing content**, or **materials funded by HUD, EDA, or DOL** that originated from my filings.

To date, nothing has been disclosed. And absent such documentation, your ongoing use of my name, likeness, business, and federal assets constitutes **fraud**, **identity misrepresentation**, and potential violations of **federal grant compliance statutes**.

On Mother's Day, instead of enjoying this time with my mom, my sister sent me the **Wall Street Journal** article featuring Jason. That piece reinforced a harmful public narrative built on the unauthorized use of my work so I am reaching out AGAIN. Here is the article that pushed this issue into the public eye:
**Jason Oppenheim – Wall Street Journal**

https://www.wsj.com/style/jason-oppenheim-los-angeles-real-estate-selling-sunset-05f9e89f

I am currently:

- In formal communication with **Netflix Legal and Compliance**;

- Preparing for a formal meeting with **Inman News**;

- Proceeding with legal action and public disclosures, including through **federal grant ethics officers and compliance reviewers**, should this not be resolved immediately.

**This is your final opportunity to respond truthfully and resolve this matter professionally.** I will take every available legal, federal, and media path to protect what I've built and ensure the record is corrected. The era of silence and erasure ends now.

Sincerely,

**Tanisha A. Brown**
CEO, Communication Products LLC
Founder, The Brown Group & Attract LLC
Lead Counsel, WIOA State Program – California
Registered Federal Grantee: HUD | EDA | DOC | DOJ

747.494.7734
-Tanisha

On Thu, May 8, 2025 at 5:11 PM The Brown Group <thisistbg@gmail.com> wrote:

Hi Jason and Brett,

I'm writing to formally address a matter of serious and escalating concern: the unauthorized use of my intellectual property, business affiliations, and personal identity across multiple ventures in media, technology, real estate, and finance—ventures that are directly rooted in the frameworks I developed and launched over the last decade. This has been extremely hard for me on many levels.

Case 2:25-cv-07678-MEMF-MBK   Document 1   Filed 08/15/25   Page 63 of 63   Page ID
#:63
8/14/25, 3:34 AM                          Gmail - Fw: Formal Notice: Unauthorized Use of IP, Identity, and Business Assets

It's Tanisha. I met both of you through Amanza. These past eight months have been hard. I've had to watch people I once trusted plot behind my back, extract value from my work, and erase my name from projects I built from the ground up. Although I knew for a while now, I needed to digest the situation and investigate what went down. I am not trying to point fingers or accuse anyone of wrong doing, however when I have been accused of things that not only hurt my character but also placed a false image of who I am as a person and friend. With this said, I am the original creator, lead strategist, and principal architect behind the trauma-informed real estate models, AI-driven storytelling platforms, and economic equity campaigns now operating under names like Angel AI, Pavan A., Charter Communications, and several nonprofit initiatives including the Midnight Mission Los Angeles and Neighborhood Housing Services. These are all built on intellectual property I originated through Communication Products LLC, The Brown Group, and Attract LLC—yet I've been systematically excluded.

Since 2014, under Executive Order 12372, I have led federally funded projects that secured over $15 million in awards and contracts. These were not designed for exploitation. They were meant to uplift communities—especially the underserved—not to be repackaged and monetized by others without my knowledge or consent. The concept now rebranded as "Angel AI" directly traces back to my Comprehensive Strategy for Building Back America know as the blueprint that has build back America.

This blueprint has since been leveraged across real estate, fintech, wellness, and media campaigns—all without acknowledgment. I've watched initiatives I authored surface publicly under banners like the Oppenheim Group's global expansion, "Selling the City," Rising Star, and Formula 51—all echoing my work and vision.

To support this claim, please see the following:

- Jason Oppenheim & Pavan A. – Celligence

  Press Release – Jason's Role as Ambassador

- Oppenheim Group Global Expansion – Cabo

  People Magazine – Cabo Office Announcement

- Attract x Rams Partnership (Santa Monica Draft Campaign)

  SI Sports Illustrated – Rams Draft House

Additionally, I've confirmed the following:

- Netflix stock is being held under my name, with no prior knowledge or authorization. I am meeting with a new broker this Friday to secure all assets under The Brown Group.

- Supplier forms, licensing, and corporate filings list my name, yet I was never informed nor compensated. Individuals are collecting payments and managing projects using my IP without rights.

- Major campaigns—such as "Forward Health" and "The Most Expensive Stay"—stem from wellness and real estate frameworks I co-created with Amanza yet didn't know it was apart of LA 2025. These are now being promoted through franchises like Selling the City with no credit given.

Lastly, Amanza Smith, someone who has shown a great deal of resilience and creativity helped shape these initiatives. During her hospitalization and recovery, I witnessed her work be absorbed, reshaped, and publicly credited to others. She deserves recognition and compensation for her voice, her art, and her vision. It's unclear whether her former agent, Lindsay, was aware—but the outcomes are undeniable. I've also discovered that my name was removed from property ownership records tied to Ventura/Kester, and replaced by individuals with direct links to this broader misuse. I had no idea that Open Corp existed which further proves my claim in this issue. Mutual associates—none of whom had authority—have been listed, while business addresses connected to my company were changed to 811 Wilshire Blvd without my consent (see attached document). This is a clear and traceable breach of identity, ownership, and real estate law.