**February, the 24th of February, and the 3rd of March,**
from 06:45 to 15:00 GMT.
We apologise for any inconvenience.

# opencorporates

My Account :: Logout

| Officer's name | SEARCH |
|---|---|

○ Companies    ◉ Officers

Communication Products LLC > All officers

# Diane Stanman

**Company**

Communication Products LLC

**Name**

Diane Stanman

**Address**

7560 JALMIA WAY 1505 BLUE JAY WAY LOS
ANGELES CA 90069

**Position**

manager

## Other resources

- Search Google for 'Diane Stanman'
- Search LittleSis for 'Diane Stanman'

8/14/25, 3:34 AM    Gmail - Fw: Formal Notice: Unauthorized Use of IP, Identity, and Business Assets

5:19

◀ ChatGPT



bizfileonline.sos.ca.gov



Business ▼    Tanisha Brown
thisistbg@gmail.com

**VENTURA/KESTER PROPERTY LLC (201406410393)**


**File Amendment**


**File Statement of Information**


**Request Certificate**

| | |
|---|---|
| *Initial Filing Date* | 03/03/2014 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 7560 JALMIA WAY<br>LOS ANGELES, CA 90046 |
| *Mailing Address* | 7560 JALMIA WAY<br>LOS ANGELES,CA90046 |
| *Statement of Info Due Date* | 03/31/2024 |
| *Agent* | Individual<br>ARTHUR D STANMAN<br>7560 JALMIA WAY<br>LOS ANGELES, CA 90046 |


**View History**


**Request Access**

I've considered going to the media, because the harm this situation has caused to my career, health, and credibility is immeasurable. I am responsible for the funds which currently appears on my taxes. But I've hesitated… out of respect for the people you work with, who have careers and families to support. Still, I cannot ignore that my life, my livelihood, and my contributions were not afforded that same consideration.

I have the following questions and expect a direct, transparent response:

- Who authorized the use of my name, business identity, and intellectual property across these platforms?

- What internal decisions were made regarding my exclusion from initiatives that I conceived, built, or funded?

- Who accessed confidential information tied to my Dreamgirl case, federal contracts, and real estate holdings?

These projects and funds were never about personal gain or media attention. They were born from a mission—to empower communities that reflect my own identity and lived experience. I built these platforms to serve the overlooked and the unheard, especially women of color, who have always had to work twice as hard for half the credit. Women like me are too often used as the blueprint but erased from the outcome. We are expected to stay silent while others profit from our brilliance, our labor, and our vision. We are taste makers, artist, trendsetters… we are the culture. When Black women are continuously excluded, undermined, and misrepresented, it sends a message that I am determined to break. I refuse to be complicit in that narrative. My success is not a threat. It is a declaration of what's possible when Black women are given the resources and the respect we've long earned. I do not apologize for the scale of what I've built—because I built it for all of us although I have been standing on this path alone trying to get support and justice. I am moving forward with:

- Formal filings for federal restitution and an SEC-led investigation

- Enforcement of intellectual property and authorship rights

- Cease-and-desist orders and asset recovery across all relevant platforms

This is your opportunity to respond in good faith, with honesty and accountability, before I move through legal, federal, and media channels since no one has an issue posting my work or success on their social media channels. I look forward to your call. Please call me before noon tomorrow to discuss how we can rectify this issue. Thank you Jason and Brett.

Respectfully,

Tanisha A. Brown

CEO & Founder | The Brown Group, Communication Products LLC, Attract LLC- 747.494.7734

Lead Counsel | Build Back America | EO 12372 | Architect of The Revival

**7 attachments**

**199698.pdf**
706K

**TBG_Dividend_Focus_ETF_Summary.pdf**
8857K

**15-0991_CA_12-02-2015 (1)_compressed.pdf**
65K

**B2087-4574 (1).pdf**
127K

**NRDP_Third_Party_Notices.pdf**
46K

**Licenses.pdf**
49K

**TBG Partners B Impact Assessment.pdf**
973K

# Presidential Documents

Executive Order 13577 of June 15, 2011

## Establishment of the SelectUSA Initiative

By the authority vested in me as President by the Constitution and the laws of the United States of America, and in order to support private-sector job creation and enhance economic growth by encouraging and supporting business investment in the United States, it is hereby ordered as follows:

**Section 1.** *Policy.* Business investment in the United States by both domestic and foreign firms, whether in the form of new equipment or facilities or the expansion of existing facilities, is a major engine of economic growth and job creation. In an era of global capital mobility, the United States faces increasing competition for retaining and attracting industries of the future and the jobs they create. My Administration is committed to enhancing the efforts of the United States to win the growing global competition for business investment by leveraging our advantages as the premier business location in the world.

As a place to do business, the United States offers a hardworking, diverse, and educated workforce, strong protection of intellectual property rights, a predictable and transparent legal system, relatively low taxes, highly developed infrastructure, and access to the world's most lucrative consumer market. We welcome both domestic and foreign businesses to invest across the broad spectrum of the U.S. market.

The Federal Government lacks the centralized investment promotion infrastructure and resources to attract business investment that is often found in other industrialized countries. Currently, States and cities are competing against foreign governments to attract business investment. Our Nation needs to retain business investment and pursue and win new investment in the United States by better marketing our strengths, providing clear, complete, and consistent information, and removing unnecessary obstacles to investment.

**Sec. 2.** *SelectUSA Initiative.* (a) *Establishment.* There is established the SelectUSA Initiative (Initiative), a Government-wide initiative to attract and retain investment in the American economy. The Initiative is to be housed in the Department of Commerce. The mission of this Initiative shall be to facilitate business investment in the United States in order to create jobs, spur economic growth, and promote American competitiveness. The Initiative will provide enhanced coordination of Federal activities in order to increase the impact of Federal resources that support both domestic and foreign investment in the United States. In providing assistance, the Initiative shall work to maximize impact on business investment, job creation, and economic growth. The Initiative shall work on behalf of the entire Nation and shall exercise strict neutrality with regard to specific locations within the United States.

(b) *Functions.*

(i) The Initiative shall coordinate outreach and engagement by the Federal Government to promote the United States as the premier location to operate a business.

(ii) The Initiative shall serve as an ombudsman that facilitates the resolution of issues involving Federal programs or activities related to pending investments.

(iii) The Initiative shall provide information to domestic and foreign firms on: the investment climate in the United States; Federal programs and incentives available to investors; and State and local economic development organizations.

(iv) The Initiative shall report quarterly to the President through the National Economic Council, the Domestic Policy Council, and the National Security Staff, describing its outreach activities, requests for information received, and efforts to resolve issues.

(c) *Administration.* The Department of Commerce shall provide funding and administrative support for the Initiative through resources and staff assigned to work on the Initiative, to the extent permitted by law and within existing appropriations. The Secretary of Commerce shall designate a senior staff member as the Executive Director to lead the Initiative. The Executive Director shall coordinate activities both within the Department of Commerce and with other executive departments and agencies that have activities relating to business investment decisions.

(d) *Federal Interagency Investment Working Group.*

(i) There is established the Federal Interagency Investment Working Group (Working Group), which will be convened and chaired by the Initiative's Executive Director, in coordination with the Director of the National Economic Council.

(ii) The Working Group shall consist of senior officials from the Departments of State, the Treasury, Defense, Justice, the Interior, Agriculture, Commerce, Labor, Veterans Affairs, Health and Human Services, Housing and Urban Development, Transportation, Energy, Education, and Homeland Security, the Environmental Protection Agency, the Small Business Administration, the Export-Import Bank of the United States, the Office of the United States Trade Representative, the Domestic Policy Council, the National Economic Council, the National Security Staff, the Office of Management and Budget, and the Council of Economic Advisers, as well as such additional executive departments, agencies, and offices as the Secretary of Commerce may designate. Senior officials shall be designated by and report to the Deputy Secretary or official at the equivalent level of their respective offices, departments, and agencies.

(iii) The Working Group shall coordinate activities to promote business investment and respond to specific issues that affect business investment decisions.

(iv) The Department of Commerce shall provide funding and administrative support for the Working Group to the extent permitted by law and within existing appropriations.

(e) *Department and Agency Participation.* All executive departments and agencies that have activities relating to business investment decisions shall cooperate with the Initiative, as requested by the Initiative's Executive Director, to support its objectives.

**Sec. 3.** *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) authority granted by law to an executive department, agency, or the head thereof, or the status of that department or agency within the Federal Government; or

(ii) functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*June 15, 2011.*

[FR Doc. 2011–15443
Filed 6–17–11; 8:45 am]
Billing code 3195–W1–P

# EXHIBIT C

governments. We have a simple onboarding and process which starts with the information provide

Required fields are marked with an asterisk (*).

First name *

Tanisha

---

Saved personal info                                          ✕

**Tanisha**    Last Used
Brown  Lead Counsel  tbrown@tbaconsultingfirm.org.eda
State of California (CA)  State of California (CA)  dol  05/13/2024

**Tanisha A, Brown**

✕  Clear form

⚏  Manage personal info in Wallet

---

Email *

Please provide your government email address, if applicable.

tbrown@tbaconsultingfirm.org

Agency name *



THE BROWN GROUP

Tanisha Brown
5535 Canoga Ave
Woodland Hills CA 91367

I hope this message finds you well. My name is Tanisha Brown, and I am honored to have been selected as a grantee in the Tech Hubs Recompete Program Part 2. This recognition highlights the importance of collaboration and opportunity. Throughout my 12-year career in marketing, development, and storytelling, I have learned the significance of inclusion, education, and real-life experiences in shaping decisions that benefit everyone, especially within the world we live in today.

With this said, I have been appointed as the Lead Counsel to spearhead the WIOA State Program in California. This responsibility involves providing capital to small businesses, creating programs that will help provide careers and pathways to careers in entertainment, STEM, arts and entrepreneurship. Our target aims toward 17-25 as well as those that are looking to reinvent themselves and become competitive in the market. Our focus are those that have been overshadowed and seen as second class citizens such aas minority women, veterans, and tribal communities. My team and I have been assigned five projects that focus on leveraging the power of narrative to engage stakeholders, foster community interaction, and amplify the impact of collaboration in development projects.

Communication Products LLC has been designated as the lead minority business since 2022 and have been tasked with forming a coalition under both non-construction and construction grants awarded in 2023 under the EDA. This funding aims to benefit the underserved communities of Los Angeles (SPA 6) through a combination of federal support from the DOC/NOAA and a state partnership with California. This mission is especially meaningful to me, as it seeks to bridge gaps in a city known for its promise of dreams and opportunities.

However, the Minority Business Development Agency and Procurement Center in Washington, DC, has unfortunately obstructed this process. I was perplexed as to why it has been so difficult to access the files, retrieve funds receive the necessary information needed to move forward. After seven months of investigation and leveraging my coding knowledge, I discovered that Mr. Keith Moore and his team has falsely designated himself as the leader of The Brown Group as well as Communication Products LLC. Please see the email below and attached documents. Thank you so much in advance.

Sincerely,

Tanisha A.Brown
Communication Products
LLC CEO

# TANISHA ANN BROWN

Woodland Hills, CA 91367 () (310) 349-9218 tanishab@thebrowngroupla.com

## PROFESSIONAL SUMMARY

Experienced marketing professional with over 10 years of diverse experience, striving to leverage expertise and broaden knowledge. Passionate about bringing together ideas and individuals to foster innovation.

SKILLS & ABILITIES:
 – Goal-oriented professional adept at working under pressure and navigating the intricacies of Marketing and Strategic Development.
– Analytical thinker with a logical approach to crafting impactful brand strategies that shape consumer behavior, enhance brand awareness, and maintain a strong social media presence.
– Resourceful team player with a talent for cultivating relationships and collaborating with cross-functional teams to create compelling marketing campaigns and visuals that resonate with a wide audience.

## SKILLS

• Critical Thinking and Problem Skills
• Business Development

• Collaboration
• Social Media

• Time Management
• Creativity and Storytelling

## EXPERIENCE

FREELANCE PROJECTS & PROFESSIONAL DEVELOPMENT                    January 2020 – Current
ATTRACT LLC/ WESTFIELD CENTURY CITY/SANTA MONICA PLACE | Los Angeles, CA

➢ Create a Pop-Up Shop at Westfield Century Mall
➢ Start my own magazine blog
➢ Volunteer at Midnight Mission Highly motivated to rejoin the workforce in a role that will leverage my career and expand my professional knowledge.
**ATTRACT (MAGAZINE BLOG)–** Designed and managed an influential online magazine focused on women empowerment, self-esteem and career goals. · Created a space to share thought-provoking stories and ideas that ignited conversations.
**POP-UP SHOP (WESTFIELD CENTURY MALL)–** Creating Press Packages · Building buzz on social media and leveraging influencer marketing · Creating an immersive experience and networking hub to promote women empowerment.
MIDNIGHT MISSION (VOLUNTEER) · Volunteer to help men, women and children experiencing homelessness · Motivational Workshops

**Director of Marketing**                                                January 2018 – January 2020
DG Brand S | Bell, CA

- Developed and executed a successful marketing strategy for a lingerie brand, driving revenue growth and increasing brand awareness
- Utilized social media, influencers, and targeted advertising to reach and engage with the target audience.
- Monitored sales data and customer feedback to optimize product offerings and marketing strategies. · Managed supplier relationships to ensure timely delivery of high–quality products.
- Over–delivered results with decisive leadership of both traditional and digital campaigns.
- Spearheaded successful, multifaceted marketing plans across multiple channels.
- Fostered partnerships with industry influencers to increase brand visibility.
- Negotiated contracts with vendors for marketing services and materials.
- Analyzed campaign performance metrics to determine areas for improvement.

**Email Producer**                                                        January 2014 – January 2018
Sage Publications | Thousand Oaks, CA

- Designed and developed HTML templates and banner advertisements for
- SAGE marketing campaigns using Dreamweaver
- Led the market launch of 21 new products and identified untapped growth opportunities
- Collaborated with the Engineering Team to create successful campaigns that generated $2.6M in annual sales.
- Monitored industry trends to stay current on emerging technologies and best practices.
- Supervised creative development for projects from inception to completion.
- Created pitch presentations for potential investors or network executives.

**Project Coordinator**                                                   January 2012 – January
Univision | Los Angeles, CA                                               2014

- Provided data analytic files throughout the campaign process to the creative and project management teams
- Applied SEO and CMS tools on a daily basis to verify key words and headlines
- Created and sustained good working relationships with internal and external partners.
- Developed detailed project plans and monitored progress.
- Liaised with external vendors, suppliers, or partners as needed throughout course of project.
- Oversaw project scope, budget and requirements for department.

**National Editor — TEN**                                                 January 2005 – January
Lowrider Magazine | Los Angeles, CA                                       2012

- Developed extensive and versatile experience in the magazine industry to execute highly effective creative content strategies, resulting in significant revenue growth through events, advertising, and merchandise sales
- Secured partnerships with prestigious advertisers such as Red Bull, Goodyear
- Tires, Adidas, and Timberland, driving a remarkable 50% increase in revenue within just six months

- Cultivated and maintained strong relationships with contributors, advertisers, and industry professionals, fostering collaboration and maximizing revenue opportunities.
- Applied top-notch time management techniques to juggle extensive list of deadlines and projects in various phases of completion.
- Improved materials and manuscripts with detailed advice on content, style, and organization.
- Developed stories and content ideas, considering reader and audience appeal.

EDUCATION

Bachelor of Arts (B.A – English                                                    August 2005
University of California Riverside, Riverside
Served as Editor of Sports for University Newspaper, The Highlander

# BUDGET

Budget Proposal for Conducting a Feasibility Study proposed budget:
Research and Analysis (40%)

1. $45,000 for Market Research
2. $25,000 for Competitor Analysis
3. $15,000 for Industry Trends
4. $35,000 for Expert Consultants
5. $20,000 for Legal and Regulatory Analysis
6. $32,000 for Software and Analytics
7. $12,000 for Data Collection Platforms
8. $20,000 for Field Research Expenses
9. $20,000 for Report Writing
10. $15,000 for Presentation Materials
11. $11,000 for Unforeseen Expenses

Phase 1
Total Budget for Feasibility Study: $250,00
Phase 2
$250,000 which will consist of construction, design and materials. Will need to speak with team once we have a full SOW which is apart of feasibility phase 1.

## Consumer Affairs Advisory Commission
## 2024 Committee Interest Card

The purpose of this form is to gauge your interest in serving on a committee listed below.  This information will assist the Commission Chair in making Committee selections. Please indicate your selection by placing an "X" in the column to the right. If you are interested in serving on both Committees, you must not be serving as Chair or Vice-Chair of the Commission, or Chair of a Committee. Each Commissioner may only serve on a maximum of two (2) Committees.

**Commissioner Name:  ___TANISHA BROWN_____**

| Committee | Purpose | Interest |
|-----------|---------|----------|
| Legislative | Ensures the protection and promotion of consumer interests by identifying, researching, presenting, and advising the Director of Consumer Affairs on needed improvements or changes to existing County legislation. | |
| Public Information | Identifies, facilitates, and enhances methods of public outreach regarding available public services and/or programs to the diverse communities of Los Angeles County. | |

**Are you interested in serving as a Committee Chair?      Yes            No**

The duties and responsibilities of a Committee Chair include, but are not limited to:

In consultation with the Department of Consumer and Business Affairs Commission Services Staff: set the dates, times, and location for meetings; establish and confirm an agenda for each meeting; ensure that meetings are called to order and held in accordance with commission polices and the Brown Act for Public Meetings; provide leadership to the committee and ensure that discussion on agenda items are on topic, productive, and professional. If you are selected as Chair of a Committee, attendance at the Executive Committee meeting is also required and counts towards the two (2) Committees per Commissioner limit. The Executive Committee meets from 11:30 a.m. - 12:30 p.m. on the same dates as listed below.

| Committee Schedule | |
|---|---|
| The Legislative Committee meets at 9:00 a.m. on the following dates:<br><br>February 15, 2024<br>April 18, 2024<br>June 20, 2024<br><br>August 15, 2024<br>October 17, 2024<br>December 19, 2024 | The Public Information Committee meets at 10:15 a.m. on the following dates:<br><br>February 15, 2024<br>April 18, 2024<br>June 20, 2024<br><br>August 15, 2024<br>October 17, 2024<br>December 19, 2024 |

As of: 6/5/2024 10:00:07 AM

**PUBLIC REQUEST TO ADDRESS**
**THE BOARD OF SUPERVISORS**
**COUNTY OF LOS ANGELES, CALIFORNIA**

**Correspondence Received**

The following individuals submitted comments on agenda item:

| Agenda # | Relate To | Position | Name | Comments |
|---|---|---|---|---|
| 3. | 84-A | Favor | GENEVIEVE M CLAVREUL | I'm pleased to see additional focus on the needs of children and youth mental health. |
| 84-A. | | | Tanisha A Brown | Good Morning Council, My name is Tanisha Brown and I have received the opportunity to serve as the SPOC of California based on my lived experience, workforce development, and corporate experience. Unfortunately, this experience has been horrible based on the lack of care from Wilfred Marshall, the West Coast rep. He not only cursed me out but refused to answer my calls. I have missed all meetings because I was never aware of the opportunity. This is truly unacceptable, and I would love to support to see out this mission for LA, and those who have been neglected for years.Thank you Tanisha Brown |
| | | | Verneen S Mincey | |
| | Oppose | | Ericka  Luna | |
| | | | Janette  Monfared | No |
| | | | Jorge  Lara | |
| | Item Total | | **6** | |
| | Favor | | V V Citizen | |

MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

As of: 6/5/2024 10:00:07 AM

The following individuals submitted comments on agenda item:

| Agenda # | Relate To | Position | Name | Comments |
|---|---|---|---|---|
| 84-A. | | Oppose | Monisha Parker | Dear Supervisor Barger,<br><br>I am writing to express my concern regarding the adequacy of the Crisis Residential Treatment Program (CRTP) in Los Angeles County. As a resident who understands the critical need for mental health services, I believe that the current allocation of 16 beds is insufficient.<br><br>The county faces a severe shortage of psychiatric beds, leading to long wait times and inadequate care for individuals experiencing mental health crises. The CRTP provides a vital safety net for these individuals, offering stabilization and support in a non-institutional setting. By increasing the number of CRTP beds, we can reduce the strain on overcrowded emergency rooms and provide more timely and appropriate treatment for those in need.<br><br>Additionally, I question the excessive spending in the project budget summary for the CRTP. The County of Los Angeles has a responsibility to allocate its resources wisely and prioritize the well-being of its residents. By reducing unnecessary expenses, we can free up funds to support essential services like the CRTP, which directly impact the quality of life for countless individuals.<br><br>I urge you to reconsider the current CRTP bed count and budget allocation. The well-being of our community depends on having adequate mental health resources. By investing in the expansion of the CRTP, we can provide hope and support to those who need it most.<br><br>Thank you for your attention to this urgent matter.<br><br>Sincerely,<br><br>Monisha Parker |
| | | Item Total | 2 | |
| Grand Total | | | 8 | |

# Capability Statement

5565 Canoga Ave
Woodland Hills, CA 91367
Phone: 310.349.9218
Email: tbrown@tbaconsultingfirm.org

**Communication Products LLC** is a company that focuses on collaboration and connecting with individuals from various industries. We value diversity, perspective, and storytelling and use our expertise in business development and strategic partnerships to collaborate, create and consult in order to find solutions to solve problems. We are dedicated to improving education and providing safe and inclusive spaces for individuals who have experienced trauma, with a particular focus on underserved communities.

Our community is made up of architects, interior designers, researchers, influencers, celebrities, and artists from different industries, that represent the power of change and innovation. We have a proven track record of providing excellent customer service and unique branding materials that communicates the uniqueness of every client.

With 10 years of experience in building relationships across California, we bring a unique perspective to our clients. We strive to deliver the highest industry performance rates and meet completion milestones. As a woman-owned and minority-owned business, we have extensive experience welcoming diversity and inclusion amongst industries and people.

We are a minority owned business that also consider **GAIN and/or GROW** participants when hiring. We train and report all our job-related activities in order to hire the best and provide opportunity. Communication Products LLC has a successful track-record of providing, and partnering with well-established brands throughout the state of California, providing excellent customer service and beautiful, unique branding materials.

We stand behind our services. To us, projects are not done when they are completed; projects are completed when the client is satisfied.

Sincerely,

Tanisha Brown
President/CEO
Communication Products LLC





OMB Number: 0610-0094
Expiration Date: 10/31/2024

# ED-900 – General Application for EDA Programs

This form is required for application to EDA grant programs, consistent with the requirements outlined in each program Notice of Funding Opportunity (NOFO).  **Applicants are strongly encouraged to clearly and concisely respond to each answer in the space provided.  Applicants should not provide additional documents or narratives without prior written approval from EDA.**

## A. Applicant Information

**A.1.    Please identify all applicants for this project.**

The Lead Applicant is the party who is responsible for handling disbursements of funds and reporting to EDA.

**Please note**: Active registration with the System for Award Management (SAM) is required of all EDA applicants and awardees at www.SAM.gov. Please list the relevant Commercial and Government Entity CAGE Code and SAM expiration data for all applicants and co-applicants (if any) in the table below.

|  | **Name** | **SAM.gov CAGE Code** | **SAM.gov Registration Expiration Date** | **Fiscal Year End Date (mm/dd)** |
|---|---|---|---|---|
| Lead Applicant | COMMUNICATION PRODUCTS LLC | | 11/19/2023 | 11/23 |
| Co-Applicant 1 | COMMUNICATION PRODUCTS LLC | | 11/19/2023 | 11/23 |
| Co-Applicant 2 | | | | |
| Co-Applicant 3 | | | | |
| Co-Applicant 4 | | | | |
| Co-Applicant 5 | | | | |

**Agency Disclosure Notice:** *This information collection is authorized by OMB control #0610-0094. Public reporting burden for this collection of information is estimated to average 17.1 hours per response for non-construction projects and 43 hours per response for construction projects, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S. Department of Commerce, Economic Development Administration at jknott@eda.gov.  Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.*

# New Recipient Contact Form

(This form is to be sent to **newrecipientforms@americorps.gov** )

### GRANTEE INFORMATION

| | |
|---|---|
| **Name of Grantee** | Tanisha A. Brown |
| **EIN Number** | 884035605 |
| **Grantee Business Official Email Address** | tbrown@tbaconsultingfirm.org |
| **Grantee Business Official Phone Number** | 7474947734 |
| **Entity Type Codes: Characteristic** | Sole |
| **Entity Type Codes: Special Interest** | Lead Counsel WIOA |

| Characteristics Code | |
|---|---|
| INDIVIDUAL | 10 |
| **GOVERNMENT &AFFILIATED ORGANIZATION** | |
| FEDERAL | 21 |
| INTERSTATE | 22 |
| STATE | 23 |
| COUNTY | 24 |
| CITY | 25 |
| SPECIAL UNIT OF GOVERNMENT | 26 |
| AMERICAN INDIAN TRIBE | 28 |
| SPONSORED ORGANIZATION | 27 |
| OTHER (TOWNS, VILLAGES) | 28 |
| **NON-GOVERNMENT ORGANIZATION** | |
| PUBLIC NON-PROFIT | 41 |
| PRIVATE NON-PROFIT . | 42 |
| PRIVATE PROFIT (LARGE BUSINESS) | 43 |
| PRIVATE PROFIT (SMALL BUSINESS) | 44 |
| **OTHER ORGANIZATION** | |
| FOREIGN NON-PROFIT | 61 |
| FOREIGN PROFIT | 62 |
| INTERNATIONAL (U.S. & FOREIGN, OR 2 OR MORE FOREIGN ORGs) | 63 |

| Special Interest Code | |
|---|---|
| **EDUCATIONAL ENTITY** | |
| EDUCATIONAL DEPARTMENT | 11 |
| ELEMENTARY & SECONDARY SCHOOL | 12 |
| JR COLLEGE, COLLEGE & UNIVERSITY | 13 |
| LIBRARY & MUSEUM | 14 |
| RESEARCH INSTITUTION, FOUNDATION & LABORATORY | 15 |
| SCHOOL BOARD & SCHOOL DISTRICT | 16 |
| STUDENT | 17 |
| VOCATIONAL & TRAINING SCHOOL | 18 |
| OTHER EDUCATIONAL ORGANIZATION | 19 |
| **HEALTH ENTITY** | |
| ENVIRONMENTAL ORGANIZATION | 31 |
| HEALTH DEPARTMENT | 32 |
| HOSPITAL | 33 |
| MEDICAL DOCTOR | 34 |
| NURSING HOME OR OTHER DOMICILE CARE FACILITY | 35 |
| OTHER HEALTH ORGANIZATION | 36 |
| **SOCIAL SERVICES ENTITY** | |
| COMMUNITY ACTION ORGANIZATION | 51 |
| LAW ENFORCEMENT AGENCY ( INCL. CRIMINAL REHAB) | 52 |
| REHABILITATION ORGANIZATION (OTHERTHAN CRIMINAL) | 53 |
| WELFARE DEPARTMENT | 54 |
| OTHER SOCIAL SERVICES ORGANIZATION | 55 |
| **OTHER SPECIAL SERVICES ENTITY** | |
| CONSULTANT | 71 |
| FINANCIAL INSTITUTION | 72 |
| INDIAN TRIBAL COUNCIL | 73 |
| INTERMEDIARY ORGANIZATION (INSURANCE, ETC) | 74 |
| PLANNING &ADMINISTRATIVE ORGANIZATION . | 75 |
| SUPPLIER ORG (SERVICE, SUPPLIES, MATERIAL & EQUIP) | 76 |
| OTHER SPECIAL INTEREST ORGANIZATION | 77 |

 **FACA Training Portal Login Instructions**

This document provides instructions on how to login to the GSA Federal Advisory Committee Act (FACA) training portal: https://faca.golearnportal.org/portal.php.

**PIV/CAC Card Login**

1. From the training portal login page, select the **FACA Students Login Here** button.
2. On the Max.gov login, plug in your PIV/CAC card.
3. Select the **Continue with PIV/CAC** button.
   a. If you already have an account in the training portal you will be taken to your home page.
   b. If you do NOT have an account in the training portal you will be taken to the registration page. Once you register, repeat steps 1 - 3.



**User ID and Password Login**

1. From the training portal login page, select the **FACA Students Login Here** button.
2. On the Max.gov login enter your **User ID** and **Password**.
3. Select **Continue with User ID**.

HOLLY L. WOLCOTT
CITY CLERK
––––––––––
GREGORY R. ALLISON
EXECUTIVE OFFICER

# City of Los Angeles
CALIFORNIA

**OFFICE OF THE
CITY CLERK**

**Council and Public Services Division**
200 N. SPRING STREET, ROOM 395
LOS ANGELES, CA 90012
GENERAL INFORMATION - (213) 978-1133
FAX: (213) 978-1040
––––––––––
SHANNON HOPPES
DIVISION MANAGER

When making inquiries relative to
this matter, please refer to the
Council File No.:

ERIC GARCETTI
MAYOR

December 2, 2015

**Council File No.:**

**Council Meeting Date:**      December 01, 2015

**Agenda Item No.:**      18

**Agenda Description:**      TRADE, COMMERCE, AND TECHNOLOGY COMMITTEE REPORT relative to including in the integrated action plan per Governor Brown's Executive Order B-32-15 potential corridor-level freight pilot projects in the City that incorporate advanced technologies, alternative fuels, freight and fuel infrastructure, and local economic development opportunities.

**Council Action:**      TRADE, COMMERCE, AND TECHNOLOGY COMMITTEE REPORT - ADOPTED

**Council Vote:**

| | |
|---|---|
| YES | BOB BLUMENFIELD |
| YES | MIKE BONIN |
| YES | JOE BUSCAINO |
| ABSENT | GILBERT A. CEDILLO |
| ABSENT | MITCHELL ENGLANDER |
| YES | FELIPE FUENTES |
| YES | MARQUEECE HARRIS-DAWSON |
| YES | JOSE HUIZAR |
| YES | PAUL KORETZ |
| YES | PAUL KREKORIAN |
| YES | NURY MARTINEZ |
| YES | MITCH O'FARRELL |
| YES | CURREN D. PRICE |
| YES | DAVID RYU |
| YES | HERB WESSON |

HOLLY L. WOLCOTT
CITY CLERK

**AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER**

Applications may be filed online at: per.lacity.org

Form PDR-1 (Rev. 07/2018)

## CITY OF LOS ANGELES
### PERSONNEL DEPARTMENT
### AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

# APPLICATION FOR EMPLOYMENT



**THIS PORTION OF THE APPLICATION IS NOT AVAILABLE TO AN INTERVIEW BOARD**

| 1. CITY JOB (EXAMINATION) TITLE **Public Information Director** | | | 2. CLASS CODE NO. |
|---|---|---|---|

| 3. SOCIAL SECURITY NUMBER (See Instruction G) **552810895** | 4. TYPE OF EXAMINATION (See Instruction B) [X] OPEN  [ ] PROMOTIONAL | PREFERRED CONTACT METHOD: US MAIL [ ]  E-MAIL [X] |
|---|---|---|

| 5. NAME: LAST **Brown** | FIRST **Tanisha** | MIDDLE **A** |
|---|---|---|

| 6. PRESENT MAILING ADDRESS: NUMBER **5565 Canoga Ave #317**  STREET  APARTMENT | 6a.HOME PHONE – Area & Number **(310)  3499218** | 6b. WORK PHONE – Area & Number **(  )** |
|---|---|---|

| CITY STATE ZIP CODE **Woodland Hills CA 91367** | 7. E-MAIL ADDRESS |
|---|---|

| 8. P.O. BOX NUMBER  CITY | 9. DRIVER'S LICENSE NUMBER **D3176144** | STATE **CA** | EXPIRATION DATE **11/30/2027** | 10. COMPLETE ONLY WHEN THE EXAMINATION ANNOUNCEMENT STATES AN AGE REQUIREMENT BIRTHDATE  MO. **11**  DAY **30**  YR. **1983** |
|---|---|---|---|---|

| 8a. STATE  ZIP CODE | 12. YOU WILL BE REQUIRED TO SUBMIT VERIFICATION OF THE LEGAL RIGHT TO WORK IN THE UNITED STATES WITHIN THREE (3) BUSINESS DAYS BEGINNING WITH YOUR FIRST DAY OF WORK. IN ACCORDANCE WITH THE IMMIGRATION REFORM AND CONTROL ACT OF 1986. WE ARE LEGALLY PROHIBITED FROM EMPLOYING ANYONE WHO CANNOT PROVIDE SUCH VERIFICATION. |
|---|---|

| MARK ONLY WHEN REQUIRED BY THE JOB BULLETIN 11. ARE YOU A UNITED STATES CITIZEN? [X] YES  [ ] NO | |
|---|---|

**RESEARCH AND SPECIAL DATA.** The City of Los Angeles is an Equal Employment Opportunity Employer. We request **voluntary** identification of your gender and ethnic/racial group and/or disability so that we can monitor the effectiveness of our Equal Employment Opportunity program. Completing sections 13, 14, 15 and 16 will not affect your employment.

**13. WITH WHICH GENDER DO YOU MOST IDENTIFY:**
[ ] Male  [X] Female  [ ] Non-Binary

**14. ETHNIC GROUP/RACE**
[X] African American (1)  [ ] Native American (5)
[ ] Hispanic (2)  [ ] Native Hawaiian or Pacific Islander (6)
[ ] Asian (3)
[ ] Caucasian (4)  [ ] Two or More Races (7)

Reasonable Accommodations:
City examinations may include written tests, interviews, physical abilities tests or other processes. Reasonable accommodation will be provided to applicants who need assistance to participate in the selection process. Please review the Selection Process of the Job Bulletin for the types of tests included in this examination.

15. Do you need a reasonable accommodation to participate in the selection process?  YES [ ]  NO [X]

16a. If Yes, please describe the desired accommodation: _____

16.b Have you ever been granted an accommodation for a previous City examination?  YES [ ]  NO [X]

You will be contacted by telephone or by mail regarding your request for reasonable accommodation. If you have not previously done so, you will be required to submit written verification from an appropriate professional confirming your disability and appropriate accommodation. Verification forms may be obtained at the Personnel Dept. or by calling 213-473-9163.

**17. RECRUITMENT RESEARCH:** FOR OPEN CANDIDATES, PLEASE INDICATE WHERE YOU LEARNED ABOUT THIS JOB.
CHECK ONE OR WRITE ANSWER:
[X] NOTIFICATION CARD (A)  [ ] FRIEND OR RELATIVE (B)  [X] CITY BULLETIN BOARD (C)  [ ] CITY EMPLOYEE (D)
[ ] NEWSPAPER AD (E)  [ ] CAREER DAY/JOB FAIR (F)  [ ] 24-HOUR JOBLINE (G)  [ ] CHANNEL 35 CITY VIEW (H)
[ ] PERSONNEL DEPT. SATELLITE OFFICE (I)  [ ] INTERNET (J) - PLEASE LIST WEBSITE: _____  [ ] OTHER _____

### Applicants – Do not use the space below – For Personnel Department Use Only

| STAFF | DATE | J K L M N O P Q R S T | Dis. testing [ ] YES  Acc. Requested [ ] NO | APPL. APPROVED | MIL. CREDIT |
|---|---|---|---|---|---|
| a | | | STAFF  DATE | | **Test Location A B C D E F** |
| b | | | | | |
| c | | | | | |
| d | | | Does applicant fall within 6 month lacking clause [ ] YES [ ] NO | U _____ |
| e | | | | V _____ |
| f | | | When will applicant meet full requirements? Date: | W _____ |
| g | | | | |
| h | | | | |
| i | | | | |
| j | | | | |
| k | | | | |

continue on page 2

THIS PAGE OF THE APPLICATION IS NOT AVAILABLE TO AN INTERVIEW BOARD

18. May the Personnel Department contact **YOUR PAST EMPLOYERS** for references?
If YES, then read the following statements and sign your name on the line below: I authorize the City of Los Angeles Personnel Department to obtain employment information from any previous employer.  A photostatic copy of this authorization will be considered to be as valid as the original.

☐ Yes
☐ No

Signature _____ Date: _____

May the Personnel Department contact **YOUR PRESENT EMPLOYER** for references?
If **YES**, then read the following statements and sign your name on the line below: I authorize the City of Los Angeles Personnel Department to obtain employment information from my current employer. A photostatic copy of this authorization will be considered to be as valid as the original.

☐ Yes
☐ No

Signature _____ Date: _____

19. Have you previously worked for the City of Los Angeles?  If "yes", and you are not currently employed by the City, please complete the following:

☐ Yes
☐ No

FROM/TO: _____ Department/Class Title: _____

FROM/TO: _____ Department/Class Title: _____

20. Have you passed any examination given by the City of Los Angeles in the last two years?

☐ Yes
☒ No

If "yes", list examination titles and dates passed: _____

21. Have you ever been fired or asked to resign in order to avoid being fired from a job?

☐ Yes
☒ No

If "yes", please complete the following (List all cases except layoffs for lack of work.  Attach additional sheet if necessary).
(NOTE-**Promotional applicants** must list all **probationary terminations** while employed by the City but are not required to list terminations occurring prior to original City appointment if employed by the City for at least one year.):

Employer's Name and Address _____

Date and reason for discharge _____

22. List names used in the past, including names used in other records:

23. U.S. Military Service.  To receive military service credit of 5 points, allowed by City Charter Section 1006, veterans must have served on active duty in one of the periods authorized by the Personnel Department and have been released from active duty within the previous 5 years, or present evidence of a military service connected disability. **To receive such credit you must present proof of your honorable discharge and dates of active duty and/or proof of a military service connected disability along with your application to:  Personnel Department, Employment Services Section, Room 100, 700 E. Temple Street, Los Angeles, CA 90012, at the time of filing.** This proof must be shown each time you file an application. Military credit is allowed only in open examinations.

APPLICANTS – DO NOT DETACH THIS PAGE

continue on page 3

| 24. CITY JOB (EXAMINATION) TITLE | 25. CLASS CODE NUMBER | 26. TYPE OF EXAMINATION |
|---|---|---|
| **Public Information Director** | | *(Same as Page 1, Space 4)* |

| 27. PLEASE PRINT NAME – Last, First, Middle | | | 28. SOCIAL SECURITY NUMBER | |
|---|---|---|---|---|
| **Brown** | **Tanisha** | **A** | **552810895** | ☒ OPEN   ☐ PROMOTIONAL <br> ☐ STATUS   ☐ SPECIAL |

**HIGH SCHOOL EDUCATION:**

29a. DID YOU GRADUATE FROM HIGH SCHOOL OR PASS THE GED TEST?

☒ YES   ☐ NO (Answer 31b)

29b. IF UNDER 18 YEARS OF AGE, CAN YOU PROVIDE A WORK PERMIT OR A GED CERTIFICATE AFTER AN EMPLOYMENT OFFER IS MADE?

☐ YES   ☐ NO

30. SPECIAL TESTING INFORMATION IF REQUIRED IN THE EXAMINATION ANNOUNCEMENT INSTRUCTIONS:

31. ADDITIONAL EDUCATION   **ENTER REQUESTED INFORMATION IN ALL COLUMNS**

| NAME AND LOCATION OF UNIVERSITIES COLLEGES OR TRADE SCHOOLS ATTENDED | COMPLETION DATES | UNITS COMPLETED SEMESTER | QUARTER | MAJOR SUBJECT OR COURSE | UNITS COMPLETED IN MAJOR | TITLE OF DEGREE/ CERTIFICATE RECEIVED |
|---|---|---|---|---|---|---|
| University of California Riverside | **2001-2005** | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

32. SPECIAL COURSES REQUIRED FOR THIS EXAMINATION:

| Course Name: | Units Completed Semester | Quarter | Name of School | Date Completed: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(Attach additional sheet if necessary)

33. SPECIAL LICENSES REQUIRED FOR THIS EXAMINATION:

| LICENSES: | DATE ISSUED | ISSUING AGENCY: | EXPIRATION DATE: |
|---|---|---|---|
| | | | |
| | | | |

34. LANGUAGE PROFICIENCY (OTHER THAN ENGLISH: INDICATE SPOKEN AND/OR WRITTEN). COMPLETE ONLY WHEN STATED ON EXAMINATION ANNOUNCEMENT.

MARK ONLY WHEN REQUIRED BY THE JOB BULLETIN.
35. SUPPLEMENTAL INFORMATION

*APPLICANTS – DO NOT DETACH THIS PAGE*

## Read and complete below – Complete work experience on page 4

The following statements are general conditions for employment. This application does not constitute an offer for employment, merely the opportunity to compete for the position. Your application is subject to review and may be rejected at any time if shown that you do not meet the qualifications specified in the bulletin for the position for which you are applying. Please read and initial the following three statements, and sign and date the application in Box 36. You **must** answer the work experience section on PAGE 4 for your application to be considered complete.

As a condition of employment for a safety-sensitive position, I may be required to undergo a drug and alcohol abuse screening test prior to appointment and I must meet background and medical standards as well.

TAB _____ Initial Here

I also understand that this application, supplements and attachments become the property of the City of Los Angeles Personnel Department. No copies of these documents shall be made available to or provided to me until the entire examination is complete.

TAB _____ Initial Here

I acknowledge my responsibility to comply with any court-ordered child support obligations and understand that as an employee of the City of Los Angeles, my name and any other pertinent information requested will be provided to the LA County District Attorney to assist in enforcement activities.

TAB _____ Initial here

I certify that all statements on this application form and attachments are true and complete to the best of my knowledge. I understand that false, misleading or incomplete information shall be sufficient cause for disqualification or dismissal and other penalties as may be prescribed by law.

| 36. SIGNATURE (Original in ink; pencil or photocopy not accepted.) | DATE | PERFORMANCE (Do not use until instructed to do so) |
|---|---|---|
| **COMPLETE THE WORK EXPERIENCE SECTION ON PAGE 4** | | INTERVIEW (Do not use until instructed to do so) |

39. WORK EXPERIENCE:  BEGIN WITH YOUR MOST RECENT JOB | LIST EACH JOB SEPARATELY. List all jobs regardless of duration, including part-time jobs, military service and any periods of unemployment during the last ten years. Also, list volunteer experience and jobs held more than ten years ago which relate to the job for which you are applying. City employees must use the correct civil service class title. If you have no work experience, indicate NONE. Please Note: Incomplete information will delay the processing of your application.

| DATES | EMPLOYERS | DUTIES |
|---|---|---|
| MONTH AND YEAR:<br>FROM April 2017<br>TO Feb 2019<br>TOTAL MOS. WORKED 24  HRS. PER WEEK 12<br>PAID POSITION? YES: ☑  NO: ☐ | NAME OF CURRENT OR LAST EMPLOYER **DG Brands**<br>ADDRESS (OR CITY DEPARTMENT) 5548 Lindbergh Ln<br>CITY, STATE AND ZIP CODE Bell CA 90201<br>IMMEDIATE SUPERVISOR'S NAME Lisa Dixon | YOUR TITLE Director of Marketing<br>DUTIES PERFORMED<br>• Create marketing strategies to increase engagement and brand awareness.<br>• Developed and planned all marketing and communication aspect of the DG brand.<br>• Developed a timeline and worked with the venue as a freelancer to support management.<br>• Created and managed all social channels which included print nd digal media.<br>• Wrote all public relation assets from press releases to media kits.<br>REASON FOR LEAVING better opportunity |
| MONTH AND YEAR:<br>FROM Feb 2014<br>TO May 2018<br>TOTAL MOS. WORKED 40  HRS. PER WEEK 8<br>PAID POSITION? YES: ☑  NO: ☐ | NAME OF CURRENT OR LAST EMPLOYER **SAGE Publishing**<br>ADDRESS (OR CITY DEPARTMENT) 2455 Teller Rd<br>CITY, STATE AND ZIP CODE Thousand Oaks, CA 91320<br>IMMEDIATE SUPERVISOR'S NAME Nicole Smith | YOUR TITLE Email Producer<br>DUTIES PERFORMED<br>• Coded, created and deployed over 60 marketing emails.<br>• Created all eduscational material for student programming.<br>• Organized all marketing seminars to discuss key inititives to help improve business.<br>• Developed A/B Testing to decide which campaigns performed better and increased ROI.<br>REASON FOR LEAVING |
| MONTH AND YEAR:<br>FROM Feb 2014<br>TO Feb 2018<br>TOTAL MOS. WORKED 36  HRS. PER WEEK 14<br>PAID POSITION? YES: ☑  NO: ☐ | NAME OF CURRENT OR LAST EMPLOYER **ATTRACT MEDIA**<br>ADDRESS (OR CITY DEPARTMENT) 5565 Canoga Ave #317<br>CITY, STATE AND ZIP CODE Woodland Hills CA 91367<br>IMMEDIATE SUPERVISOR'S NAME Self-Employed | YOUR TITLE Freelance Publishing Editor<br>DUTIES PERFORMED<br>• Established editorial and print budgets.<br>• Reviewed all proposals for the magazine and content creation.<br>• Reviewed all article submissions and hired freelance writers and designers.<br>• Planned all articles and research news and relevant topics.<br>• Worked with all print vendors for production and events.<br>REASON FOR LEAVING |
| MONTH AND YEAR:<br>FROM May 2012<br>TO Dec 2014<br>TOTAL MOS. WORKED 11  HRS. PER WEEK 8<br>PAID POSITION? YES: ☑  NO: ☐ | NAME OF CURRENT OR LAST EMPLOYER **Univision**<br>ADDRESS (OR CITY DEPARTMENT) 5999 Center Dr.<br>CITY, STATE AND ZIP CODE Los Angeles CA 90045<br>IMMEDIATE SUPERVISOR'S NAME Carolina Fernandez | YOUR TITLE Project Coordinator<br>DUTIES PERFORMED<br>• Provided relevant data to review which campaigns performed the best.<br>• Applied SEO and CMS tools daily to verify key words and headlines.<br>•Monitored expenses for Univision promotions and special projects.<br>REASON FOR LEAVING |
| MONTH AND YEAR:<br>FROM Jan 2004<br>TO Oct 2011<br>TOTAL MOS. WORKED 24  HRS. PER WEEK 8<br>PAID POSITION? YES: ☑  NO: ☐ | NAME OF CURRENT OR LAST EMPLOYER **Rudy Rivas**<br>ADDRESS (OR CITY DEPARTMENT) 831 S. Douglas St<br>CITY, STATE AND ZIP CODE El Segundo CA 90045<br>IMMEDIATE SUPERVISOR'S NAME | YOUR TITLE National Magazine Editor<br>DUTIES PERFORMED<br>• Managed artist and booked talent for shows<br>• Rebrand the look of the magazine by hiring new talent, freelancers and new partnerships.<br>• Write and edit articles for blog and print magazine.<br>REASON FOR LEAVING |
| MONTH AND YEAR:<br>FROM<br>TO<br>TOTAL MOS. WORKED  HRS. PER WEEK<br>PAID POSITION? YES: ☐  NO: ☐ | NAME OF CURRENT OR LAST EMPLOYER<br>ADDRESS (OR CITY DEPARTMENT)<br>CITY, STATE AND ZIP CODE<br>IMMEDIATE SUPERVISOR'S NAME | YOUR TITLE<br>DUTIES PERFORMED<br>REASON FOR LEAVING |
| MONTH AND YEAR:<br>FROM<br>TO<br>TOTAL MOS. WORKED  HRS. PER WEEK<br>PAID POSITION? YES: ☐  NO: ☐ | NAME OF CURRENT OR LAST EMPLOYER<br>ADDRESS (OR CITY DEPARTMENT)<br>CITY, STATE AND ZIP CODE<br>IMMEDIATE SUPERVISOR'S NAME | YOUR TITLE<br>DUTIES PERFORMED<br>REASON FOR LEAVING |

IF  MORE  SPACE  IS  NEEDED  ATTACH  ADDITIONAL  SHEETS



Employment Eligibility Verification
Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-9
OMB No. 1615-0047
Expires 10/31/2022

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name (Family Name) | First Name (Given Name) | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Identity and Employment Authorization | | Identity | | Employment Authorization |

| List A | List B | List C |
|---|---|---|
| Document Title | Document Title | Document Title |
| Issuing Authority | Issuing Authority | Issuing Authority |
| Document Number | Document Number | Document Number |
| Expiration Date (if any) (mm/dd/yyyy) | Expiration Date (if any) (mm/dd/yyyy) | Expiration Date (if any) (mm/dd/yyyy) |
| Document Title | | |
| Issuing Authority | Additional Information | QR Code - Sections 2 & 3 Do Not Write In This Space |
| Document Number | | |
| Expiration Date (if any) (mm/dd/yyyy) | | |
| Document Title | | |
| Issuing Authority | | |
| Document Number | | |
| Expiration Date (if any) (mm/dd/yyyy) | | |

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

The employee's first day of employment  **(mm/dd/yyyy):** _____  (See *instructions* for exemptions)

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Title of Employer or Authorized Representative |
|---|---|---|
| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |

| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name (if applicable) | | | B. Date of Rehire (if applicable) |
|---|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Date (mm/dd/yyyy) |

C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date (if any) (mm/dd/yyyy) |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Name of Employer or Authorized Representative |
|---|---|---|

## LISTS OF ACCEPTABLE DOCUMENTS
### All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A | LIST B | LIST C |
|---|---|---|
| **Documents that Establish Both Identity and Employment Authorization** | **Documents that Establish Identity** | **Documents that Establish Employment Authorization** |
| OR | AND | |
| 1. U.S. Passport or U.S. Passport Card | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color; and address | 1. A Social Security Account Number card, unless the card includes one of the following restrictions: |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | (1) NOT VALID FOR EMPLOYMENT |
| | | (2) VALID FOR WORK ONLY WITH INS AUTHORIZATION |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | (3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | | 2. Certification of report of birth issued by the Department of State (Forms OS-1350, FS-545, FS-240) |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status: | 3. School ID card with a photograph | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| a. Foreign passport; and | 4. Voter's registration card | |
| b. Form I-94 or Form I-94A that has the following: | 5. U.S. Military card or draft record | |
| (1) The same name as the passport; and | 6. Military dependent's ID card | 4. Native American tribal document |
| (2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form | 7. U.S. Coast Guard Merchant Mariner Card | 5. U.S. Citizen ID Card (Form I-197) |
| | 8. Native American tribal document | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | 9. Driver's license issued by a Canadian government authority | |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | **For persons under age 18 who are unable to present a document listed above:** | 7. Employment authorization document issued by the Department of Homeland Security |
| | 10. School record or report card | |
| | 11. Clinic, doctor, or hospital record | |
| | 12. Day-care or nursery school record | |

Examples of many of these documents appear in the Handbook for Employers (M-274).

Refer to the instructions for more information about acceptable receipts.

# EXHIBIT C

1

2

3          BEFORE THE WORKERS' COMPENSATION APPEALS BOARD

4     OF THE STATE OF CALIFORNIA

5

6

7

8     TANISHA BROWN,                         )
                                             )
9                    Applicant,              )
                                             )
10       vs.                                 ) No. ADJ16867343
                                             )
11    ADP TOTAL SOURCE INC/LOVIN             )
      ENTERPRISES INC and AMERICAN HOME      )
12    ASSURANCE COMPANY BY HELMSMAN          )
      MANAGEMENT SERVICES, LLC INSURING      )
13    ADP TOTALSOURCE INC/LOVIN              )
      ENTERPRISES INC                        )
14                                           )
                     Defendants.             )
15    _____)

16

17

18          DEPOSITION BY ZOOM OF TANISHA A. BROWN, the

19     applicant herein, noticed by LAW OFFICES OF

20     BRADFORD & BARTHEL, LLP, appeared remotely before

21     me, at 2:06 p.m., Monday, March 6, 2022, before

22     Lisbeth K. Munoz, CSR 13106.

23

24     Job Number 958652

25



# DIVISION OF WORKERS' COMPENSATION

## WORKERS' COMPENSATION APPEALS BOARD

## NOTICE OF HEARING

**DATE OF SERVICE:** 05/03/2024

**EAMS CASE NBR(s):** ADJ16867343

**EMPLOYEE:** TANISHA BROWN

**EMPLOYER:** LOVIN' ENTERPRISES, INC., ADP TOTAL SOURCE INC

**INSURER:** HELMSMAN MANAGEMENT ROCKLIN, AIG CLAIMS

**TYPE OF HEARING:** Lien Conference

**DATE OF HEARING:** 08/19/2024 MONDAY

**TIME OF HEARING:** 08:30 A.M.

**HEARING LENGTH (HOURS):**

**LOCATION:**    Toll free #: (877) 336-1831
Access Code: 5995905
TELECONFERENCE    0

*Map available at:*

**JUDGE:**    Troy Slaten

### SPECIAL COMMENTS/INSTRUCTIONS:

This hearing is being held by telephone. Please call the number above. Esta audiencia se lleva a cabo por telefono. Por favor llame al numero de arriba.APPLICANT NEED NOT APPEAR; ALL LIEN CLAIMS OF RECORD STILL IN DISPUTE SHALL APPEAR; EL TRABAJADOR LESIONADO NO TIENE QUE PRESENTARSE EN ESTA AUDIENCIA.

**NOTICE TO INJURED WORKERS:** IF YOU NEED AN INTERPRETER, CONTACT YOUR ATTORNEY OR CLAIMS ADMINISTRATOR IMMEDIATELY. YOU HAVE A RIGHT TO AN INTERPRETER IF YOU ARE UNABLE TO SPEAK OR ADEQUATELY UNDERSTAND ENGLISH.

You are hereby notified that the above entitled case is set for hearing before the Division of Workers' Compensation of the State of California. Continuances are not favored and will be granted only upon clear showing of good cause. Please arrive before scheduled appearance time.

**NOTICE TO PARTIES: Disability Accommodation is available upon request.** Individuals with a disability requiring a reasonable accommodation (such as an auxiliary aid or service or a modification of policies or procedures) to ensure effective communication and access to the programs of the Division of Workers' Compensation, should contact the **Disability Accommodation Coordinator** at the local District Office of the DWC, or the **Statewide Disability Accommodation Coordinator at 1-866-681-1459 (toll free) or through the California Relay Service, by dialing 711 or 1-800-735-2929 (TTY) or 1-800-855-3000 (TTY-Spanish).**

Accommodations can include reasonable modifications of procedures or the provision of auxiliary aids or services including, but not limited to, assistive listening devices (ALD), Computer-Aided Realtime Translation (CART), sign language interpreters, documents in alternative formats, magnifiers, and audio cassette recordings. **Accommodation requests should be made as soon as possible and at least five (5) days before the hearing, especially for requests for an ALD, a sign language interpreter, or CART.**

NOTICE TO INSURER: The employer will not receive Notice of Hearing.

S-CAND 44 (Rev. 04-2025)

# CIVIL COVER SHEET – for people without lawyers only

See Civil Local Rule 3-2 (amended April 28, 2025), which requires the filing of a civil cover sheet only by those unrepresented by counsel.

| **I. PLAINTIFF(S)** | **DEFENDANT(S)** |
|---|---|
| Tanisha A. Brown | Dustin Salidi, Oscar Machado, Law at Your Side, ADP Total Source Inc. Levin Enterprise Inc. and American Home Insurance Company by Heinzman Management Services, LLC Insuring ADP TotalsourceTotal Source Inc |
| County of Residence of First Listed Plaintiff: Los Angeles *Leave blank in cases where United States is plaintiff.* | County of Residence of First Listed Defendant: *Use ONLY in cases when United States is plaintiff.* |
| Attorney or Pro Se Litigant Information *(Firm Name, Address, and Telephone Number)* Pro Se (self represented based on the fraud that has been going on an bad actors who are being placedplaced in position andand usingand using my license (Creative Commons). 5565 Canoga Ave #317 Woodland Hill CA 91367 | Defendant's Attorney's Name and Contact Information *(if known)* Law at Your Side and Bradford & Barthel, LLP by John Doud |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

|  |  |
|---|---|
| ☐ U.S. Government Plaintiff | ☒ Federal Question *(U.S. Government Not a Party)* |
| ☐ U.S. Government Defendant | ☐ Diversity |

## III. CAUSE OF ACTION

Cite the U.S. Statute under which you are filing: *(Use jurisdictional statutes only for diversity)*

Case involvesinvolves violation of federal law rights

Brief description of case: Civilrights and attorney misconduct

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | **LABOR** | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 710 Fair Labor Standards Act | 820 Copyrights | 430 Banks and Banking |
| | 340 Marine | | 720 Labor/Management Relations | 830 Patent | 450 Commerce |
| 151 Medicare Act | 345 Marine Product Liability | **PERSONAL PROPERTY** | 730 Railway Labor Act | 835 Patent–Abbreviated New Drug Application | 460 Deportation |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 350 Motor Vehicle | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 790 Other Labor Litigation | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 360 Other Personal Injury | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| | 362 Personal Injury -Medical Malpractice | 385 Property Damage Product Liability | | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 160 Stockholders' Suits | | | **IMMIGRATION** | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 195 Contract Product Liability | 440 Other Civil Rights | **HABEAS CORPUS** | 465 Other Immigration Actions | 864 SSID Title XVI | 891 Agricultural Acts |
| 196 Franchise | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 210 Land Condemnation | 443 Housing/ Accommodations | 530 General | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 220 Foreclosure | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | 871 IRS–Third Party 26 U.S.C. § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 446 Amer. w/Disabilities–Other | **OTHER** | | | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 448 Education | 540 Mandamus & Other | | | |
| 245 Tort Product Liability | | 550 Civil Rights | | | |
| 290 All Other Real Property | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ Original Proceeding  ☐ Removed from State Court  ☐ Remanded from Appellate Court  ☒ Reinstated or Reopened  ☐ Transferred from Another District  ☐ Multidistrict Litigation–Transfer  ☐ Multidistrict Litigation–Direct File

## VI. FOR DIVERSITY CASES ONLY: CITIZENSHIP OF PRINCIPAL PARTIES
*(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

| Plaintiff | Defendant | |
|---|---|---|
| ☒ | ☒ | Citizen of California |
| ☐ | ☐ | Citizen of Another State |
| ☐ | ☐ | Citizen or Subject of a Foreign Country |
| ☐ | ☐ | Incorporated or Principal Place of Business In California |
| ☐ | ☐ | Incorporated and Principal Place of Business In Another State |
| ☐ | ☐ | Foreign Nation |

## VII. REQUESTED IN COMPLAINT

☐ Check if the complaint contains a **jury demand.**

☑ Check if the complaint contains a **monetary demand.** Amount:

☐ Check if the complaint seeks **class action** status under Fed. R. Civ. P. 23.

☐ Check if the complaint seeks a **nationwide injunction** or Administrative Procedure Act vacatu

## VIII. RELATED CASE(S) OR MDL CASE

*Provide case name(s), number(s), and presiding judge(s).*

## IX. DIVISIONAL ASSIGNMENT pursuant to Civil Local Rule 3-2

*(Place an "X" in One Box Only)*     ☐ SAN FRANCISCO/OAKLAND     ☐ SAN JOSE     ☐ EUREKA-MCKINLEYVILLE

DATE                    SIGNATURE OF ATTORNEY OR PRO SE LITIGANT

| FORM 5564 | Department of the Treasury - Internal Revenue Service | Symbols |
|---|---|---|
| (Rev. June 1992) | NOTICE OF DEFICIENCY - WAIVER | Kansas City STOP 4100 |

**Name and Address of Taxpayer(s)**

TANISHA BROWN
5565 CANOGA AVE APT 317
WOODLAND HLS, CA  91367-6654922

September 24, 2024
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

| Kind of Tax | [X] Copy to Authorized Representative |
|---|---|
| INDIVIDUAL INCOME | ANAND PATEL |

**DEFICIENCY**

| Tax Year Ended | |
|---|---|
| DECEMBER 31, 2021 | Increase in Tax $30,398.00     Penalties |

IRC Section  6676                                    $6,158.40

THE AMOUNT SHOWN AS A DEFICIENCY MAY NOT BE BILLED YOU, SINCE THE
REFUND DUE YOU WILL BE REDUCED BY THE AMOUNT OF THE DEFICIENCY.
THE NET REFUND DUE YOU IS SHOWN ON THE ATTACHED EXAMINATION REPORT.

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest.  Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report. I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| | | Date |
| | By | Title | Date |

Note: If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you.  Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign:  If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

If you agree, please sign and return this form; keep one copy for your records.

FORM 5564 (Rev. 6-92)

# Deloitte.

**Deloitte & Touche LLP**
30 Rockefeller Plaza
New York, NY 10112-0015
USA

Tel: +1 212 436 2000
Fax: +1 212 653 5000
www.deloitte.com

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Directors and Equity Owner of Oppenheimer & Co. Inc.

**Opinion on the Financial Statement**

We have audited the accompanying consolidated balance sheet of Oppenheimer & Co. Inc. and subsidiaries (the "Company") as of December 31, 2024, and the related notes (collectively referred to as the "financial statement"). In our opinion, the financial statement presents fairly, in all material respects, the financial position of the Company as of December 31, 2024, in conformity with accounting principles generally accepted in the United States of America.

**Basis for Opinion**

The financial statement is the responsibility of the Company's management. Our responsibility is to express an opinion on this financial statement based on our audit. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statement is free of material misstatement, whether due to error or fraud.

Our audit included performing procedures to assess the risks of material misstatement of the financial statement, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statement. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statement. We believe that our audit of the financial statement provides a reasonable basis for our opinion.

*Deloitte & Touche LLP*

February 27, 2025

We have served as the Company's auditor since 2013.

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL |
|---|
| OMB Number: 3235-0123 |
| Expires:  Nov. 30, 2026 |
| Estimated average burden |
| hours per response . . . 12.00 |

**ANNUAL REPORTS**
**FORM X-17A-5**
**PART III**

| SEC FILE NUMBER |
|---|
| 8-04077 |

**FACING PAGE**

**Information Required Pursuant to Rules 17a-5, 17a-12, and 18a-7 under the Securities Exchange Act of 1934**

FILING FOR THE PERIOD BEGINNING _____01/01/2024_____ AND ENDING _____12/31/2024_____
                                                    MM/DD/YY                                         MM/DD/YY

**A. REGISTRANT IDENTIFICATION**

NAME OF FIRM:  Oppenheimer & Co. Inc.

TYPE OF REGISTRANT (check all applicable boxes):

[x] Broker-dealer          [ ] Security-based swap dealer          [ ] Major security-based swap participant

[ ] Check here if respondent is also an OTC derivatives dealer

ADDRESS OF PRINCIPAL PLACE OF BUSINESS: (Do not use P.O. Box No.)

85 Broad Street
(No. and Street)

  New York                              NY                                        10004
  (City)                               (State)                                   (Zip Code)

PERSON TO CONTACT WITH REGARD TO THIS REPORT

Albert G. Lowenthal                     212-668-5782                   Albert.Lowenthal@opco.com
(Name)                        (Area Code - Telephone No.)              (Email Address)

**B. ACCOUNTANT IDENTIFICATION**

INDEPENDENT PUBLIC ACCOUNTANT whose reports are contained in this filing*

Deloitte & Touche LLP
(Name - if individual, state last, first, middle name)

30 Rockefeller Plaza          New York                  New York                  10112
(Address)                     (City)                    (State)                   (Zip Code)

10/20/2003                                                               34
(Date of Registration with PCAOB)(if applicable)        (PCAOB Registration Number, if applicable)

**FOR OFFICIAL USE ONLY**

*Claims for exemption from the requirement that the annual reports be covered by the reports of an independent public accountant must be
supported by a statement of facts and circumstances relied on as the basis of the exemption. See 17 CFR 240.17a-5(e)(1)(ii), if applicable.

Persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB
control number.

## OATH OR AFFIRMATION

I, Albert G. Lowenthal, affirm that, to the best of my knowledge and belief, the financial report pertaining to the firm of Oppenheimer & Co. Inc. (the "Company"), as of December 31, 2024, is true and correct. I further affirm that neither the company nor any partner, officer, director, or equivalent person, as the case may be, has any proprietary interest in any account classified solely as that of customer.

_____
Signature

Chief Executive Officer
Title

Subscribed and sworn to before me on this
27ᵗʰ day of February 2025

_____    Notary Public

STEPHANIE BROOKE NAPOLI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NA6325313
Qualified in Richmond County
Commission Expires May 26, 2027

Exhibit

C

**tba. | GROUP**

SPORT   BRANDS   ENTERTAINMENT   BLOG

**TBA Group enters exclusive partnership with Metaverse creation company, Virtual Brand Group**

At TBA Group we focus on establishing connections between iconic brands, their fans and customers. We are constantly exploring ways to enhance the experiences we create through innovation and creativity. Interaction in the virtual world has accelerated and brands are racing to figure out their virtual strategy and navigate the vast and unpredictable Metaverse technologies, communities and revenue opportunities that are rapidly evolving.

VBG transforms brands by building and operating their Metaverse business and communities across billions of consumers as well as all web 3.0 technologies, from social gaming to blockchain, to NFTs and beyond.

Most recently, VBG successfully built and launched global fashion brand Forever 21's immersive Roblox experience (over 200m active users per month, 50m per day) and avatar merchandise programme, partnering with more than 30 of the world's top digital designers.



CALIFORNIA
**DEPARTMENT OF JUSTICE**

*Rob Bonta*
*Attorney General*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public:  (415) 510-4400
Telephone:  (415) 510-3476
Facsimile:  (415) 703-5480
E-Mail:  Christopher.Lamerdin@doj.ca.gov

December 3, 2024

OPENAI, INC.
Attn: Board of Directors
3180 18th St., Suite 100
San Francisco, CA 94110

RE:    In re: OpenAI Inc.'s Potential Corporate Restructuring

Dear Board of Directors:

The Attorney General of California has the primary responsibility for supervising charitable trusts, "for ensuring compliance with trusts and articles of incorporation, and for protecting assets" held by charitable trusts and charitable corporations operating in or holding property in California. (Gov. Code, §§ 12582.1, 12588, 12598.)  Recent press reports have indicated OpenAI, Inc., is considering a corporate restructuring.

OpenAI, Inc.'s Amended and Restated Certificate of Incorporation, in the Third Article states:

"THIRD: This Corporation shall be a nonprofit corporation organized exclusively for charitable purposes within the meaning of section 501(c)(3) of the Internal Revenue Code …. The specific purpose of this corporation is to ensure that artificial general intelligence benefits all of humanity, including by conducting and/or funding artificial intelligence research. The corporation may also research and/or otherwise support efforts to safely develop and distribute such technology and its associated benefits, including analyzing the societal impacts of the technology and supporting related educational, economic, and safety policy research and initiatives. The resulting technology will benefit the public and the corporation will seek to distribute it for the public benefit when applicable. The corporation is not organized for the private gain of any person. In furtherance of its purposes, the corporation shall engage in any lawful act of activity for which nonprofit corporations may be organized under the General Corporation Law of Delaware."

December 3, 2024
Page 2

Article Five states that OpenAI, Inc.'s assets are irrevocably dedicated to its charitable purpose.

In furtherance of the Attorney General's responsibility to protect assets held in charitable trust, and in light of OpenAI, Inc.'s Amended and Restated Certificate of Incorporation irrevocably dedicating its assets for charitable purposes, the Attorney General seeks the following information:

1. Information on OpenAI's restructuring plans;

2. Value of OpenAI's charitable assets;

3. Value of OpenAI's charitable assets held by its subsidiaries; and

4. Plans for the transfer and/or disposition of OpenAI, Inc.'s charitable assets with the restructuring plans.

Thank you for your attention to this matter. Please provide the requested information by January 8, 2025.

Sincerely,

CHRISTOPHER C. LAMERDIN
Deputy Attorney General

For    ROB BONTA
Attorney General

CCL:

MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

## PUBLIC REQUEST TO ADDRESS
## THE BOARD OF SUPERVISORS
## COUNTY OF LOS ANGELES, CALIFORNIA

### Correspondence Received

people

Los Angeles County Board of Supervisors
Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012

Subject: Demand for Accountability and Citizen-First Priorities in Public Spending

Dear Honorable Members of the Los Angeles County Board of Supervisors,

I am writing to you as a concerned citizen who demands greater accountability, transparency, and prioritization of American citizens in your upcoming decisions and funding allocations. As representatives elected to serve the people of Los Angeles County, your first and foremost responsibility should be to the hardworking taxpayers and struggling communities that rely on essential services.

After reviewing the agenda for the February 4, 2025, Board Meeting, I am deeply troubled by how funds are being allocated and the lack of focus on core issues that directly impact residents. Many of the motions reflect spending on programs that do not sufficiently benefit struggling citizens, while critical concerns such as homelessness, crime, and government accountability remain inadequately addressed.

Key Concerns and Demands for Action:

1. Public Spending Must Prioritize American Citizens First we need Housing Now

County funds should not be misused on programs that do not directly serve taxpaying residents, especially while homelessness, poverty, and crime remain at crisis levels.

Housing initiatives should focus on providing shelter and mental health resources to struggling Americans; including veterans, low-income families, and at-risk youth.

Public services, including medical care and financial aid, should be prioritized for citizens, not illegal immigrants or programs that encourage dependency on government aid without accountability.

2. Accountability for Child Protective Services (CPS) and Government Agencies

CPS and similar agencies must be investigated for misconduct, arrested overreach, and lack of transparency in their handling of families and



As of: 2/4/2025 1:00:09 PM

MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
## THE BOARD OF SUPERVISORS
### COUNTY OF LOS ANGELES, CALIFORNIA

## Correspondence Received

children.stephen MARPET XAVIER ROSAS Needs To Be in Jail aswell and the clerks in dependency courts not allowing parents to access court records not able to provide the courts answers to where is the evidence children in foster care abused and neglected its all a lie they dont have any evidence to support why cps coming to low-income communities druging raping our children taking them for federal funding stop children service from trafficking our children for federal funding Now children lawcenter attorney and los Angeles dependency inc lawyers Not doing anything WE THE PEOPLE DEMAND TO CUT THEIR FUNDING AND INVESTIGATION AND THROW THEM OUT LIKE UNCLE PHOL THROW JAZZ OUT ON FRESH PRINCE OF BELAIR WHY U AT IT YA NEED TO HANG IT UP TO ..I WATCHED YA FOR 10 YEARS I CAN DO BETTER HELL THE CHILDREN CAN RUN IT BETTER WE THE BLACK AMERICANS NEED ARE REPARATIONS TO

Funding should be reevaluated and redirected towards family support services that prevent unnecessary government interference while still protecting vulnerable children.

A full audit of CPS operations and budget allocation should be conducted and made publicly available.

3. Public Safety & Crime Reduction Must Be a Priority

With rising crime rates, our law enforcement agencies must be fully supported, and policies that weaken public safety should be reconsidered.

Instead of excessive spending on bureaucratic initiatives, funds should be allocated to crime prevention programs, police resources, and support for victims of crime.

4. Stop Wasting Taxpayer Money on Ineffective Programs

Many of the proposed contracts and sole-source agreements lack clear accountability measures to ensure taxpayer money is being used efficiently.

We demand greater public oversight and transparency in all county spending, including a mandatory review process for any contracts exceeding a certain financial threshold.

The Board should eliminate unnecessary spending on studies, consultants, and administrative overhead that do not produce real, measurable results for residents.



As of: 2/4/2025 1:00:09 PM

MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

## PUBLIC REQUEST TO ADDRESS
## THE BOARD OF SUPERVISORS
## COUNTY OF LOS ANGELES, CALIFORNIA

### Correspondence Received

5. Immediate Action Needed on Homelessness & Mental Health Crisis

Homelessness remains a catastrophic issue, and yet there is no real urgency in finding solutions that actually work.

The County must stop enabling dependency on failed policies and instead implement programs that transition individuals into stable housing, jobs, and mental health services.

Instead of vague promises and bureaucratic delays, I demand a concrete plan with measurable goals and deadlines for reducing homelessness.

Final Demand: Transparency, Public Oversight, and Immediate Action

The people of Los Angeles County deserve real solutions, not political posturing or ineffective spending. As elected officials, it is your duty to listen to the concerns of your constituents and take action that directly improves our communities.

I am requesting that the Board:

Provide public transparency on all funding allocations, including detailed breakdowns of where money is going.

Commit to prioritizing American citizens first in all public assistance programs.

Implement greater oversight and audits of agencies like CPS and other government departments handling taxpayer money.

Redirect funds from ineffective programs to initiatives that actually reduce homelessness, crime, and economic hardship.

Allow greater public involvement in budget decisions, including hearings where residents can directly question spending proposals.

I expect a response addressing these concerns and a commitment from each Supervisor to take action. The people of Los Angeles County will hold you accountable in upcoming elections if you continue to ignore the needs of the people you were elected to serve.

Sincerely,

we the damn people

we the  citizens

As of: 2/4/2025 1:00:09 PM

MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
## THE BOARD OF SUPERVISORS
### COUNTY OF LOS ANGELES, CALIFORNIA

## Correspondence Received

We the people the citizens the tax payers
Demand

Los Angeles County Board of Supervisors
500 W Temple St
Los Angeles, CA 90012

Subject: Formal Demand to Reassess Allocation of Public Funds Toward Immigration Advocacy Events

Dear Members of the Los Angeles County Board of Supervisors,

I am writing on behalf of concerned residents of our community who are witnessing a severe lack of support for our homeless population and struggling citizens while resources are being allocated toward events advocating for non-citizens. We strongly urge the Board to reconsider such expenditures and to redirect those funds to address the urgent needs of American citizens within Los Angeles County.

The upcoming "March for Immigrant Rights," scheduled for February 22, 2025, as advertised, raises significant concerns about the responsible use of taxpayer money. This event diverts focus and potentially valuable resources away from addressing the escalating homelessness crisis affecting thousands of Angelenos. As a community deeply affected by these priorities, we demand immediate action to prioritize our citizens' welfare.

Legal Framework and Concerns

1. Federal Law (8 U.S. Code § 1324): It is unlawful to encourage or assist in the unlawful presence of non-citizens in the United States. Events promoting resources for undocumented individuals may conflict with this statute.

2. California Constitution, Article XIII, Section 35: Public funds must be utilized in ways that directly benefit the residents of the state. Supporting events for non-citizens while ignoring the dire needs of homeless individuals raises questions about compliance with this mandate.

3. Homelessness Emergency in California: According to the United States Interagency Council on Homelessness, California's homeless population exceeds 171,000. Los Angeles County is disproportionately affected, with thousands of citizens living in tents, vehicles, or on the streets. This crisis requires immediate redirection of public funds.

Community Needs

As of: 2/4/2025 1:00:09 PM

MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
# THE BOARD OF SUPERVISORS
# COUNTY OF LOS ANGELES, CALIFORNIA

## Correspondence Received

| | Other | |
|---|---|---|
| Cedric Meyers | | The citizens of Los Angeles County, particularly the homeless and those struggling to meet basic needs, require immediate assistance. Allocating resources to marches or events advocating for immigrants while ignoring the plight of local taxpayers is unacceptable. Funds should be directed toward: |
| | | Emergency shelter and housing programs. |
| | | Mental health and substance abuse treatment services. |
| | | Job training and placement initiatives for unemployed citizens. |
| | | Demand |
| | | We demand the following immediate actions: |
| | | 1. Cancel the allocation of any public resources, financial or otherwise, toward the "March for Immigrant Rights." |
| | | 2. Reassess budget priorities to address the homelessness crisis and struggling citizens in Los Angeles County. |
| | | 3. Issue a public statement outlining the Board's commitment to prioritizing the needs of Los Angeles residents. |
| | | Failure to address these concerns may result in legal and electoral actions to ensure that the rights and needs of American citizens are prioritized. We expect a formal response within 10 business days outlining how the Board intends to address these issues.and remove everyone at this point. |
| | | Sincerely, |
| | | Everyone
We the dam citizens the people the community |
| | | Dear Honorable Members of the Los Angeles County Board of Supervisors, |
| | | In light of the devastating wildfires that have recently displaced so many residents, I urge the Board to consider updating building codes to allow single-staircase apartment buildings in appropriate areas. Given the urgent |



As of: 2/4/2025 1:00:09 PM

MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
## THE BOARD OF SUPERVISORS
## COUNTY OF LOS ANGELES, CALIFORNIA

### Correspondence Received

| Judith Wyle | need for efficient, high-quality, and context-sensitive housing solutions, revisiting restrictions on single-exit residential buildings could enable faster and more cost-effective rebuilding efforts—especially in wildfire-affected communities struggling to recover.

Many cities worldwide, including Seattle, have embraced thoughtfully designed, safe, and beautiful single-staircase apartment buildings, demonstrating that such designs can enhance housing supply without compromising safety. In Seattle, these buildings provide affordable, human-scaled housing that integrates well into established neighborhoods, creating walkable and livable communities. With proper fire safety measures—including fire-resistant materials, enhanced smoke ventilation, and sprinkler systems—single-exit buildings can be both safe and a vital tool to combat the housing crisis.

Los Angeles County's housing crisis is worsening, and with recent wildfires further depleting the region's already limited housing stock, the time to act is now. Allowing single-staircase apartment buildings—particularly on properties devastated by fire and in need of swift redevelopment—would enable architecturally sound, space-efficient, and more affordable housing solutions.

I respectfully request that the Board explore how Seattle's housing policies on single-exit residential buildings could inform targeted updates to LA County's building codes, ensuring we balance safety with the urgent need to rebuild. This is an opportunity to adopt modern, globally accepted best practices that support both wildfire recovery and long-term housing affordability.

Thank you for your leadership on this critical issue.

There is a schism between our government's assurances of expeditious permitting efforts and the reality of what it will take to rebuild the fire ravaged areas. The city and county's pronouncements are paying lip service to issues of public safety and fire resilience, while seemingly acting as if they are optional measures. Granted, the latter requires actual work and analysis-hardly sound bite material. Without going into every potential reason why a property owner may not be able to achieve the promised "like for like" permits, due to: changed topography; emergent geological problems; lot elimination for reconfigured roadways and infrastructure, etc....let alone the financial issues, property owners are already spending money engaging professionals to help them navigate an ill-defined process rife with contradictions.

As our local government makes these announcements trying to reassure the shocked, desperate and jittery burn area stakeholders that they are on the case, "Public Safety" is now taking a back seat to "Recovery."

Officials are already sounding off on how the building codes saved lives, (just not buildings!). Obviously, the aggregate planning, zoning, infrastructure and building codes failed to secure these properties, exposing owners and stakeholders to disaster with yet-to-be-determined financial consequences. |



MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
# THE BOARD OF SUPERVISORS
## COUNTY OF LOS ANGELES, CALIFORNIA

## Correspondence Received

Nonetheless, the city and county officials keep reiterating that property owners will be able to build back these failed structures, as they were, without explicitly alerting them to needed changes that may be required to make these already failed buildings and neighborhoods safer, let alone safe.

Planning is not being discussed, or is being dismissed as an unnecessary burden. Needed fire safety code reform is being relegated to "guidelines." The suitability assessment, whether some of these lots will even be safe to build on once the clean-up is done, is being ignored. The reeling property owners are being lead down a "garden path" to the point of being mislead. Who among the unincorporated county property owners are aware that the "like for like" streamlined permitting process may be limited to buildings permitted after 2020? And, are the fire prevention measures of the 2020 code cycle sufficient? Who will reinvest in these properties if they can't be insured? Who will insure these properties if they are no safer than they were before? The real question is: What will it take to make these buildings and communities insurable now that we know what the real danger is?

A "free for all," "every man for himself," piecemeal, "willy-nilly" "fire resilience optional" approach to re-building, lot by lot, will undermine the fire-resilient/resistant "herd immunity" needed to make these neighborhoods insurable and safe. Meaningful fire resistance and resilience can only be achieved with planning and code reforms specific to these burn areas. These are not drawn out community plan revisions being proposed, but very specific public safety measures, and an understanding that these displaced communities may welcome more robust fire safety codes. They may welcome the addition of multi-family housing solutions. We should be enabling stakeholders to repopulate their communities in building types that better suit their near future needs. Architects can and should be playing a central role in working these issues through. It is really just a scaling up of what they do every day.

Architects are unique among building professionals, in that they interface with EVERY aspect of building, from:
underlying geology; topography; non-discretionary environmental considerations; local planning; surveying; easements; infrastructure interfaces; building codes; engineering (civil, structural, mechanical, etc.) design; materials; consultants; contractors, interior and exterior finishes, hardscape and landscape, etc.
They are trained and licensed to deal with every one of the above issues and professions. Every single building that goes up, from the humblest bungalow to multi-family structures and even whole subdivisions will be affected by the complex swirl of issues that face us in rebuilding these areas more safely. Architects are accustomed to being the interface between regulations, services, infrastructure and essential building specialties. Architects guide their clients through this process. They can, and should, be central to guiding the City and County of Los Angeles too.

The unique and central position that architects hold is vitally important to the



MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
## THE BOARD OF SUPERVISORS
## COUNTY OF LOS ANGELES, CALIFORNIA

### Correspondence Received

**Judith Wyle**

planning of how to build back safely and insurably. They can help the county and the city get on track in a sensible and insurable manner.

Efforts being made to rebuild exactly what was there before risk ending up on the scrapheap of false starts, reducing the available resources of those already suffering from the ravages of these fires.

The clean-up is now expected to take 18 months. That's 18 months until the 1st rebuilding shovels can hit the ground. Lets get this right using the only professionals that are accustomed to dealing with every aspect of our built environments, architects.

They are already hard at work, and engaged in defining what will be needed to effectively address the rebuilding process. The AIA LA Wildfire Recovery Committee is off to a robust beginning. Its members are forming committees, attending events, and conferring with experts, and each other, to determine the paths forward that will be needed to rebuild safe and insurable communities. Do not overlook what architects have to offer the Los Angeles community at this critical juncture.

There is a schism between our government's assurances of expeditious permitting efforts and the reality of what it will take to rebuild the fire ravaged areas. The city and county's pronouncements are paying lip service to issues of public safety and fire resilience, while seemingly acting as if they are optional measures. Granted, the latter requires actual work and analysis-hardly sound bite material. Without going into every potential reason why a property owner may not be able to achieve the promised "like for like" permits, due to changed topography; emergent geological problems; lot elimination for reconfigured roadways and infrastructure, etc....let alone the financial issues, property owners are already spending money engaging professionals to help them navigate an ill-defined process rife with contradictions.

As our local government makes these announcements trying to reassure the shocked, desperate and jittery burn area stakeholders that they are on the case, "Public Safety" is now taking a back seat to "Recovery."

Officials are already sounding off on how the building codes saved lives, (just not buildings!). Obviously, the aggregate planning, zoning, infrastructure and building codes failed to secure these properties, exposing owners and stakeholders to disaster with yet-to-be-determined financial consequences. Nonetheless, the city and county officials keep reiterating that property owners will be able to build back these failed structures, as they were, without explicitly alerting them to needed changes that may be required to make these already failed buildings and neighborhoods safer, let alone safe.

Planning is being discussed, or is being dismissed as an unnecessary burden. Needed fire safety code reform is being relegated to "guidelines." The suitability assessment, whether some of these lots will even be safe to build on once the clean-up is done, is being ignored. The reeling property owners



MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
## THE BOARD OF SUPERVISORS
## COUNTY OF LOS ANGELES, CALIFORNIA

### Correspondence Received

are being lead down a "garden path" to the point of being mislead.  Who among the unincorporated county property owners are aware that the "like for like" streamlined permitting process may be limited to buildings permitted after 2020?  And, are the fire prevention measures of the 2020 code cycle sufficient?  Who will reinvest in these properties if they can't be insured?  Who will insure these properties if they are no safer than they were before?  The real question is:  What will it take to make these buildings and communities insurable now that we know what the real danger is?

A "free for all," "every man for himself," piecemeal, "willy-nilly" "fire resilience optional" approach to re-building, lot by lot, will undermine the fire-resilient/resistant "herd immunity" needed to make these neighborhoods insurable and safe.  Meaningful fire resistance and resilience can only be achieved with planning and code reforms specific to these burn areas.  These are not drawn out community plan revisions being proposed, but very specific public safety measures, and an understanding that these displaced communities may welcome more robust fire safety codes.  They may welcome the addition of multi-family housing solutions.  We should be enabling stakeholders to repopulate their communities in building types that better suit their near future needs.  Architects can and should be playing a central role in working these issues through.  It is really just a scaling up of what they do every day.

Architects are unique among building professionals, in that they interface with EVERY aspect of building, from:
underlying geology; topography; non-discretionary environmental considerations; local planning; surveying; easements; infrastructure interfaces;  building codes; engineering (civil, structural, mechanical, etc.) design; materials; consultants; contractors, interior and exterior finishes, hardscape and landscape, etc.
  They are trained and licensed to deal with every one of the above issues and professions.  Every single building that goes up, from the humblest bungalow to multi-family structures and even whole subdivisions will be affected by the complex swirl of issues that face us in rebuilding these areas more safely.  Architects are accustomed to being the interface between regulations, services, infrastructure and essential building specialties.  Architects guide their clients through this process.  They can, and should, be central to guiding the City and County of Los Angeles too.

The unique and central position that architects hold is vitally important to the planning of how to build back safely and insurably.  They can help the county and the city get on track in a sensible and insurable manner.

Efforts being made to rebuild exactly what was there before risk ending up on the scrapheap of false starts, reducing the available resources of those already suffering from the ravages of these fires.

The clean-up is now expected to take 18 months.  Thats 18 months until the 1st rebuilding shovels can hit the ground.  Lets get this right using the only



As of: 2/4/2025 1:00:09 PM

MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
## THE BOARD OF SUPERVISORS
## COUNTY OF LOS ANGELES, CALIFORNIA

### Correspondence Received

| | |
|---|---|
| | professionals that are accustomed to dealing with every aspect of our built environments, architects.<br><br>They are already hard at work, and engaged in defining what will be needed to effectively address the rebuilding process. The AIA LA Wildfire Recovery Committee is off to a robust beginning. Its members are forming committees, attending events, and conferring with experts, and each other, to determine the paths forward that will be needed to rebuild safe and insurable communities. Do not overlook what architects have to offer the Los Angeles community at this critical juncture. |
| **MELVIN S HILL** | **ALEX VILLANUEVA HAD ME ARRESTED** |
| Michael Ackerman | Dear Supervisors,<br><br>Please ask the Governor to send criminal investigators from the National Guard to look into malfeasance by local law-enforcement, especially by the District Attorney's Bureau of Investigation. I ask you to issue a public statement that you've made this request, and that you do it yourselves and not delegate the task to staff.<br><br>Two local police departments have refused to seriously investigate criminal allegations, have failed to make required records, and have refused to send reports to prosecutors. CPRA requests have failed to produce records they have.<br><br>In 2024, the Governor deployed lawyers from the National Guard to serve as prosecutors in San Francisco and Alameda counties. This would be similar to that action.<br><br>This request will have no cost to County residents. Even if I were wrong (I'm not) it would demonstrate that you care about residents and officers who might be under duress.<br><br>Sincerely,<br>Michael Ackerman |
| Monisha  Parker | Rebuilding a community using modular construction homes that are fire and water-resistant in Altadena, California involves several key steps. Here's a comprehensive guide to help you navigate this process, focusing on affordability and sustainability:<br><br>1. Research and Planning<br>a. Understand Local Regulations<br>Zoning Laws: Review local zoning regulations and building codes in Altadena to ensure compliance. |



As of: 2/4/2025 1:00:09 PM

MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
# THE BOARD OF SUPERVISORS
# COUNTY OF LOS ANGELES, CALIFORNIA

## Correspondence Received

Permits: Identify necessary permits for modular construction and assess any unique regulations related to fire-resistant materials or flood zones.
b. Community Engagement
Conduct Surveys: Gather input from community members on their preferences for housing types, aesthetic considerations, and affordability.
Workshops: Organize workshops or meetings to educate the community about the benefits of modular homes, especially fire and water resistance.
c. Identify Funding Sources
Grants and Loans: Look into state and federal grants that support affordable housing and disaster recovery.
Public-Private Partnerships: Explore partnerships with local businesses or non-profits focused on community development.

2. Designing Modular Homes
a. Choose a Modular Builder
Research Builders: Look for reputable modular home manufacturers experienced in fire and water-resistant designs.
Evaluate Options: Compare designs, materials, and prices to find a builder that fits the community's needs and budget.
b. Fire and Water Resistance Features
Materials: Use fire-retardant materials like steel, concrete, or treated wood for structure and siding. For example, consider using fiber cement siding or stucco.
Roofing: Install Class A roofing materials that resist fire and heavy rain.
Foundation: Elevate homes above flood levels if necessary and consider using reinforced concrete foundations.
c. Energy Efficiency
Insulation: Incorporate high-quality insulation to improve energy efficiency and reduce heating costs.
Solar Panels: Consider installing solar panels to promote sustainability and reduce long-term energy costs.

3. Community Infrastructure and Amenities
a. Develop Supporting Infrastructure
Utilities: Ensure that water, sewage, and electricity systems can support the new modular homes. Work with local utility companies.
Road Access: Upgrade or create roads that allow easy access for emergency services and residents.
b. Community Spaces
Shared Areas: Design common spaces such as parks or community gardens that foster social interaction and well-being.
Safety Features: Implement safety features in shared spaces, such as adequate lighting and fire breaks.

4. Construction and Implementation
a. Begin Construction
Timeline: Create a realistic timeline for construction and be transparent with the community about milestones.
Quality Control: Ensure quality control throughout the construction process,



MEMBERS OF THE BOARD

HILDA L. SOLIS
HOLLY J. MITCHELL
LINDSEY P. HORVATH
JANICE HAHN
KATHRYN BARGER

# PUBLIC REQUEST TO ADDRESS
## THE BOARD OF SUPERVISORS
### COUNTY OF LOS ANGELES, CALIFORNIA

## Correspondence Received

verifying that all fire and water-resistant features are correctly implemented.
b. Community Involvement
Local Workforce: Where possible, hire local contractors and labor to support the community.
Volunteering Opportunities: Engage community members in volunteer opportunities for landscaping or setting up amenities.

5. Post-Construction and Support
a. Ongoing Maintenance
Maintenance Plans: Develop plans for ongoing maintenance of fire and water-resistant features to ensure longevity.
Education: Provide workshops or resources for homeowners on maintaining their homes and preparing for emergencies.
b. Social Services and Support
Counseling Services: Offer assistance and support services for families who may be displaced due to disasters.
Financial Counseling: Provide resources for financial literacy and budgeting.

6. Promotion and Marketing
a. Showcase Benefits
Communicate Value: Highlight the benefits of modular homes, such as cost-effectiveness, sustainability, and adaptability to various environmental conditions.
Success Stories: Share stories of families who have successfully moved into modular homes to inspire others.
b. Leverage Digital Platforms
Social Media Campaigns: Use social media to promote the project and encourage community support.
Website and Blogs: Create a website or blog to provide updates, share resources, and engage the community.

Conclusion
Rebuilding with modular construction in Altadena, California, requires careful planning, community involvement, and a focus on fire and water-resistant designs. By approaching this project with a collaborative mindset and leveraging available resources and partnerships, you can create affordable, sustainable housing that strengthens the community and enhances resilience against future disasters.

MODULAR HOMES WITH FIRE AND WATER RESISTANCE:

When it comes to modular homes that boast fire and water resistance while remaining budget-friendly, Icon Build stands out. This innovative company utilizes advanced materials and construction techniques to create homes that withstand various environmental challenges. Their designs prioritize sustainability, safety, and affordability, ensuring that families can find protection without breaking the bank.



As of: 2/4/2025 1:00:09 PM

Another notable player is Dvele Homes. They offer modular homes that incorporate high-quality materials, including fire-resistant designs. Their homes are not only aesthetically pleasing but also built to endure harsh weather conditions. By focusing on energy efficiency, Blu Homes provides eco-conscious solutions that do not compromise on safety.

Furthermore, Method Homes has gained recognition for its commitment to building resilient modular homes. Their structures utilize durable materials that enhance fire and water resistance, all while maintaining an affordable price point. Method Homes emphasizes customization, allowing buyers to tailor their homes to their specific needs for safety and aesthetics.

In conclusion, these companies demonstrate the potential of modular construction to deliver homes that are both affordable and resilient against fire and water damage. As the market continues to evolve, such innovations pave the way for safer living environments.

Paige McGrail

Please help renters in Altadena advocate for safe remediation of smoke and ash damage to their homes standing within the burn zone. Please put a moratorium on evictions for renters affected by Eaton fire.

Tasia M Kieffer

| | Item Total | |
|---|---|---|
| | | 22 |
| Grand Total | | 22 |

As of: 2/4/2025 1:00:09 PM

I am a resident of Altadena where I have lived and rented my home for several years. Just because I rent instead of owning my house does not make Altadena any less of my home. Renters in Altadena, like myself, need adequate protections to return to our beloved homes in a safe manner. While the Eaton fire burned most of my immediate neighborhood, my home is still standing within the burn perimeter. The messaging from LA County officials around the safety of returning to standing structures within the burned perimeter has been confusingly devoid of meaningful concern for the safety residents upon returning to standing homes contaminated with toxic ash and smoke damage. As a renter, I am looking for resources and guidance from the county, including the public health department, that I can point my landlord to to make sure they understand the serious health concerns related to toxic ash and smoke damage in standing structures after urban fires, and the need to properly repair, clean, and remediate the smoke and ash damage to my unit. Without proper guidance and resources from public officials on the health and safety concerns in re-occupying structures standing within the burn perimeter, landlords (including my own) are pressuring tenants to move back into properties and requiring rent payments on February 1 (under threat of eviction for non-payment) for units that are not safe to occupy and that have not been properly tested or cleaned for toxic contaminants known to be in urban fire smoke and ash. As a renter, I do not hold the insurance policy on the property and therefore do not have control over filing any claims for proper testing and remediation of toxic smoke and ash. Renters in the fire-affected areas need resources from public health officials to properly advocate for their safe return to their homes, including guidance on proper remediation and other tenant protections such as moratoriums on evictions during the recovery period. Public officials also need to provide official guidance to tenants and landlords that rent pre-paid for the portion of January in which the area was under mandatory evacuation, properties lacked essential utilities, and premises were uninhabitable due to safety and health concerns needs to be returned to renters. Please help the renters who call Altadena their beloved home.

## Ricker, Eileen

| | |
|---|---|
| **From:** | Ricker, Eileen |
| **Sent:** | Monday, March 27, 2023 12 06 PM |
| **To:** | ██████████ |
| **Cc:** | ██████████ |
| **Subject:** | FW. Questions from Senator Wilk's office |

Hi ████,

We spoke about a year ago on this constituent issue and you directed me to ██████, who directed me to ████. As you can see from my emails below, I have been trying to circle back with ████ and ████ with no luck. Are ████ and ████ still the appropriate folks to help me with this? I tried calling ████ but the phone number I had was not in service

Our constituent is incredibly frustrated and has not been able to get any information himself on specifically what put him on this list. He has reached back out to the Senator personally so I would really like to track down this information (or find out where I track it down). Thanks.


**Regards,**

Eileen

**Eileen Ricker**
**Chief of Staff**
*Office of Senator Scott Wilk*
*1021 O Street, Suite 7140*
*Sacramento, CA 95814*
*916-651-4021*

WWW.SENATE.CA.GOV/WILK

  

Sign up for Senator Scott Wilk's Updates, Click HERE
🖨 Please consider the environment before printing this e mail


**From:** Ricker, Eileen <Eileen.Ricker@sen.ca.gov>
**Sent:** Monday, March 27, 2023 11:54 AM
**To:** ██████████
**Subject:** FW: Questions from Senator Wilk's office

Circling back on this ████. Can you please contact me regarding this constituent request for information. I realize you may not have the answers to the questions, but I would like to hear back from you on where this constituent goes to get these answers

Thank you.

**Regards,**

Eileen

**Eileen Ricker**
**Chief of Staff**
*Office of Senator Scott Wilk*
*1021 O Street, Suite 7140*
*Sacramento, CA 95814*
*916-651 4021*

WWW.SENATE.CA.GOV/WILK

 

Sign up for Senator Scott Wilk's Updates, Click HERE
🖶 Please consider the environment before printing this e-mail

**From:** Ricker, Eileen <Eileen.Ricker@sen.ca.gov>
**Sent:** Wednesday, March 15, 2023 11:52 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** FW: Questions from Senator Wilk's office

Hi ▓▓▓▓▓,

We spoke about a year ago regarding a constituent who had his firearms seized ▓▓▓▓▓▓▓▓ was very helpful in explaining the process etc.. but the constituent wants us to help him further. I sent her an email with some questions (copied below in this email) but I have not heard back from her. The number I had is also not in service so I am reaching back out to you for direction. Our constituent is persistent and understandably upset by the situation. Please give me a call at your convenience. Below are the questions I sent ▓▓▓▓▓. I look forward to discussing this with you at your earliest convenience.

**Our constituent's info:**
Name: Melvin "Steve" Hill
Address: 621 West Avenue S-14, Palmdale, CA
DOB: 08/22/1961
Service Comment Report #259372 (LASD)
Notice to Appear AD 087965 (LASD)

**Questions for you/DOJ:**
Can you confirm for me that Mr. Hill was on the MHRS list (and not on the ACHS/SRF/CARPOS/SPS lists)?
Who provided that list to DOJ? Who would be the appropriate person to contact at that agency/department?
What was the exact reason he was placed on the list and what is done to ascertain the information provided about him is true?

Mr. Hill has no knowledge of anyone reporting him and was caught completely unawares when the officers showed up at his door. He would like to see any and all information pertaining to him being listed/or put in any data base that could have triggered this. He has filled out a privacy release form authorizing us to look into this on his behalf. Any help you could give us would be greatly appreciated. Thank you

**Regards,**

Eileen

**Eileen Ricker**
**Chief of Staff**
*Office of Senator Scott Wilk*
*1021 O Street, Suite 7140*
*Sacramento, CA 95814*
*916-651-4021*

WWW.SENATE.CA.GOV/WILK

 

Sign up for Senator Scott Wilk's Updates, Click HERE
🖨 Please consider the environment before printing this e-mail

**From:** Ricker, Eileen
**Sent:** Tuesday, March 07, 2023 10:45 AM
@dc⬛⬛⬛
**Subject:** RE: Questions from Senator Wilk's office

Hi ⬛⬛

I am checking back on this request  Can you give me any direction on where I get this information?  Thank you.

**Regards,**

**Eileen**

**Eileen Ricker**
**Chief of Staff**
*Office of Senator Scott Wilk*
*1021 O Street, Suite 7140*
*Sacramento, CA 95814*
*916-651-4021*

WWW.SENATE.CA.GOV/WILK

  

Sign up for Senator Scott Wilk's Updates, Click HERE
🖨 Please consider the environment before printing this e-mail

**From:** Ricker, Eileen
**Sent:** Friday, February 03, 2023 4:38 PM
**To:** ⬛⬛⬛⬛⬛⬛
**Subject:** RE: Questions from Senator Wilk's office

Hi ⬛⬛,

I hope this email finds you well.  I am writing on behalf of our constituent Melvin "Steve" Hill.  He is the individual I contacted you about last year (see email below)  His issue continues and he has asked us to help him get all information related to the confiscation of his firearms   Your email is very informative and helps me to understand the process involved in a person ending up on the APPS list but now I have a few additional questions.

3

**Our constituent's info:**
Name:  Melvin "Steve" Hill
Address: 621 West Avenue S-14; Palmdale, CA
DOB: 08/22/1961
Service Comment Report #259372 (LASD)
Notice to Appear AD 087965 (LASD)

**Questions for you/DOJ:**
Can you confirm for me that Mr. Hill was on the MHRS list (and not on the ACHS/SRF/CARPOS/SPS lists)?
Who provided that list to DOJ? Who would be the appropriate person to contact at that agency/department?
What was the exact reason he was placed on the list and what is done to ascertain the information provided about him is true?

Mr  Hill has no knowledge of anyone reporting him and was caught completely unawares when the officers showed up at his door. He would like to see any and all information pertaining to him being listed/or put in any data base that could have triggered this. He has filled out a privacy release form authorizing us to look into this on his behalf. Any help you could give us would be greatly appreciated  Thank you

**Regards,**

Eileen

**Eileen Ricker**
**Chief of Staff**
*Office of Senator Scott Wilk*
*1021 O Street, Suite 7140*
*Sacramento, CA 95814*
*916 651 4021*

WWW.SENATE CA.GOV/WILK

 

Sign up for Senator Scott Wilk's Updates, Click HERE
Please consider the environment before printing this e mail

**Sent:** Monday, February 28, 2022 1:51 PM
**To:** Ricker, Eileen <Eileen.Ricker@sen.ca.gov>
**Subject:** Re: Questions from Senator Wilk's office

Sure thing - just tried to give you a call. Feel free to call back at your convenience.

CA Dept of Justice

**From:** Ricker, Eileen <Eileen.Ricker@sen.ca gov>
**Sent:** Monday, February 28, 2022 11:52:17 AM
**Subject:** RE: Questions from Senator Wilk's office

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious

I do have an additional question. Do you have a minute for a call today?  My cell is below  Thanks.

**Regards,**

**Eileen**

**Eileen Ricker**
**Chief of Staff**
Office of Senator Scott Wilk
▬▬▬▬▬▬▬▬▬▬
eileen ricker@sen ca gov

WWW.SENATE.CA.GOV/WILK

 

Sign up for Senator Scott Wilk's Updates, Click HERE
🖨 Please consider the environment before printing this e mail

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Sent:** Monday, February 28, 2022 11:44 AM
**To:** Ricker, Eileen <Eileen.Ricker@sen.ca.gov>; ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Cc:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Subject:** Re: Questions from Senator Wilk's office

Hi Eileen,

I don't have any specific information on the constituent, but I wanted to quickly share with you general information on how individuals end up on the Armed and Prohibited Persons list.

DOJ maintains firearm ownership records for handguns dating back to 1996 and long guns dating back to 2014. Those records are regularly and routinely cross referenced with a number of other DOJ maintained repositories.

A person may become prohibited as a result of a criminal conviction. Felonies, certain misdemeanors and occasionally conditions of probation make a person ineligible to own and possess a firearm. This information is contained in the Automated Criminal History System (ACHS) and the Supervised Release File (SRF). If and when a persons criminal record prohibits them from owning and possession firearms, they are notified at the time of their conviction and sentencing.

A person may become prohibited as a result of a mental health triggering event. This may be someone determined to be incompetent to stand trial, not guilty by mental disease or defect, someone placed under a conservatorship, or someone generally deemed to be a danger to themselves and/or others This information is contained in the Mental Health Reporting System (MHRS). For those events occurring in court, they are notified at the time of their conservatorship or at what's called the colloquy. For those events occurring at a health care facility, they are notified in writing at the time of their discharge and are given paperwork instructing them on the appeal process.

A person may become prohibited as a result of a restraining order such as a civil harassment order, domestic violence restraining order, or gun violence restraining order. This information is contained in the California Restraining and Protective Order System (CARPOS). A restraining order takes effect once it's been served and included in a vast number of the forms is notice of a firearm ownership prohibition for subjects of ex parte, temporary and permanent restraining orders.

Finally a person may become prohibited as the result of an outstanding warrant. This information is entered into the Wanted Persons System (WPS) though not every agency enters in every outstanding warrant. Assuming the offense is a firearm prohibiting offense and assuming the information is entered into WPS by the issuing agency the person becomes prohibited. This is the one triggering event where notice is a bit nuanced - typically warrants are issued as a result of a failure to appear, meaning that the person knew they had a court date but did not show up.

In every instance except that of a warrant there is a standardized process by which a firearm owner receives notice they are prohibited from owning and possessing firearms. In the case of warrants the issue becomes an individualized and case specific issue.

Contestation of placement on the list requires contestation of the validity of the triggering event. A felony is a felony, and it's a prohibiting offense, under both state and federal law. A mental health triggering event may be appealed, and this information is provided to someone upon discharge.

There is no such thing as malicious placement on the APPS list. A system generates the list based on the cross referencing of firearm ownership records with the aforementioned systems which is then reviewed and confirmed by an investigator prior to any contact by a DOJ special agent. Confirmation is based on the personally identifiable information required to be provided by an individual first at the time of their purchase and subsequent at the time of the triggering event.

**To your hypothetical -** *For example if a person was on a mental health hold who lets DOJ know that they should not have a firearm? Or if a therapist believes a person is a threat where does he/she report that information – DOJ? Sheriff? Somewhere else?*

If a therapist believes a person is a danger to themselves and/or others, that information is typically (though not always) sent to law enforcement for a welfare check. Los Angeles has mobile mental health units and deploys social workers in some instances though I don't have a ton of information on how this works. In any event, if the claim is determined to be a legitimate one, a person will be transported to a hospital for a full evaluation. It is at the time of this evaluation whereby a person is determined whether they should be involuntarily committed and upon discharge they're informed of the process by which they can contest their resulting inability to own and possess a firearm. If they indicate they'd like to contest they must provide information by which a court can use to schedule a hearing date for their appeal to be heard.

If you have additional questions please feel free to let us know.



**From:** Ricker, Eileen <Eileen.Ricker@sen.ca.gov>
**Sent:** Monday, February 28, 2022 11:11 AM
~~██████████████████████████~~
~~██████████████~~
**Subject:** RE: Questions from Senator Wilk's office

> EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks.

**Regards,**

**Eileen**

**Eileen Ricker**
**Chief of Staff**
Office of Senator Scott Wilk
Cell Ph: 916-212-5784
eileen.ricker@sen.ca.gov

WWW.SENATE.CA.GOV/WILK



Sign up for Senator Scott Wilk's Updates, Click HERE
🖨 Please consider the environment before printing this e-mail

**From:** ~~██████████████████████~~
**Sent:** Monday, February 28, 2022 11:11 AM
**To:** Ricker, Eileen <Eileen.Ricker@sen.ca.gov>; ~~████████████████~~
~~██████████████████~~
**Subject:** Re: Questions from Senator Wilk's office

Hello Eileen,

I am including our Legislative Advocate, ~~████████~~ who oversees firearm related inquiries. ~~██~~ can explain a bit more in detail some of the overarching themes of your constituents inquiry.

Be well,
~~██████████~~
~~██████████████████~~

**From:** Ricker, Eileen <Eileen.Ricker@sen.ca.gov>
**Sent:** Thursday, February 24, 2022 4:53:14 PM
**To:** ~~██████████~~
**Subject:** RE: Questions from Senator Wilk's office

> EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good afternoon, I am checking in on this request for information   Mr. Hill continues to call me, Senator Wilk and our office for information on this situation.  The Special Agent at DOJ (who went to Mr. Hill's door) contacted Mr  Hill again

this week and said he has been unsuccessful in getting any return calls from the LA Sheriff's office. He had reached out to the sheriff's deputy on the case last week and I gather again this week since they are the reporting agency.   No response. This is a horrible situation for our constituent.

Can you please provide me with answers to the questions I submitted?  Thank you.

Regards,

Eileen

**Eileen Ricker**
**Chief of Staff**
Office of Senator Scott Wilk
Cell Ph  916-212-5784
eileen.ricker@sen.ca.gov

WWW.SENATE.CA.GOV/WILK

 

Sign up for Senator Scott Wilk's Updates, Click HERE
🖨 Please consider the environment before printing this e mail

**From:** Ricker, Eileen
**Sent:** Tuesday, February 22, 2022 9:51 AM
**Subject:** RE: Questions from Senator Wilk's office

Good morning ▓▓▓▓▓  I heard back from the Special Agent Friday evening. Thank you for making that happen.  The agent said they were called in by the LA Sheriff to help with rounding up firearms from people on the APPS list.

I have a couple of questions on the APPS program that have stemmed from our constituent's issue that I hope you can answer.

1    Does a person placed on this list receive any notification from DOJ or other involved organization that he/she is now prohibited from owning/possessing a firearm?  Our constituent received no notice.
2    How does one contest placement on this list?  Is this information readily available?
3.   What access does a person have to the information that placed him/her on the APPS list? How would you know if  something was filed in error or maliciously if you couldn't see the supporting documentation?
4.   How do you go about getting that information?
5.   Where do these reports general originate?  For example if a person was on a mental health hold who lets DOJ know that they should not have a firearm?  Or if a therapist believes a person is a threat where does he/she report that information – DOJ? Sheriff? Somewhere else?

I asked the special agent where this report came from putting Mr  Hill on the APPS list.  He said it originated from the LA Sheriff.  I am not sure if that meant DOJ's paperwork didn't say anything other than the LA Sheriff was running that particular session to round up firearms, or if original notification of an issue was filed with the sheriff or the sheriff's office filed the it themselves based on something it had access to?

Thank you very much.  I look forward to hearing from you.

Regards,

Eileen

**Eileen Ricker**
**Chief of Staff**
Office of Senator Scott Wilk
~~Cell Ph 916-248-0801~~
eileen ricker@sen ca gov

WWW.SENATE.CA.GOV/WILK



Sign up for Senator Scott Wilk's Updates, Click HERE
🖨 Please consider the environment before printing this e-mail

**From:** ~~████████████████████~~
**Sent:** Friday, February 18, 2022 3:00 PM
~~██████████████████~~, Ricker, Eileen <Eileen.Ricker@sen ca.gov>
**Subject:** RE: Questions from Senator Wilk's office

Hello Eileen,

I will be happy to assist. Please give me some specifics and I will advise accordingly

Thank you,

~~████████████~~
~~██████████████████████~~
Office of Attorney General Rob Bonta
~~████████████~~

**From:** ~~██████████████~~
**Sent:** Friday, February 18, 2022 2:53 PM
**To:** Ricker, Eileen <Eileen Ricker@sen ca.gov>
~~██████████████████████~~
**Subject:** Re: Questions from Senator Wilk's office

Nice talking with you, Eileen. My colleague ~~█████~~ will be reaching out. Thank you.

~~██████████████████~~
~~██████████~~ stice
~~█████████~~

On Feb 18, 2022, at 2:29 PM, Ricker, Eileen <Eileen Ricker@sen.ca.gov> wrote:

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi ~~████~~,

Can you please give me a call regarding an issue with a constituent that Senator Wilk has asked me to look into? Thank you. My cell is below. Thank you so much.

9

**Regards,**

**Eileen**

**Eileen Ricker**
**Chief of Staff**
Office of Senator Scott Wilk

eileen.ricker@sen.ca.gov

WWW.SENATE.CA.GOV/WILK

 

Sign up for Senator Scott Wilk's Updates, Click HERE

🖨 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.




# COUNTY OF LOS ANGELES
## HALL OF JUSTICE

ROBERT G. LUNA, SHERIFF

January 11, 2023

Mr. Melvin Hill
321 West Avenue S-14
Palmdale, California  93551

Dear Mr. Hill:

### SERVICE COMMENT REPORT # 259372

On August 30, 2022, the Los Angeles County Sheriff's Department received your complaint, via email, from the Los Angeles County Office of the Inspector General's Office.

Your concerns have been thoroughly addressed in an inquiry conducted by Sergeant John Gutierrez.  After reviewing his inquiry regarding misconduct by a member of the Los Angeles County Sheriff's Department, it was determined the allegations did not pertain to a Department employee.

I do appreciate you bringing this matter to my attention and the opportunity it afforded me to evaluate the manner in which we here at Internal Affairs Bureau conduct business.  If you have any questions about the results of my review of your complaint, please contact me directly at (323) 890-5300.

Sincerely,

ROBERT G. LUNA, SHERIFF

ton Kopperud, Captain
Internal Affairs Bureau

211 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012
*A Tradition of Service*



# NAACP
# Antelope Valley Branch
# Complaint Form

**Date of complaint:** 08/22/2024

**Please check the type of complaint that you are making:**

*Retaliation        Discrimination        HarassmentHousing        Civil Rights violation/Hate crimes*

**Please select the agency, organization and/or person of which you are filing the complaint against:**

*School District        Government Agency        Law Enforcement        Other*

Location of Incident: 621 WEST AVENUE S-14,PALMDALE ,CA  93551

Date(s) incident occurred: 02/10/2020

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**\*\*Please provide the following information about yourself (Complainant)\*\***

Name: MELVIN  STEVEN HILL

(First)                    ( Middle)                                        (Last)

Address: 621 WEST AVENUE S-14,PALMDALE ,CA  93551

Street                City,              State                        Zip

Home Telephone #: ( )  661-209-4318      Work #:(  )  273-8182 OFFICE

Email address: ANAVERDE@PACBELL.NET

Work Location:  HOME OFFICE/REAL ESTATE APPRAISER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**\*\*Please provide the following information about whom this complaint is against (Respondent)\*\***

Employer (or former employer) Name: LOS ANGELES COUNTY SHERIFFS DEPARTMENT

Address:

Street City, State Zip

Telephone: ( )                    Fax #: ( )

Supervisor's Name:                                        Business Agent/Steward

District:                                        Field Base Office

**Do you currently have an attorney working in your behalf?**   Yes   No   Not sure

*\*\*If yes, provide information below\*\**

Attorney's Name: _____

Attorney's Address: _____

City, State & Zip: _____

Attorney's Telephone #: _____   Fax #: _____

Do we have your permission to contact your attorney?   (Yes)  No

**Has a lawsuit been filed?** Yes   ~~No~~   Not sure

If yes, when filed? 01/09/2024            In what ~~city?~~ LOS ANGELES In what court? FED 2:2024cv

mm/dd/yyyy

**Have you filed an EEOC complaint?** Yes  No   Not sure If yes, when filed? _____

Case # _____ Right to sue letter? Yes    No    Not sure

mm/dd/yyyy

**Have you filed a Fair Employment & Housing complaint?** Yes No Not sure

If yes, when filed? _____ Case # _____

Right to sue letter? Yes No Not sure            mm/dd/yyyy

**Please include copies of filed complaints and right to sue letters upon submitting this completed form.**

**Description of incident:**   (*please copy form if more pages are needed*) . If you prefer to type the details of your complaint in a Word © document then only write a summary of your complaint here and the words "Detailed complaint attached" on the first line.                                   -Please Print-

I was approached at my home in 2020 by an LA County Sheriff's deputy from the Palmdale station.

I was harassed and questioned about why I had been in his neighborhood.

I asked him if anyone had called law enforcement, and he said, "No."

I explained why I was in his neighborhood, and he left.

I went to a Civilian Advisory Committee meeting to speak with the Palmdale Captain Ron Shafer.

When the committee asked if anyone had a problem, they should raise their hand. I raised my hand

and Shafer told me to "visit their website". This incident prompted me to file an official complaint

at the station. An investigation was conducted by Lt. Josh Barden, results attached. After I saw

the results of the investigation, and the lack of respect during the oral investigation interview, I

ended the interview and decided to file a lawsuit. I hired attorney Michael Ofili who later refused to

approach the case on its merits, and I then had to attend anger management counseling.

case #2:2024cv00206  filed a second time on 01/09/2024

THIS IS A FORM OF CIVIL RIGHTS VIOLATIONS,DISCRIMINATION AND RELEGIOUS BULLYING

I, MELVIN HILL                              do hereby authorize the NAACP Legal Redress Committee to investigate my

                **print name**

complaint and to take any steps necessary to resolve it, and I understand that the NAACP is not a legal entity

and that the organization has certain limitations as to the scope of their influence and ability.

.

## RELEASE OF LIABILITY

I affirm that the statements that I have made above are accurate and true to the best of my knowledge and belief. I hereby request the assistance of the NAACP Antelope Valley Branch in seeking a remedy to the situation described above. I hereby authorize the officers of the NAACP Antelope Branch to have access to information and documents, which are relevant to my claim of discrimination described above.

I understand that once a referral has been made to a volunteer, community agency or private attorney, the NAACP Antelope Branch WILL NOT BE RESPONSIBLE for handling this matter. I further understand that by signing this document, I am agreeing to HOLD the NAACP Antelope Valley Branch harmless for any and all damages arising as a result of my case being mishandled, negligently handled or improperly handled in any way.

Signature: _____

Print FULL Name: **Melvin Hill**  Digitally signed by Melvin Hill
Date: 2024.08.29 11:52:06 -07'00'

Date: 08/29/2024

## NON-RETALIATION REQUIREMENTS

Section 704 (a) of the Civil Rights Act of 1964, (as amended), Section 4 (d) of the Age Discrimination in Employment Act of 1967, (as amended), and various other civil rights laws make it an unlawful employment practice for an employer; employment agency; or  labor organization: to discriminate against employees, applicants for employment, member or applicant for membership, because the employee, member or applicant has opposed an unlawful employment practice, made a charge, testified, assisted, or participated in any manner in an investigation, proceeding or hearing.

## IMPORTANT   NOTICE

Please be advised that filing a discrimination complaint with the NAACP does not mean that the NAACP will be representing you in any legal matter.   If you believe you have a discrimination claim, your must file a claim with the appropriate State or Federal agency in a timely manner.   Failure to do so may prevent you from pursing a claim in a court of law.

## COMPLETION OF THIS FORM

Completing this form does NOT constitute filing an official complaint with a legal authority. At this time the NAACP Antelope Valley Branch is ONLY seeking information to assist you concerning this complaint.

Antelope Valley Branch
of the NAACP
Legal Redress
P.O. Box 2466
Lancaster California 93539
For questions call (661) 222-8144.

# NAACP Human Rights Complaint Form

**\*\*\*\*\*\*\*\*\* Internal Use Only \*\*\*\*\*\*\*\*\*\***

Date of Branch receipt:_____

Date of Committee receipt: _____

**[]Committee Review** _____
Date

**Committee Action:**

[ ] Assigned/Requested Case Number _____ Date _____ [ ]

Logged onto log sheet _____ Date _____ [ ] Telephone Call

_____ Date _____ [ ] Mailed forms

_____ Date _____ [ ] Referred to

_____ Date _____ [ ] Other

_____ Date _____

**Committee/Branch notes:** *(initial and date all notations made)*



# NAACP
## Antelope Valley Branch
## Complaint Form

**Date of complaint:** 03/11/2024

**Please check the type of complaint that you are making:**

*Retaliation*       *Discrimination*       *Harassment/Housing*       *Civil Rights violation/Hate crimes*

**Please select the agency, organization and/or person of which you are filing the complaint against:**

*School District*     *Government Agency*     *Law Enforcement*     *Other*

Location of Incident: _621 WEST AVENUE S-14,PALMDALE ,CA  93551_

Date(s) incident occurred: _03/07/2022_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **Please provide the following information about yourself (Complainant)**

Name: _MELVIN  STEVEN HILL_

(First)                          ( Middle)                              (Last)

Address: _621 WEST AVENUE S-14,PALMDALE ,CA  93551_

Street                  City,              State                        Zip

Home Telephone #: ( )_661-209-4318_   Work #:( )_273-8182 OFFICE_

Email address:_ANAVERDE@PACBELL.NET_

Work Location: _HOME OFFICE/REAL ESTATE APPRAISER_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **Please provide the following information about whom this complaint is against (Respondent)**

Employer (or former employer) Name: _LOS ANGELES COUNTY SHERIFFS DEPARTMENT_

Address:_____

Street City, State Zip

Telephone: ( )_____ Fax #: ( )_____

Supervisor's Name: _____ Business Agent/Steward _____

District: _____   Field Base Office

**Do you currently have an attorney working in your behalf**?  Yes  No   Not sure

*\*\*If yes, provide information below\*\**

Attorney's Name:  _____

Attorney's Address:  _____

City, State & Zip:  _____

Attorney's Telephone #:  _____    Fax #:  _____

Do we have your permission to contact your attorney?   Yes   No

**Has a lawsuit been filed?** Yes   ~~No~~    Not sure

    If yes, when filed? _01/09/2024_____   In what ~~city?~~ _LOS ANGELES_ In what court? _FED 2:2024cv_
                                       mm/dd/yyyy

**Have you filed an EEOC complaint?** Yes No   Not sure If yes, when filed? _____

Case # _____ Right to sue letter? Yes    No     Not sure
                          mm/dd/yyyy

**Have you filed a Fair Employment & Housing complaint?** Yes No Not sure

If yes, when filed? _____ Case # _____

                 Right to sue letter? Yes No Not sure        mm/dd/yyyy

**Please include copies of filed complaints and right to sue letters upon submitting this completed form.**

**Description of incident:** (*please copy form if more pages are needed*) . If you prefer to type the details of your complaint in a Word © document then only write a summary of your complaint here and the words "Detailed complaint attached" on the first line.                                        -Please Print-

Based on something my therapist reported, I was arrested 3/7/22 by the California Department of Jus

Sheriff's department. My home was raided, all weapons confiscated, and I was taken to Palmdale

Sheriff's station. No one has been able to provide me with any documentation about what my

therapist reported. As of 4/2/24, Lt. Barden (who has been promoted to Captain at the Palmdale

Sheriff's station) attempted to help me obtain the therapist's documents. No documents have been

found.

case #24STCV09080/2:24-cv-05630DDP-MAR  SUPERIOR COURT AND FEDERAL

CASE NUMBERS.

This is a form of discrimination,harassment and violation of at least 3 of my civil rights.

ended the interview and decided to file a lawsuit. I hired attorney Michael Ofili who later refused to

approach the case on its merits, and I then had to attend anger management counseling.

case #2:2024cv00206  filed a second time on 01/09/2024

THIS IS A FORM OF CIVIL RIGHTS VIOLATIONS,DISCRIMINATION AND RELEGIOUS BULLYING

I, MELVIN HILL _____ do hereby authorize the NAACP Legal Redress Committee to investigate my

                print name

complaint and to take any steps necessary to resolve it, and I understand that the NAACP is not a legal entity

and that the organization has certain limitations as to the scope of their influence and ability.

## RELEASE OF LIABILITY

I affirm that the statements that I have made above are accurate and true to the best of my knowledge and belief. I hereby request the assistance of the NAACP Antelope Valley Branch in seeking a remedy to the situation described above. I hereby authorize the officers of the NAACP Antelope Branch to have access to information and documents, which are relevant to my claim of discrimination described above.

I understand that once a referral has been made to a volunteer, community agency or private attorney, the NAACP Antelope Branch WILL NOT BE RESPONSIBLE for handling this matter. I further understand that by signing this document, I am agreeing to HOLD the NAACP Antelope Valley Branch harmless for any and all damages arising as a result of my case being mishandled, negligently handled or improperly handled in any way.

Signature: _____

Print FULL Name: **Melvin Hill**    Digitally signed by Melvin Hill
Date: 2024.08.29 11:47:10 -07'00'

Date: 08/29/2024

## NON-RETALIATION REQUIREMENTS

Section 704 (a) of the Civil Rights Act of 1964, (as amended), Section 4 (d) of the Age Discrimination in Employment Act of 1967, (as amended), and various other civil rights laws make it an unlawful employment practice for an employer; employment agency; or  labor organization: to discriminate against employees, applicants for employment, member or applicant for membership, because the employee, member or applicant has opposed an unlawful employment practice, made a charge, testified, assisted, or participated in any manner in an investigation, proceeding or hearing.

## IMPORTANT   NOTICE

Please be advised that filing a discrimination complaint with the NAACP does not mean that the NAACP will be representing you in any legal matter.   If you believe you have a discrimination claim, your must file a claim with the appropriate State or Federal agency in a timely manner.   Failure to do so may prevent you from pursing a claim in a court of law.

## COMPLETION OF THIS FORM

Completing this form does NOT constitute filing an official complaint with a legal authority. At this time the NAACP Antelope Valley Branch is ONLY seeking information to assist you concerning this complaint.

Antelope Valley Branch
of the NAACP
Legal Redress
P.O. Box 2466
Lancaster California 93539
For questions call (661) 222-8144.

# NAACP Human Rights Complaint Form
********* **Internal Use Only** *********

Date of Branch receipt:_____

Date of Committee receipt: _____

**[]Committee Review** _____
Date

**Committee Action:**

[ ] Assigned/Requested Case Number _____ Date _____ [ ]

Logged onto log sheet _____ Date _____ [ ] Telephone Call

_____ Date _____ [ ] Mailed forms

_____ Date _____ [ ] Referred to

_____ Date _____ [ ] Other

_____ Date _____

**Committee/Branch notes**: *(initial and date all notations made)*



# NAACP
## Antelope Valley Branch
## Complaint Form

**Date of complaint:** 03/11/2024

**Please check the type of complaint that you are making:**

*Retaliation        Discrimination        Harassment Housing        Civil Rights violation/Hate crimes*

**Please select the agency, organization and/or person of which you are filing the complaint against:**
*School District        Government Agency        Law Enforcement        Other*

Location of Incident: 621 WEST AVENUE S-14,PALMDALE ,CA  93551

Date(s) incident occurred: 03/07/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **Please provide the following information about yourself (Complainant)**

Name: MELVIN  STEVEN HILL

(First)                      ( Middle)                                    (Last)

Address: 621 WEST AVENUE S-14,PALMDALE ,CA  93551

Street                City,                State                        Zip

Home Telephone #: (  ) 661-209-4318        Work #:(  ) 273-8182 OFFICE

Email address: ANAVERDE@PACBELL.NET

Work Location: HOME OFFICE/REAL ESTATE APPRAISER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **Please provide the following information about whom this complaint is against (Respondent)**

Employer (or former employer) Name: LOS ANGELES COUNTY SHERIFFS DEPARTMENT

Address:

Street City, State Zip

Telephone: ( )                Fax #: ( )

Supervisor's Name:                              Business Agent/Steward

District:                              Field Base Office

**Do you currently have an attorney working in your behalf?**  Yes  No   Not sure

**If yes, provide information below**

Attorney's Name:  _____

Attorney's Address:  _____

City, State & Zip:  _____

Attorney's Telephone #:  _____     Fax #:  _____

Do we have your permission to contact your attorney?  Yes   No


**Has a lawsuit been filed?** Yes   ~~No~~    Not sure

If yes, when filed? <u>01/09/2024</u>          In what ~~city?~~ <u>LOS ANGELES</u> In what court? <u>FED 2:2024cv</u>
                                              **mm/dd/yyyy**


**Have you filed an EEOC complaint?** Yes No  Not sure If yes, when filed?  _____

Case #  _____  Right to sue letter? Yes    No    Not sure
                                              **mm/dd/yyyy**

**Have you filed a Fair Employment & Housing complaint?** Yes No Not sure

If yes, when filed?  _____  Case #  _____

                    Right to sue letter? Yes No Not sure          **mm/dd/yyyy**

**Please include copies of filed complaints and right to sue letters upon submitting this completed form.**

**Description of incident:**   (*please copy form if more pages are needed*) . If you prefer to type the details of your complaint in a Word © document then only write a summary of your complaint here and the words "Detailed complaint attached" on the first line.                               -Please Print-

Based on something my therapist reported, I was arrested 3/7/22 by the California Department of Jus

Sheriff's department. My home was raided, all weapons confiscated, and I was taken to Palmdale

Sheriff's station. No one has been able to provide me with any documentation about what my

therapist reported. As of 4/2/24, Lt. Barden (who has been promoted to Captain at the Palmdale

Sheriff's station) attempted to help me obtain the therapist's documents. No documents have been

found.

case #24STCV09080/2:24-cv-05630DDP-MAR  SUPERIOR COURT AND FEDERAL

CASE NUMBERS.

This is a form of discrimination,harassment and violation of at least 3 of my civil rights.

ended the interview and decided to file a lawsuit. I hired attorney Michael Ofili who later refused to

approach the case on its merits, and I then had to attend anger management counseling.

case #2:2024cv00206  filed a second time on 01/09/2024

THIS IS A FORM OF CIVIL RIGHTS VIOLATIONS,DISCRIMINATION AND RELEGIOUS BULLYING

I, __MELVIN HILL_____ do hereby authorize the NAACP Legal Redress Committee to investigate my

        **print name**

complaint and to take any steps necessary to resolve it, and I understand that the NAACP is not a legal entity

and that the organization has certain limitations as to the scope of their influence and ability.

## RELEASE OF LIABILITY

I affirm that the statements that I have made above are accurate and true to the best of my knowledge and belief. I hereby request the assistance of the NAACP Antelope Valley Branch in seeking a remedy to the situation described above. I hereby authorize the officers of the NAACP Antelope Branch to have access to information and documents, which are relevant to my claim of discrimination described above.

I understand that once a referral has been made to a volunteer, community agency or private attorney, the NAACP Antelope Branch WILL NOT BE RESPONSIBLE for handling this matter. I further understand that by signing this document, I am agreeing to HOLD the NAACP Antelope Valley Branch harmless for any and all damages arising as a result of my case being mishandled, negligently handled or improperly handled in any way.

Signature: _____

Print FULL Name: **Melvin Hill**    Digitally signed by Melvin Hill
Date: 2024.08.29 11:47:10 -07'00'

Date: 08/29/2024

## NON-RETALIATION REQUIREMENTS

Section 704 (a) of the Civil Rights Act of 1964, (as amended), Section 4 (d) of the Age Discrimination in Employment Act of 1967, (as amended), and various other civil rights laws make it an unlawful employment practice for an employer; employment agency; or   labor organization: to discriminate against employees, applicants for employment, member or applicant for membership, because the employee, member or applicant has opposed an unlawful employment practice, made a charge, testified, assisted, or participated in any manner in an investigation, proceeding or hearing.

## IMPORTANT   NOTICE

Please be advised that filing a discrimination complaint with the NAACP does not mean that the NAACP will be representing you in any legal matter.   If you believe you have a discrimination claim, your must file a claim with the appropriate State or Federal agency in a timely manner.   Failure to do so may prevent you from pursing a claim in a court of law.

## COMPLETION OF THIS FORM

Completing this form does NOT constitute filing an official complaint with a legal authority. At this time the NAACP Antelope Valley Branch is ONLY seeking information to assist you concerning this complaint.

Antelope Valley Branch
of the NAACP
Legal Redress
P.O. Box 2466
Lancaster California 93539
For questions call (661) 222-8144.

# NAACP Human Rights Complaint Form
********* **Internal Use Only** **********

Date of Branch receipt:_____

Date of Committee receipt: _____

**[]Committee Review** _____
Date

**Committee Action:**

[ ] Assigned/Requested Case Number _____ Date _____ [ ]

Logged onto log sheet _____ Date _____ [ ] Telephone Call

_____ Date _____ [ ] Mailed forms

_____ Date _____ [ ] Referred to

_____ Date _____ [ ] Other

_____ Date _____

**Committee/Branch notes:** *(initial and date all notations made)*

3) a copy of your organizational chart

4) a full disclosure copy of your UCC1 filing and your SPC's (secured party creditors)

5) the names of your insurance agency

6) a copy of the bond information used to procure the funding to run these organizations

7) a copy of the bonds used for any and/or all oath affirming employees

8) the insurance provider for the employees who have taken an oath
  *[county counsel attempted to explain to me that bonds were no longer required after 2022. which in the unfortunate case that's true; would mean that no supposed oath affirming officer holds a valid position; as the oath is the bond.]*

AND,
thereby dictates that if indeed that's the case; then I would like to learn of any and/or all bonds issued from 2000 moving forward

i'd like to receive this information within less than a 20-day time frame; particularly if there some statue or law that I'm unaware of that dictates a much more expeditious response

AND,
i am requesting verbatim responses to each query; in writing to

this address:
375 Redondo Avenue #237
long beach, calfornia (territory) [90814]

to accommodate the 20-day timeframe per
code of civil procedure 1013

id request that you "deposit" it into the mail within 16-20 days of the deadline of 2/7/25

otherwise,
ill look forward 2 hearing from ALL of you and your schedulers within 72 hours

so please don't **DEFAULT** on this affidavit

as you've already incurred the expense of            per hour for the time it took for me to draft this letter; which was four hours

THERFORE,
i am thanking you in advance for your time, patience and cooperation with regards to this matter. as I am in spinning reserve eagerly anticipating your optimistic  response


Ani Anæ

/s/dr.ivy-lenée:hilton-priestess/
ADITI-INARI/EL.BEY:AMB

4

/s/egiyah:beverly


(ARR; UCC 1-308)

i declare under penalty of perjury that the foregoing is true and correct to the best of my ability. and, is being sent in good faith without any malicious intentions.

THE LAW OF ECCLESIASTICAL POLITY:
LEX ORANDI, LEX CREDENDI
Mat.18:19-20

nondi's naturals inc. - CEO
"SEEDS 4 🖤 HEART & MIND"
nondisnaturals.com | sales@nondisnaturals.com

with the AGAPE....🕊️
MMMPOW 🪴

W.(213)858-2763
C.(562)784-1450

"I am not anxious to be the loudest voice or the most popular.
But, I would like to think that at a crucial moment,
I was an effective voice of the voiceless
An effective hope of the hopeless."
-Whitney M. Young Jr.

My apologies as the website is currently under construction ⚒️ 🚧

---------- Forwarded message ---------
From: **Ivy Hilton** <ilhiltonla@gmail.com>
Date: Wed, Jan 15, 2025, 8:43 AM
Subject: Re: Ivy Hilton - Quote of Movers Price
To: Alexandra Brown <abrown@lahsa.org>, Ricardo Rivera <rrivera@lahsa.org>
Cc: Karen Linares <klinares@lachc.com>

GRAND 🌕 RISING
ROYALTY ⚜️ FAMILY

I responded to the email Alie sent on Monday night after hours at approximately 715 pm which I don't usually do.

Considering the **TCPA**
【*Telephone Consumer Protection Act*】

provides for business to be conducted during the hours of 8am-6pm

Nonetheless, due to the extreme exigency associated with the current situation; I did respond at approximately 805 pm.

View entire message

 **Ivy...**  2 days ago
to Alexand...  ⌄

From  Ivy Hilton • ilhiltonla@gmail.com

To  Alexandra Brown • abrown@lahsa.org

Cc  Karen Linares • klinares@lachc.com
Ricardo Rivera • rrivera@lahsa.org

Date  Jan 13, 2025, 8:05 PM

View security details

PEACE 
ROYALTY  FAMILY

 Reply all 

   

PEACE ✌
ROYALTY 🤝 FAMILY

I am submitting this email with the most sincere regard; in order to advise you of the following:

The  hourly cost for task rabbit is $97.45

While the hourly cost for la movers is $169

I think that reducing the total moving hours from eight to four  would be the only best way to teach the target goal of $500.

Let Ricardo know if this is something that you need to be reformatted on an invoice; or if either of you are able to verbally comunicate the reduction in hours with change reaction to expedite this move.

Therefore,
I am thanking you in advance for your time, patience and cooperation with regards to this matter.

As I am in spinning reserve eagerly anticipating your optimistic response.

  

 

Ani Anæ 

/s/dr.ivy-lenée:hilton-priestess/
ADITI-INARI/EL.BEY:AMB


(ARR; UCC 1-308)

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability. And, is being sent in good faith without any malicious intentions.

THE LAW OF ECCLESIASTICAL POLITY:
LEX ORANDI, LEX CREDENDI
Mat.18:19-20

Nondi's Naturals - CEO
"SEEDS 4 ❤ HEART & MIND"
nondisnaturals.com |
sales@nondisnaturals.com

With the AGAPE....🌀
MMMPOW 💋

W.(213)858-2763
C.(562)784-1450

   

sales@nondisnaturals.com

With the AGAPE....🌀
MMMPOW 💋

W.(213)858-2763
C.(562)784-1450

"I am not anxious to be the loudest voice or the most popular.
But, I would like to think that at a crucial moment,
I was an effective voice of the voiceless
An effective hope of the hopeless."
-Whitney M. Young Jr.

My apologies as the website is currently under construction 🏗️

Show quoted text





# TOTAL RENT-ROUGED LISTINGS IN JANUARY

2,864

TOTAL NUMBER OF GOUGED LISTINGS

3K
2K
1K

Jan 7 ⟶ Jan 31

DATE LISTED (2025)



THE RENT BRIGADE

**QUESTIONNAIRE**

**BOARD DATE:** February 4, 2025

**AGENDA ITEM NO:** Housing

**PLEASE PRINT:**

Shawn _____ Karten _____
**FIRST NAME**                      **LAST NAME**

_____
**ADDRESS**                      **CITY/ZIP CODE**

**PHONE NO:** _____ AM

**PHONE NO:** 818-744-4053 CELL

**EMAIL:** Shawn@tebsmanagement.com

**DEPARTMENT REFERRAL:** LAHSA

**SUPERVISOR'S DISTRICT:** 2 ( Holly Mitchell )

**BRIEF REQUEST:**

17 Unit, 100% affordable housing building
that is complete and ready to be leased
in SD2 (S. Holly Mitchell).

**Signature:** _____

**LACMA** **LOS ANGELES COUNTY MUSEUM OF ART**
5905 WILSHIRE BOULEVARD
LOS ANGELES CALIFORNIA 90036

**MICHAEL GOVAN**
CEO/WALLIS ANNENBERG DIRECTOR
T 323 857 6001
F 323 857 6148

January 17, 2025

Los Angeles County Board of Supervisors
Kenneth Hahn Hall of Administration
500 West Temple Street
Room 383
Los Angeles, CA 90012

Dear Los Angeles County Board of Supervisors,

I am writing in support of the project proposed by the Natural History Museums of Los Angeles County's plan to modernize La Brea Tar Pits.

The proposed project represents a vital investment in L.A.'s cultural and educational leadership and, together with LACMA's new Building for the Permanent Collection, will transform Hancock Park and Museum Row as a world-class destination for arts and culture. The La Brea Tar Pits has been a wonderful neighbor, and Dr. Lori Bettison-Varga has brought great vision to expanding access to and the impact of NHMLAC in both Exposition Park and Museum Row.

From the Academy Museum to LACMA and Craft Contemporary, Museum Row is the cultural heart of our city, and La Brea Tar Pits is an iconic standout among Los Angeles' top destinations. The Tar Pits is an institution that is treasured in Los Angeles and around the world. Reimaging La Brea Tar Pits will strengthen this site by better welcoming visitors and enhancing a globally unique resource for the study of and education about the history and preservation of our planet.

I am proud to support this exciting vision for the future of La Brea Tar Pits.

Sincerely,

Michael Govan
CEO and Wallis Annenberg Director

January 27, 2025

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 W. Temple Street
Los Angeles, California 90012

Dear Supervisors:

I am writing to comment on an issue discussed during the January 21, 2025, Regular Meeting of the Board of Supervisors. The item was number nine in the agenda, "Armed Security Guard Services for LA County Library Areas Contracts."

I am currently a full-time employee of Los Angeles County, with 35 years of employment. I mention this because, in my first 21 ½ years, I worked with the Los Angeles County Office of Public Safety (LA County Police), where I rose to the rank of Lieutenant before the department's disbanding and merger with the Los Angeles County Sheriff Department in 2010. Since then, I have worked with the LA County Library and have first-hand knowledge of incidents involving violence not only against our patrons but also against our staff members.

My previous career in law enforcement rewarded me with serving and patrolling County hospitals & parks, exposing me to a diversity of community members and day-to-day operational and legal issues, which made me a better public servant and community member. As a Police Sergeant and later Lieutenant, I personally worked and supervised security services at Rancho Los Amigos National Rehabilitation Center, Martin Luther King-Drew, and then LA County +USC Medical Center, where I was able to see firsthand the positive and negative aspects of working with armed and unarmed private security at a local governmental facility. This letter is not intended to speak ill against private security members, but I can tell you from first-hand experience that in today's world, the level of respect a security officer (armed or unarmed) and a trained peace officer receive when dealing with a volatile situation are worlds apart.

Fifteen years ago, the County of Los Angeles gave up a powerful tool they had at their disposal when they allowed the merger between the Los Angeles County Police and the Los Angeles County Sheriff's Department. Their very own, professionally trained police force of 576 sworn officers. The department operated with an annual budget of $114,565,00. The merger between the two departments was, on paper, done for "economic reasons," yet unofficially, it was widely known to have happened as a retaliatory response by the Board of Supervisors following the Ninth District Court of

Appeals Reversal of Frank v. County of Los Angeles (2007) Docket(s) B169427 & B172347. Before the lawsuit, the Los Angeles County Board of Supervisors and the Los Angeles County Sheriff's Department had no interest in merging these two departments. Supervisor Don Knabe commented to local media that the department should be disbanded for costing the County so much money (due to the lawsuit). Shortly after the merger, a study was ordered.

As I stated earlier, one of the biggest differences I saw between trained law enforcement officers and private security guards was their levels of professionalism. Unlike sworn personnel who must undergo a rigorous background process and state-mandated training at a Police Academy, most security officers must pass a cursory background investigation by the state once they apply for their security guard cards. Police Officers are also trained in conflict resolution and de-escalation techniques to avoid resorting to less than lethal or lethal force. Another advantage law enforcement has, especially a specialized department like the Los Angeles County Police, is the ability to forge personal connections with the public and the ability to recognize and become better familiar with individuals who may exhibit mental health issues and use that to tailor their approach when responding to calls for service. This is largely due to most officers patrolling the same areas frequently and handling calls in geographically controlled environments.

Since the merger of both departments in 2010, the Los Angeles County Sheriff's Department has failed to provide cost-effective services to the LA County Library and other County departments, most of the time citing that they are understaffed. Expenses continue to rise while coverage continues to decline.

I recommend the Board of Supervisors conduct a feasibility study to reinstate the Los Angeles County Office of Public Safety. By doing so, the Board of Supervisors could benefit in the following areas:

- **Recruitment:** A Commission on Peace Officers Standards and Training (P.O.S.T.), recognized Regional Training Facility, Rio Hondo Police Academy, has qualified individuals who paid on their own to attend the police academy as "Pre-Service" cadets in hopes of being noticed and hired by local police agencies. Before attending the academy, they have already undergone the required cursory POST background checks.
- **Infrastructure**: The Los Angeles County Sheriff's Department currently occupies locations used by the Los Angeles County Office of Public Safety and two Radio Dispatch Centers.
- **Salary:** At the time of the department's disbanding, sworn personnel experienced an approximate 33% salary difference compared to sworn members of the Los Angeles County Sheriff's Department, yet applications received during recruitment events continued to come in steadily. Due to recent economic times, the candidates would continue to show interest, even if the difference in pay were to

be kept to approximately 15% of what a Los Angeles County Sheriff's Deputy is paid.

- **Independence:**  Not having to depend on an already overtasked agency and (according to them) understaffed to fulfill demands for policing County departments or special events.  Having a dedicated law enforcement department that focuses solely on Los Angeles-owned and operated facilities and properties would reduce the response time to calls for service and allow better patrol coverage.

A final recommendation would be to depart from the previous practice of assigning officers or stations to specific bureaus such as Parks, Facilities, and Hospitals. Instead, stations should be assigned to geographical areas, with officers patrolling all county-owned facilities within their assigned patrol regional districts.  By doing so, officers can respond to calls for service regardless of which county department is calling.

Thank you for taking the time to read my letter, and I truly hope that you will consider at least discussing my recommendations.


Respectfully submitted,


Edward E. Ramos
8235 Hondo St.
Downey, CA 90242

BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES
FILED

2025 JAN 29   A 9: 40

# EXHIBIT D

```
| Attorney or Party without Attorney:    | For recorder's use only        |
| CALVIN F LOVE                          |                                |
|                                        |                                |
| 800 S. BARRANCA AVE #100               |                                |
| COVINA, CA 91723                       |                                |
| TEL: (626)-653-0455                    |                                |
|                                        |                                |
|                                        |                                |
|----------------------------------------|--------------------------------|
| L.A. SUPERIOR COURT, CHATSWORTH 19432  | Levying Officer:               |
| NORTH VALLEY DISTRICT                   | Sheriff's Department           |
| 9425 PENFIELD AVE                      | Los Angeles County             |
| CHATSWORTH, CA 91311                   | 1427 WEST COVINA PKWY., RM 127 |
|----------------------------------------| WEST COVINA, CA 91790          |
| Plaintiff: MODERN ADJUSTMET            | TEL: (626)-813-3255            |
| Defendant: TANISHA A BROWN             |                                |
|----------------------------------------|--------------------------------|
| Notice of levy - under writ of:        | Levy.Ofcr.File.No.: 3302503280012 |
| ( X ) Execution (Money Judgment)       |                                |
| (   ) Sale                             | COURT CASE 24CHLC14329         |
|                                        |                                |
```

TO THE PERSON NOTIFIED:
NAVY FEDERAL C.U.                    GARNISHEE
BROWN, TANISHA A.                    JUDGMENT DEBTOR
5565 CANOGA AVE #317
WOODLAND HILLS, CA 91367

1. The judgment creditor seeks to levy upon property in which the judgment
   debtor has an interest and apply it to the satisfaction of a judgment as follows:
   A. Judgment Debtor:
      BROWN, TANISHA A.

   B. The property to be levied upon is described:
      (   ) In the accompanying Writ of Possession or Writ of Sale
      ( X ) As follows:
            LEVY ON ANY AND ALL ACCTS. IN THE NAME OF THE DEBTOR, SSN
            ***-**-0895

2. The judgment is for other.

3. The amount necessary to satisfy the judgment creditor's judgment is
   a. Total amount due                          21755.59
   b. Levy fee                                     50.00
   c. Sheriff's disbursement fee                   15.00
   d. Recoverable costs
   e. Total (a through d)                        21820.59
   f. Interest per day from 03/29/25 to date of service    2.87

4. You are notified as Judgment Debtor or a person other than the judgment
   debtor.  (Read information for Judgment Debtor or Information for
   Person Other Than Judgment Debtor on page two).
========================================================================
Notice of Levy was  ( X ) Mailed   on: 4/1/25   (   ) Delivered on: __/__/__
                    (   ) Posted   on: __/__/__  (   ) Filed     on: __/__/__
                    (   ) Recorded on: __/__/__

Date: 03/28/25
                              By: _____  Robert G. Luna, SHERIFF
                                                            D. VARGAS, Deputy

**NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)**

Form approved by the Judicial Council of California       (EJ-150 Rev. 9/1/2020)

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. There are automatic exemptions that financial institutions should apply to a deposit account before providing funds to the levying officer. See below for more information.

3. You may claim any available exemption for your property.  A list of exemptions can be found on form EJ-155. If you wish to claim an exemption for personal property, you must do so within 15 days after this notice was delivered to you or 20 days after this notice was mailed to you by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure.  The date of filing is calculated as the date the claim is received by the levying officer, or the date of the postmark if the claim is mailed and assigned a tracking number by the U.S. Postal Service or another common carrier.  If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.

4. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property.  This property is described in the accompanying Writ of Sale.  You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

5. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

6. If your property is levied upon under a Writ of Execution or to satisfy damages and costs under a Writ of Possession or Sale, the property may be sold at an execution sale, perhaps at a price substantially below its value.  Notice of Sale will be given to you.  Notice of Sale of Real Property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you.  This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

7. All sales at an execution sale are final; there is no right of redemption.

**NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)**

Form approved by the Judicial Council of California          (EJ-150 Rev. 9/1/2020)

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien which lasts two years from the date of issuance of the Writ of Execution. You must execute and deliver any documents needed to transfer the property.

2. If you are a financial institution, you are required to apply applicable exemptions to deposit accounts. See below.

3. You must complete the accompanying Memorandum of Garnishee within 10 days.

4. If you claim ownership or the right to possession of real or personal property levied upon or if claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to CCP 720.010-720.800 of the Code of Civil Procedure.

5. **Make checks payable to: LOS ANGELES COUNTY SHERIFF DEPARTMENT**
   PO Box 843580
   Los Angeles, CA 90084-3580
   Include Levying Officer File No: 3302503280012 on payments

### INFORMATION ABOUT DEPOSIT ACCOUNTS

1. If the levy is not to satisfy a judgment for wages owed, child or spousal support, or liability to the state government, financial institutions must automatically exempt money in a deposit account up to a certain dollar amount, under section 704.220 of the Code of Civil Procedure, with no claim exemption required. See form EJ-156 for the exemption amount.

2. Other automatic exemptions may apply to deposit accounts, such as exemptions for directly deposited social security or public benefits under section 704.080. (See form EJ-156 for the exemption amounts.) Generally, the financial institution should apply the larger set of exemptions that apply to an account. See section 704.220(b).

3. If a judgment debtor has multiple accounts in one or more financial institutions, either the judgment creditor or judgment debtor may file an application in the superior court identified on the front of this form for an order as to which account the exemption should apply. (See section 704.220(e).) To get such an order, file an Ex Parte Application for Order on Deposit Account Exemption (form EJ-157) as soon as possible. (See EJ-157-INFO for instructions.) If the judgment debtor has more than one account in a financial institution, that institution may decide how and to which account to apply the exemption, unless it is served with a court order directing how to apply the exemption.

### NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)

Form approved by the Judicial Council of California          (EJ-150 Rev. 9/1/2020)

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: SB# 307493 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Calvin F. Love | | |

FIRM NAME:

STREET ADDRESS: 800 South Barranca Ave., Suite 100

CITY: Covina    STATE: CA    ZIP CODE: 91723

TELEPHONE NO. (626) 653-0455    FAX NO. (626) 653-0465

E-MAIL ADDRESS:

ATTORNEY FOR (name):   Modern Adjustment Bureau

[XX] ATTORNEY FOR  [XX] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

STREET ADDRESS: SUPERIOR COURT OF CALIFORNIA

MAILING ADDRESS: 9425 PENFIELD AVENUE

CITY AND ZIP CODE: CHATSWORTH CA., 91311

BRANCH NAME: CHATSWORTH-NORTH

| PLAINTIFF/PETITIONER: MODERN ADJUSTMENT BUREAU | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TANISHA A. BROWN | 24CHLC14329 |

| WRIT OF | [XX] EXECUTION (Money Judgment) | [ ] POSSESSION OF  [ ] Personal Property | [XX] Limited Civil Case (including Small Claims) |
|---|---|---|---|
| | [ ] SALE | [ ] Real Property | [ ] Unlimited Civil Case (including Family and Probate) |

Electronically Received 03/24/2025 04:43 PM

1. **To the Sheriff or Marshal of the County of:**  LOS ANGELES
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.

3. (Name): MODERN ADJUSTMENT BUREAU
   is the [XX] original judgment creditor  [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last know address):

   ┌─────────────────────────────────┐
   │ TANISHA A. BROWN                │
   │ 5565 CANOGA AVE., #317, WOODLAND │
   │ HILLS. CA. 91367                │
   └─────────────────────────────────┘

   [XX]  Additional judgment debtors on next page

5. **Judgment entered on** (date): 07/02/2024
   (See type of judgment in item 22.)

6. [ ]  Judgment renewed on  (dates):

7. **Notice of sale** under this writ:
   a. [XX] has not been requested.
   b. [ ] has been requested  (see next page).

8. [ ]  Joint debtor information on next page.

9. [ ]  Writ of Possession/Writ of Sale information on next page.

10. [ ]  This writ is issued on a sister-state judgment.

**For Items 11-17, see form MC-012 and form MC-013-INFO.**

| 11. | Total judgment  (as entered or renewed) | $ | 20,819.12 |
|---|---|---|---|
| 12. | Costs after judgment  (CCP 685.090) | $ | 165.22 |
| 13. | Subtotal (add 11 and 12) | $ | 20,984.34 |
| 14. | Credits to principal  (after credit to interest) | $ | 0.00 |
| 15. | Principal remaining due  (subtract 14 from 13) | $ | 20,984.34 |
| 16. | Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | 669.77 |
| 17. | Fee for issuance of writ  (per GC 70626(a)(l)) | $ | 40.00 |
| 18. | **Total amount due** (add 15, 16, and 17) | $ | 21,694.11 |

19. **Levying officer:**
   a. Add daily interest from date of writ  (at the legal rate on 15) (not on GC 6103.5 fees) ...........................  $  2.87
   b. Pay directly to courts costs included in 11 and 17  (GC 6103.5, 68637; CCP 699.520(j)) ...........................  $  0.00

20. [ ]  The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date:   03/25/2025

Clerk, by   J. Choi _____, Deputy

| NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION. | Page 1 of 3 |
|---|---|

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520,712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

ID# 107001  CLIENT ID: 2196705  --- RPTWRT

EJ-130

| Plaintiff/Petitioner:  MODERN ADJUSTMENT BUREAU | CASE NUMBER: |
|---|---|
| Defendant/Respondent:TANISHA A. BROWN; | 24CHLC14329 |

21. [X] Additional judgment debtor(s)  *(name, type of legal entity if not a natural person, and last known address):*

JESSE CRETARO
18610 Paseo Nuevo Dr.
Tarzana, CA 91356

22. The judgement is for  *(check one):*
    a. [ ] wages owed.
    b. [ ] child support or spousal support.
    c. [X] other. Breach of written agreement

23. [ ] Notice of sale has been requested by  *(name and address):*

24. [ ] Joint debtor was declared bound by the judment (CCP 989-994)
    a. on*(date):*
    b. name, type of legal entity if not a natural person, and
       last known address of joint debtor:

    a. on*(date):*
    b. name, type of legal entity if not a natural person, and
       last known address of joint debtor:

    c. [ ] Additional costs against certain joint debtors are itemized: [ ] below  [ ] On Attachment 24c.

25. [ ] (Writ of Possession or Writ of Sale)  **Judgment** was entered for the following:
    a. [ ]  Possession of real property: The complaint was filed on  *(date):*
        (Check (1) or (2). Check (3) if applicable.  Complete (4) if (2) or (3) has been checked.)

    (1) [ ]  The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The
        judgment includes all tenants, subtenants,named claimants, and other occupants of the premises.

    (2) [ ]  The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

    (3) [ ]  The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
        judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns
        to effect eviction, regardless of whether a  *Prejudgment Claim of Right to Possession*  was served.)  *(See CCP
        415.46 and 1174.3(a)(2).)*

    (4)  If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the Prejudgment Claim of Right to Possession was
       not served in compliance with CCP 415.46 (item 25a(2)). answer the following:

    (a)  The daily rental value on the date the complaint was filed was  $
    (b)  The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates  *(specify):*

Item 25 continued on next page

EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Page 2 of 3

ID# 107001   CLIENT ID: 2196705   --- RPTWRT

EJ-130

| Plaintiff/Petitioner: MODERN ADJUSTMENT BUREAU | CASE NUMBER: |
| Defendant/Respondent: TANISHA A. BROWN; | 24CHLC14329 |

25. b. ☐  Possession of personal property.
         ☐  If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.
    c. ☐  Sale of personal property.
    d. ☐  Sale of real property.
    e.  The property is described: ☐ below  ☐ On Attachment 25e

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possesion of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a forclosure.

---

EJ-130 [Rev. September 1, 2020]           **WRIT OF EXECUTION**            Page 3 of 3

ID# 107001   CLIENT ID: 2196705   --- RPTWRT

**DO NOT** *DOUBLE-GARNISH/Wage*
*RETURN TO LEVYING OFFICER. DO NOT FILE WITH COURT*                                    EJ-160

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR LEVYING OFFICER USE ONLY *(Levying Officer Name and Address)* |
|---|---|

TELEPHONE NO.                          FAX NO. *(Optional)*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

| | LEVYING OFFICER FILE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: | |
| DEFENDANT/RESPONDENT: | |

| | FOR COURT USE ONLY |
|---|---|
| **CLAIM OF EXEMPTION**<br>(Enforcement of Judgment) | |

*Copy all the information required above (except the top left space) from the* **Notice of Levy.** *The top left space is for your name or your attorney's name and address. The original and one copy of this form must be filed with the levying officer.*
*DO NOT FILE WITH THE COURT.*

CASE NUMBER:

1. My name is:
2. Papers should be sent to:
   ☐ me.
   ☐ my attorney (I have filed with the court and served on the judgment creditor a request that papers be sent to my attorney and my attorney has consented in writing on the request to receive these papers.)
   at the address ☐ shown above ☐ following *(specify):*

3. ☐ I am not the judgment debtor named in the notice of levy. The name and last known address of the judgment debtor *is (specify):*

4. The property I claim to be exempt is *(describe):*

5. The property is claimed to be exempt under the following code and section *(specify):*

6. The facts which support this claim are *(describe):*

7. ☐ The claim is made pursuant to a provision exempting property to the extent necessary for the support of the judgment debtor and the spouse and dependents of the judgment debtor. **A Financial Statement form is attached to this claim.**

8. ☐ The property claimed to be exempt is
   a. ☐ a motor vehicle, the proceeds of an execution sale of a motor vehicle, or the proceeds of insurance or other indemnification for the loss, damage, or destruction of a motor vehicle.
   b. ☐ tools, implements, materials, uniforms, furnishings, books, equipment, a commercial motor vehicle, a vessel, or other personal property used in the trade, business or profession of the judgment debtor or spouse.
   c. all other property of the same type owned by the judgment debtor, either alone or in combination with others, is *(describe):*

9. ☐ The property claimed to be exempt consists of the loan value of unmatured life insurance policies (including endowment and annuity policies) or benefits from matured life insurance policies (including endowment and annuity policies). All other property of the same type owned by the judgment debtor or the spouse of the judgment debtor, either alone or in combination with others, is *(describe):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____                    _____
*(TYPE OR PRINT NAME)*                          *(SIGNATURE OF DECLARANT)*                 **Page 1 of 1**

Form Approved by the
Judicial Council of California
EJ-160 [Rev. January 1, 2009]

**CLAIM OF EXEMPTION**
**(Enforcement of Judgment)**

Code of Civil Procedure, § 703.520
*www.courtinfo.ca.gov*

```
| Attorney or Party without Attorney:        |                                          |
| CALVIN F LOVE                              |  For Recorder's use only                 |
|                                            |                                          |
| 800 S. BARRANCA AVE #100                   |                                          |
| COVINA, CA 91723                           |                                          |
| TEL: (626)-653-0455                        |                                          |
|                                            |                                          |
|--------------------------------------------|------------------------------------------|
| L.A. SUPERIOR COURT, CHATSWORTH   19432    | Levying Officer:                         |
| NORTH VALLEY DISTRICT                      | Sheriff's Department                     |
| 9425 PENFIELD AVE                          | Los Angeles County                       |
| CHATSWORTH, CA 91311                       | 1427 WEST COVINA PKWY., RM 127           |
|--------------------------------------------| WEST COVINA, CA 91790                    |
| Plaintiff: MODERN ADJUSTMET                | TEL: (626)-813-3255                      |
| Defendant: TANISHA A BROWN                 |                                          |
|--------------------------------------------|------------------------------------------|
| Notice of levy - under writ of:            | Levy.Ofcr.File.No.: 3302503280012        |
| ( X ) Execution (Money Judgment)           |                                          |
| (   ) Sale                                 | COURT CASE 24CHLC14329                   |
```

TO THE PERSON NOTIFIED:
NAVY FEDERAL C.U.                GARNISHEE
BROWN, TANISHA A.                JUDGMENT DEBTOR
5565 CANOGA AVE #317
WOODLAND HILLS, CA 91367

1. The judgment creditor seeks to levy upon property in which the judgment
   debtor has an interest and apply it to the satisfaction of a judgment as follows:
   A. Judgment Debtor:
      BROWN, TANISHA A.

   B. The property to be levied upon is described:
      (   ) In the accompanying Writ of Possession or Writ of Sale
      ( X ) As follows:
            LEVY ON ANY AND ALL ACCTS. IN THE NAME OF THE DEBTOR, SSN
            ***-**-0895

2. The judgment is for other.

3. The amount necessary to satisfy the judgment creditor's judgment is
   a. Total amount due                          21755.59
   b. Levy fee                                     50.00
   c. Sheriff's disbursement fee                   15.00
   d. Recoverable costs
   e. Total (a through d)                        21820.59
   f. Interest per day from 03/29/25 to date of service    2.87

4. You are notified as Judgment Debtor or a person other than the judgment
   debtor.  (Read information for Judgment Debtor or Information for
   Person Other Than Judgment Debtor on page two).
==================================================================================
Notice of Levy was  ( X ) Mailed   on: 4/1/25   (   ) Delivered on: __/__/__
                    (   ) Posted   on: __/__/__  (   ) Filed     on: __/__/__
                    (   ) Recorded on: __/__/__
Date: 03/28/25                                      Robert G. Luna, SHERIFF
                         By: _____
                                                    D. VARGAS, Deputy

**NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)**

Form approved by the Judicial Council of California      (EJ-150 Rev. 9/1/2020)

INFORMATION FOR JUDGMENT DEBTOR

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. There are automatic exemptions that financial institutions should apply to a deposit account before providing funds to the levying officer. See below for more information.

3. You may claim any available exemption for your property. A list of exemptions can be found on form EJ-155. If you wish to claim an exemption for personal property, you must do so within 15 days after this notice was delivered to you or 20 days after this notice was mailed to you by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. The date of filing is calculated as the date the claim is received by the levying officer, or the date of the postmark if the claim is mailed and assigned a tracking number by the U.S. Postal Service or another common carrier. If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.

4. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying Writ of Sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

5. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

6. If your property is levied upon under a Writ of Execution or to satisfy damages and costs under a Writ of Possession or Sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of Sale will be given to you. Notice of Sale of Real Property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

7. All sales at an execution sale are final; there is no right of redemption.

**NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)**

Form approved by the Judicial Council of California        (EJ-150 Rev. 9/1/2020)

INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien which lasts two years from the date of issuance of the Writ of Execution. You must execute and deliver any documents needed to transfer the property.

2. If you are a financial institution, you are required to apply applicable exemptions to deposit accounts. See below.

3. You must complete the accompanying Memorandum of Garnishee within 10 days.

4. If you claim ownership or the right to possession of real or personal property levied upon or if claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to CCP 720.010-720.800 of the Code of Civil Procedure.

5. **Make checks payable to: LOS ANGELES COUNTY SHERIFF DEPARTMENT**
   PO Box 843580
   Los Angeles, CA 90084-3580
   Include Levying Officer File No: 3302503280012 on payments

## INFORMATION ABOUT DEPOSIT ACCOUNTS

1. If the levy is not to satisfy a judgment for wages owed, child or spousal support, or liability to the state government, financial institutions must automatically exempt money in a deposit account up to a certain dollar amount, under section 704.220 of the Code of Civil Procedure, with no claim exemption required. See form EJ-156 for the exemption amount.

2. Other automatic exemptions may apply to deposit accounts, such as exemptions for directly deposited social security or public benefits under section 704.080. (See form EJ-156 for the exemption amounts.) Generally, the financial institution should apply the larger set of exemptions that apply to an account. See section 704.220(b).

3. If a judgment debtor has multiple accounts in one or more financial institutions, either the judgment creditor or judgment debtor may file an application in the superior court identified on the front of this form for an order as to which account the exemption should apply. (See section 704.220(e).) To get such an order, file an Ex Parte Application for Order on Deposit Account Exemption (form EJ-157) as soon as possible. (See EJ-157-INFO for instructions.) If the judgment debtor has more than one account in a financial institution, that institution may decide how and to which account to apply the exemption, unless it is served with a court order directing how to apply the exemption.

## NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)

Form approved by the Judicial Council of California        (EJ-150 Rev. 9/1/2020)

EJ-130

| Plaintiff/Petitioner: MODERN ADJUSTMENT BUREAU | CASE NUMBER: |
|---|---|
| Defendant/Respondent: TANISHA A. BROWN; | 24CHLC14329 |

25. b. ☐ Possession of personal property.
　　　　☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.
　　c. ☐ Sale of personal property.
　　d. ☐ Sale of real property.
　　e. The property is described: ☐ below ☐ On Attachment 25e

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possesion of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a forclosure.

---

EJ-130 [Rev. September 1, 2020]　　　　　**WRIT OF EXECUTION**　　　　　Page 3 of 3

ID# 107001　CLIENT ID: 2196705　---　RPTWRT

EJ-130

| | |
|---|---|
| Plaintiff/Petitioner: MODERN ADJUSTMENT BUREAU<br>Defendant/Respondent: TANISHA A. BROWN; | CASE NUMBER:<br>24CHLC14329 |

25. b. ☐ Possession of personal property.

      ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

   c. ☐ Sale of personal property.

   d. ☐ Sale of real property.

   e. The property is described: ☐ below   ☐ On Attachment 25e

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possesion of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a forclosure.

---

**WRIT OF EXECUTION**

ID# 107001   CLIENT ID: 2196705   --- RPTWRT

```
| Attorney or Party without Attorney:        | For Recorder's use only    |
| CALVIN F LOVE                              |                            |
|                                            |                            |
| 800 S. BARRANCA AVE #100                   |                            |
| COVINA, CA 91723                           |                            |
| TEL: (626)-653-0455                        |                            |
|                                            |                            |
|                                            |                            |
|--------------------------------------------|----------------------------|
| L.A. SUPERIOR COURT, CHATSWORTH  19432     | Levying Officer:           |
| NORTH VALLEY DISTRICT                      | Sheriff's Department       |
| 9425 PENFIELD AVE                          | Los Angeles County         |
| CHATSWORTH, CA 91311                       | 1427 WEST COVINA PKWY., RM 127 |
|--------------------------------------------| WEST COVINA, CA 91790      |
| Plaintiff: MODERN ADJUSTMET                | TEL: (626)-813-3255        |
| Defendant: TANISHA A BROWN                 |                            |
|--------------------------------------------|----------------------------|
| Notice of levy - under writ of:            | Levy.Ofcr.File.No.: 3302503280011 |
| ( X ) Execution (Money Judgment)           |                            |
| (   ) Sale           COURT CASE 24CHLC14329|                            |
```

TO THE PERSON NOTIFIED:
WELLS FARGO BANK                GARNISHEE
CRETARO, JESSE                  JUDGMENT DEBTOR
5565 CANOGA AVE #317
WOODLAND HILLS, CA 91367

1. The judgment creditor seeks to levy upon property in which the judgment
   debtor has an interest and apply it to the satisfaction of a judgment as follows:
   A. Judgment Debtor:
        CRETARO, JESSE

   B. The property to be levied upon is described:
        (   ) In the accompanying Writ of Possession or Writ of Sale
        ( X ) As follows:
              LEVY ON ANY AND ALL ACCTS. IN THE NAME OF THE DEBTOR, SSN
              ***-**-6603

2. The judgment is for other.

3. The amount necessary to satisfy the judgment creditor's judgment is
   a. Total amount due                              21705.59
   b. Levy fee                                        100.00
   c. Sheriff's disbursement fee                       15.00
   d. Recoverable costs
   e. Total (a through d)                           21820.59
   f. Interest per day from 03/29/25 to date of service    2.87

4. You are notified as Judgment Debtor or a person other than the judgment
   debtor.   (Read information for Judgment Debtor or Information for
   Person Other Than Judgment Debtor on page two).

===============================================================================
Notice of Levy was   ( ✓ ) Mailed    on: 4/1/25    (   ) Delivered on:  __/__/__
                     (   ) Posted    on: __/__/__   (   ) Filed     on:  __/__/__
                     (   ) Recorded  on: __/__/__
Date: 03/28/25
                           By: _____  Robert G. Luna, SHERIFF
                                                          D. VARGAS, Deputy

                    NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)

Form approved by the Judicial Council of California      (EJ-150 Rev. 9/1/2020)

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. There are automatic exemptions that financial institutions should apply to a deposit account before providing funds to the levying officer. See below for more information.

3. You may claim any available exemption for your property.  A list of exemptions can be found on form EJ-155. If you wish to claim an exemption for personal property, you must do so within 15 days after this notice was delivered to you or 20 days after this notice was mailed to you by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure.  The date of filing is calculated as the date the claim is received by the levying officer, or the date of the postmark if the claim is mailed and assigned a tracking number by the U.S. Postal Service or another common carrier.  If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.

4. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property.  This property is described in the accompanying Writ of Sale.  You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

5. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

6. If your property is levied upon under a Writ of Execution or to satisfy damages and costs under a Writ of Possession or Sale, the property may be sold at an execution sale, perhaps at a price substantially below its value.  Notice of Sale will be given to you.  Notice of Sale of Real Property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you.  This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

7. All sales at an execution sale are final; there is no right of redemption.

**NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)**

Form approved by the Judicial Council of California        (EJ-150 Rev. 9/1/2020)

INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer.  If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien which lasts two years from the date of issuance of the Writ of Execution.  You must execute and deliver any documents needed to transfer the property.

2. If you are a financial institution, you are required to apply applicable exemptions to deposit accounts. See below.

3. You must complete the accompanying Memorandum of Garnishee  within 10 days.

4. If you claim ownership or the right to possession of real or personal property levied upon or if claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to CCP 720.010-720.800 of the Code of Civil Procedure.

5. **Make checks payable to: LOS ANGELES COUNTY SHERIFF DEPARTMENT**
   PO Box 843580
   Los Angeles, CA 90084-3580
   Include Levying Officer File No: 3302503280011 on payments

### INFORMATION ABOUT DEPOSIT ACCOUNTS

1. If the levy is not to satisfy a judgment for wages owed, child or spousal support, or liability to the state government, financial institutions must automatically exempt money in a deposit account up to a certain dollar amount, under section 704.220 of the Code of Civil Procedure, with no claim exemption required. See form EJ-156 for the exemption amount.

2. Other automatic exemptions may apply to deposit accounts, such as exemptions for directly deposited social security or public benefits under section 704.080. (See form EJ-156 for the exemption amounts.) Generally, the financial institution should apply the larger set of exemptions that apply to an account. See section 704.220(b).

3. If a judgment debtor has multiple accounts in one or more financial institutions, either the judgment creditor or judgment debtor may file an application in the superior court identified on the front of this form for an order as to which account the exemption should apply. (See section 704.220(e).) To get such an order, file an Ex Parte Application for Order on Deposit Account Exemption (form EJ-157) as soon as possible. (See EJ-157-INFO for instructions.) If the judgment debtor has more than one account in a financial institution, that institution may decide how and to which account to apply the exemption, unless it is served with a court order directing how to apply the exemption.

### NOTICE OF LEVY (ENFORCEMENT OF JUDGMENT)

Form approved by the Judicial Council of California          (EJ-150 Rev. 9/1/2020)

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: SB# 307493 | FOR COURT USE ONLY |
|---|---|---|

NAME: Calvin F. Love

FIRM NAME:

STREET ADDRESS: 800 South Barranca Ave., Suite 100

CITY: Covina    STATE: CA    ZIP CODE: 91723

TELEPHONE NO. (626) 653-0455    FAX NO. (626) 653-0465

E-MAIL ADDRESS:

ATTORNEY FOR (name): Modern Adjustment Bureau

[XX] ATTORNEY FOR   [XX] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

STREET ADDRESS: SUPERIOR COURT OF CALIFORNIA

MAILING ADDRESS: 9425 PENFIELD AVENUE

CITY AND ZIP CODE: CHATSWORTH CA., 91311

BRANCH NAME: CHATSWORTH-NORTH

| PLAINTIFF/PETITIONER: MODERN ADJUSTMENT BUREAU | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TANISHA A. BROWN | 24CHLC14329 |

| WRIT OF | [XX] EXECUTION (Money Judgment) | [ ] POSSESSION OF | [ ] Personal Property | [XX] Limited Civil Case (including Small Claims) |
|---|---|---|---|---|
| | [ ] SALE | | [ ] Real Property | [ ] Unlimited Civil Case (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** LOS ANGELES
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.

3. (Name): MODERN ADJUSTMENT BUREAU
   is the [XX] original judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last know address):

   ┌─────────────────────────────────────┐
   │ TANISHA A. BROWN                      │
   │ 5565 CANOGA AVE., #317, WOODLAND      │
   │ HILLS, CA. 91367                      │
   │                                       │
   └─────────────────────────────────────┘

   [XX] Additional judgment debtors on next page

5. **Judgment entered on** (date): 07/02/2024
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [XX] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.

10. [ ] This writ is issued on a sister-state judgment.

   **For Items 11-17, see form MC-012 and form MC-013-INFO.**

| 11. | Total judgment (as entered or renewed) | $ | 20,819.12 |
|---|---|---|---|
| 12. | Costs after judgment (CCP 685.090) | $ | 165.22 |
| 13. | Subtotal (add 11 and 12) | $ | 20,984.34 |
| 14. | Credits to principal (after credit to interest) | $ | 0.00 |
| 15. | Principal remaining due (subtract 14 from 13) | $ | 20,984.34 |
| 16. | Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | 669.77 |
| 17. | Fee for issuance of writ (per GC 70626(a)(l)) | $ | 40.00 |
| 18. | **Total amount due** (add 15, 16, and 17) | $ | 21,694.11 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) ............... $ 2.87
   b. Pay directly to courts costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) ............... $ 0.00

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 03/25/2025    Clerk, by J. Choi , Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**    Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520,712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

ID# 107001   CLIENT ID: 2196705   --- RPTWRT

EJ-130

| Plaintiff/Petitioner:  MODERN ADJUSTMENT BUREAU | CASE NUMBER: |
|---|---|
| Defendant/Respondent:TANISHA A. BROWN; | 24CHLC14329 |

21. [X] Additional judgment debtor(s)  *(name, type of legal entity if not a natural person, and last known address):*

JESSE CRETARO
18610 Paseo Nuevo Dr.
Tarzana, CA 91356

22.  The judgement is for  *(check one):*

    a. [ ] wages owed.

    b. [ ] child support or spousal support.

    c. [X] other. Breach of written agreement

23. [ ]  Notice of sale has been requested by  *(name and address):*

24. [ ]  Joint debtor was declared bound by the judment (CCP 989-994)

    a. on*(date):*
    b. name, type of legal entity if not a natural person, and
      last known address of joint debtor:

    a. on*(date):*
    b. name, type of legal entity if not a natural person, and
      last known address of joint debtor:

    c. [ ]  Additional costs against certain joint debtors are itemized: [ ] below  [ ] On Attachment 24c.

25. [ ]  (Writ of Possession or Writ of Sale)  **Judgment** was entered for the following:

    a. [ ]  Possession of real property: The complaint was filed on  *(date):*
        (Check (1) or (2).  Check (3) if applicable.  Complete (4) if (2) or (3) has been checked.)

    (1) [ ]  The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The
        judgment includes all tenants, subtenants,named claimants, and other occupants of the premises.

    (2) [ ]  The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

    (3) [ ]  The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
        judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns
        to effect eviction, regardless of whether a  *Prejudgment Claim of Right to Possession*  was served.)  *(See CCP
        415.46 and 1174.3(a)(2).)*

    (4)  If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the Prejudgment Claim of Right to Possession was
        not served in compliance with CCP 415.46 (item 25a(2)). answer the following:

    (a)  The daily rental value on the date the complaint was filed was  $

    (b)  The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates  *(specify):*

Item 25 continued on next page

EJ-130

| Plaintiff/Petitioner: MODERN ADJUSTMENT BUREAU | CASE NUMBER: |
| Defendant/Respondent: TANISHA A. BROWN; | 24CHLC14329 |

25. b. ☐ Possession of personal property.
         ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. The property is described: ☐ below ☐ On Attachment 25e

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a forclosure.

---

        ID# 107001   CLIENT ID: 2196705   ---   RPTWRT

**[NOT FOR WAGE GARNISHMENT]**
*RETURN TO LEVYING OFFICER, DO NOT FILE WITH COURT*

EJ-160

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR LEVYING OFFICER USE ONLY *(Levying Officer Name and Address):* |
|---|---|

TELEPHONE NO.                    FAX NO. *(Optional)*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
   STREET ADDRESS:
   MAILING ADDRESS:
   CITY AND ZIP CODE:
   BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

LEVYING OFFICER FILE NUMBER:

## CLAIM OF EXEMPTION
### (Enforcement of Judgment)

FOR COURT USE ONLY

*Copy all the information required above (except the top left space) from the **Notice of Levy**. The top left space is for your name or your attorney's name and address. The original and one copy of this form must be filed with the levying officer.*
**DO NOT FILE WITH THE COURT.**

CASE NUMBER:

1. My name is:
2. Papers should be sent to:
   ☐ me.
   ☐ my attorney (I have filed with the court and served on the judgment creditor a request that papers be sent to my attorney and my attorney has consented in writing on the request to receive these papers.)
   at the address ☐ shown above ☐ following *(specify):*

3. ☐ I am not the judgment debtor named in the notice of levy. The name and last known address of the judgment debtor *is (specify):*

4. The property I claim to be exempt is *(describe):*

5. The property is claimed to be exempt under the following code and section *(specify):*

6. The facts which support this claim are *(describe):*

7. ☐ The claim is made pursuant to a provision exempting property to the extent necessary for the support of the judgment debtor and the spouse and dependents of the judgment debtor. **A Financial Statement form is attached to this claim.**

8. ☐ The property claimed to be exempt is
   a. ☐ a motor vehicle, the proceeds of an execution sale of a motor vehicle, or the proceeds of insurance or other indemnification for the loss, damage, or destruction of a motor vehicle.
   b. ☐ tools, implements, materials, uniforms, furnishings, books, equipment, a commercial motor vehicle, a vessel, or other personal property used in the trade, business or profession of the judgment debtor or spouse.
   c. all other property of the same type owned by the judgment debtor, either alone or in combination with others, is *(describe):*

9. ☐ The property claimed to be exempt consists of the loan value of unmatured life insurance policies (including endowment and annuity policies) or benefits from matured life insurance policies (including endowment and annuity policies). All other property of the same type owned by the judgment debtor or the spouse of the judgment debtor, either alone or in combination with others, is *(describe):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____
*(TYPE OR PRINT NAME)*

_____
*(SIGNATURE OF DECLARANT)*

Page 1 of 1

Form Approved by the
Judicial Council of California
EJ-160 [Rev. January 1, 2009]

**CLAIM OF EXEMPTION**
**(Enforcement of Judgment)**

Code of Civil Procedure, § 703.520
*www.courtinfo.ca.gov*



**LOVE LAW**
PROFESSIONAL CORPORATION

Calvin F. Love
Shareholder
Tel: +1 626 653 0455
Email: contact@lovelawpc.com

March 24, 2025

VIA FIRST-CLASS MAIL

TANISHA A. BROWN
5565 CANOGA AVE., #317
WOODLAND HILLS, CA 91367

RE: MODERN ADJUSTMENT BUREAU v. TANISHA A. BROWN; JESSE CRETARO
Case No: 24CHLC14329

Please be advised that a judgment has been entered against you in the above-referenced case. Pursuant to California Code of Civil Procedure § 684.130, we have conducted reasonable diligence to verify your current address.

Based on our reasonable diligence efforts, the address listed above has been identified as your current address. If this address is incorrect or you wish to provide an alternative address, please contact our office immediately.

Thank you.

Sincerely,

Calvin Love, Esq.
Attorney for Judgment Creditor

ACCOUNT I013484319

### Recovery Authorization Contract

This contract is entered by and between **Arthur Stanman** 5565 Canoga Ave Apt 317, Woodland Hills, CA, 91367, hereinafter referred to as "Claimant", and the investigator **Capital Pacific Group,** 100 Iron Point Circle, Suite 100, Folsom, California, 95630, hereinafter referred to as "CPG".
The parties hereby agree as follows:

**1.    INVESTIGATOR'S DUTIES**

CPG agrees to attempt to recover assets, which CPG believes are in the possession of the State Controller, PO Box 942850, Sacramento CA 94250.  CPG further agrees to attempt to recover such assets on behalf of Claimant.

**2.    CLAIMANT'S DUTIES**

Claimant hereby fully agrees to execute and complete all necessary paperwork requested by CPG and/or the Holder in a timely manner in order to finalize claim.

**3.    CONSIDERATION**

In consideration of CPG efforts in locating Claimant and the assets described in this Contract and assisting in the actual recovery of the same, Claimant hereby assigns to CPG **ten percent (10%)** of the assets Claimant recovers.  CPG and Claimant agree in the event Claimant is not entitled to assets described below and/or such assets are not recoverable, there is no obligation on either party to the other. CPG will be responsible for all expenses excluding probate proceedings.

**4.    TERM**

The term of this Contract shall be for 1 year or until referenced assets are recovered, whichever, is less.

**5.    CONFIDENTIALITY & EXCLUSIVITY**

The parties agree upon the execution of this contract, the Claimant shall work exclusively with CPG. Claimant agrees that CPG, and only CPG, shall recover that described in Section 7 below. Neither Claimant nor anyone acting on the Claimant's behalf shall enter into discussions or negotiations with any third party with respect to this recovery, the same as or similar to this recovery.  CPG and Claimant agree not to disclose to anyone any information about this transaction during the period of time the CPG performing services under this contract, except as legally required.

**6.    GOVERNING LAW & VENUE**

This contract shall be governed and construed by the laws of the State of California, County of Sacramento.

**7.    DESCRIPTION OF ACCOUNT(s)**

OWNER'S NAME:                          **Ronald Stanman**
OWNER'S ADDRESS AS REPORTED:           **3737 Valley Meadow Rd, Encino, CA**
REPORTED BY:                           **Transamerica Corporation**
TYPE OF ACCOUNT:                       **Securities**
SHARES:                                **591**
APPROX. VALUE:                         **$33,275.71**

CAPITAL PACIFIC GROUP SIGNATURE_____ 5/28/2025 PHONE: (916) 358-8877   FAX: (866) 250-5824

**Claimed By:  (Print Name)  ___Arthur Stanman    (Signature) _____    Date: _____**

Relation to Named Owner: [ ] Owner [ ] Authorized officer [ ] Heir __ Surviving Spouse __ Child __ Other

Telephone: _____    Fax: _____

Email Address: _____



**Please sign and return to CAPITAL PACIFIC GROUP, 100 Iron Point Circle, Ste 100, FOLSOM CA 95630**

**CAPITAL PACIFIC GROUP**

Nicole Ivezich
*Investigator CA PI #26700*

**Asset Recovery Specialists**
**PI License 26700**
100 Iron Point Cir., Ste 100
Folsom, CA 95630
916-358-8877

Established 1991

Wednesday, June 18, 2025

Arthur Stanman
5565 Canoga Ave Apt 317
Woodland Hills, CA  91367

Notice of Transamerica Corporation refund:
Approximate value:  $33,275.71

**ACCOUNT I013484319**

We are writing to you regarding a dormant account in the name of  **Ronald Stanman** that you may be able to claim through our firm.

**Description of Account:**

| | |
|---|---|
| Owner's Name as Reported: | **Ronald Stanman** |
| Owner's Address as Reported: | **3737 Valley Meadow Rd, Encino, CA** |
| Reported By: | **Transamerica Corporation** |
| Type of Account: | **Securities** |
| Estimated Value: | **$33,275.71** |

**If you are the rightful owner or heir, please sign the attached Recovery Authorization Contract and return it using one of the following methods:**
- o **Sign and email to Nicole@cappacgroup.com**
- o **Sign, take a photo and text to 916-358-8877**
- o **Sign and return in the postage paid, self-addressed envelope**
- o **Call or text 916-358-8877 and request a DocuSign**

Upon receipt of your Recovery Authorization Contract, we will provide a claim package itemizing the documents needed to substantiate your claim.  Once all required items are returned to us, we will personally submit your claim for payment.  **No advance fees or retainers are required; we are compensated only *after* the recovery of your funds.**  See Section 3 of the attached authorization for the description of fees.

Capital Pacific Group specializes in the discovery and recovery of dormant assets.  Our experienced team of investigators, genealogists, and financial auditors ensure your recovery will be quick, confidential, and successful.

Capital Pacific Group is proud to be an A+ rated member of the Better Business Bureau, licensed by the Private Investigator Unit of the California Department of Consumer Affairs.  We maintain our business license with the City of Folsom, and we are members of the Folsom Chamber of Commerce.

Capital Pacific Group welcomes the opportunity to return to you the assets that are rightfully yours.

Sincerely,

Nicole Ivezich, Investigator
Direct: (916) 358-8877 Call/Text
nicole@cappacgroup.com
www.cappacgroup.com



**100 IRON POINT CIRCLE, SUITE 100 • FOLSOM, CA 95630 • Phone 916.358.8877 Fax 860.250.5824**

# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

### SCHEDULE 13G/A

### UNDER THE SECURITIES EXCHANGE ACT OF 1934
### (Amendment No. 4)*

### National Bank Holdings Corporation

**(Name of Issuer)**

### Class A Common Stock

**(Title of Class of Securities)**

### 633707104

**(CUSIP Number)**

### 12/31/2024

**(Date of Event Which Requires Filing of this Statement)**

Check the appropriate box to designate the rule pursuant to which this Schedule is filed:

☒  Rule 13d-1(b)

☐  Rule 13d-1(c)

☐  Rule 13d-1(d)

SCHEDULE 13G/A

| CUSIP No. 633707104 |
|---|

| 1 | Names of Reporting Persons<br><br>Wellington Management Group LLP |
|---|---|
| 2 | Check the appropriate box if a member of a Group (see instructions)<br><br>☐ (a)<br>☐ (b) |

| 3 | SEC Use Only | | |
|---|---|---|---|
| 4 | **Citizenship or Place of Organization** MASSACHUSETTS | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 5 | **Sole Voting Power:** 0.00 | |
| | 6 | **Shared Voting Power:** 2,065,114.00 | |
| | 7 | **Sole Dispositive Power:** 0.00 | |
| | 8 | **Shared Dispositive Power:** 2,942,823.00 | |
| 9 | **Aggregate Amount Beneficially Owned by Each Reporting Person** 2,942,823.00 | | |
| 10 | **Check box if the aggregate amount in row (9) excludes certain shares (See Instructions)** ☐ | | |
| 11 | **Percent of class represented by amount in row (9)** 7.7 % | | |
| 12 | **Type of Reporting Person (See Instructions)** HC | | |

SCHEDULE 13G/A

**CUSIP No.** 633707104

| 1 | **Names of Reporting Persons** Wellington Group Holdings LLP | | |
|---|---|---|---|
| 2 | **Check the appropriate box if a member of a Group (see instructions)** ☐ (a) ☐ (b) | | |
| 3 | SEC Use Only | | |
| 4 | **Citizenship or Place of Organization** DELAWARE | | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 5 | **Sole Voting Power:** 0.00 | |
| | 6 | **Shared Voting Power:** 2,065,114.00 | |
| | 7 | **Sole Dispositive Power:** 0.00 | |
| | 8 | **Shared Dispositive Power:** 2,942,823.00 | |
| 9 | **Aggregate Amount Beneficially Owned by Each Reporting Person** 2,942,823.00 | | |
| | **Check box if the aggregate amount in row (9) excludes certain shares (See Instructions)** | | |

| 10 | ☐ |
|---|---|
| 11 | **Percent of class represented by amount in row (9)**<br><br>7.7 % |
| 12 | **Type of Reporting Person (See Instructions)**<br><br>HC |

SCHEDULE 13G/A

**CUSIP No.** 633707104

| 1 | **Names of Reporting Persons**<br><br>Wellington Investment Advisors Holdings LLP | |
|---|---|---|
| 2 | **Check the appropriate box if a member of a Group (see instructions)**<br><br>☐ (a)<br>☐ (b) | |
| 3 | **SEC Use Only** | |
| 4 | **Citizenship or Place of Organization**<br><br>DELAWARE | |
| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 5 | **Sole Voting Power:** 0.00 |
| | 6 | **Shared Voting Power:** 2,065,114.00 |
| | 7 | **Sole Dispositive Power:** 0.00 |
| | 8 | **Shared Dispositive Power:** 2,942,823.00 |
| 9 | **Aggregate Amount Beneficially Owned by Each Reporting Person**<br><br>2,942,823.00 | |
| 10 | **Check box if the aggregate amount in row (9) excludes certain shares (See Instructions)**<br><br>☐ | |
| 11 | **Percent of class represented by amount in row (9)**<br><br>7.7 % | |
| 12 | **Type of Reporting Person (See Instructions)**<br><br>HC | |

SCHEDULE 13G/A

**CUSIP No.** 633707104

(c)    Citizenship:

Wellington Management Group LLP - Massachusetts
Wellington Group Holdings LLP - Delaware
Wellington Investment Advisors Holdings LLP - Delaware
Wellington Management Company LLP - Delaware

(d)    Title of class of securities:

Class A Common Stock

(e)    CUSIP No.:

633707104

Item 3.    If this statement is filed pursuant to §§ 240.13d-1(b) or 240.13d-2(b) or (c), check whether the person filing is a:

(a)    ☐ Broker or dealer registered under section 15 of the Act (15 U.S.C. 78o);

(b)    ☐ Bank as defined in section 3(a)(6) of the Act (15 U.S.C. 78c);

(c)    ☐ Insurance company as defined in section 3(a)(19) of the Act (15 U.S.C. 78c);

(d)    ☐ Investment company registered under section 8 of the Investment Company Act of 1940 (15 U.S.C. 80a-8);

(e)    ☒ An investment adviser in accordance with § 240.13d-1(b)(1)(ii)(E);

(f)    ☐ An employee benefit plan or endowment fund in accordance with § 240.13d-1(b)(1)(ii)(F);

(g)    ☐ A parent holding company or control person in accordance with § 240.13d-1(b)(1)(ii)(G);

(h)    ☐ A savings associations as defined in Section 3(b) of the Federal Deposit Insurance Act (12 U.S.C. 1813);

(i)    ☐ A church plan that is excluded from the definition of an investment company under section 3(c)(14) of the Investment Company Act of 1940 (15 U.S.C. 80a-3);

(j)    ☐ A non-U.S. institution in accordance with § 240.13d-1(b)(1)(ii)(J). If filing as a non-U.S. institution in accordance with § 240.13d-1(b)(1)(ii)(J), please specify the type of institution:

(k)    ☐ Group, in accordance with Rule 240.13d-1(b)(1)(ii)(K).

Item 4.    Ownership

(a)    Amount beneficially owned:

See the responses to Item 9 on the attached cover pages.

(b)    Percent of class:

7.74 %

(c)    Number of shares as to which the person has:

(i) Sole power to vote or to direct the vote:

0

(ii) Shared power to vote or to direct the vote:

See the responses to Item 6 on the attached cover pages.

**(iii) Sole power to dispose or to direct the disposition of:**

0

**(iv) Shared power to dispose or to direct the disposition of:**

See the responses to Item 8 on the attached cover pages.

**Item 5.**   **Ownership of 5 Percent or Less of a Class.**

**Item 6.**   **Ownership of more than 5 Percent on Behalf of Another Person.**

If any other person is known to have the right to receive or the power to direct the receipt of dividends from, or the proceeds from the sale of, such securities, a statement to that effect should be included in response to this item and, if such interest relates to more than 5 percent of the class, such person should be identified. A listing of the shareholders of an investment company registered under the Investment Company Act of 1940 or the beneficiaries of employee benefit plan, pension fund or endowment fund is not required.

The securities as to which this Schedule is filed are owned of record by clients of one or more investment advisers identified in Item 7 directly or indirectly owned by Wellington Management Group LLP. Those clients have the right to receive, or the power to direct the receipt of, dividends from, or the proceeds from the sale of, such securities. No such client is known to have such right or power with respect to more than five percent of this class of securities, except as follows:
        Not Applicable.

**Item 7.**   **Identification and Classification of the Subsidiary Which Acquired the Security Being Reported on by the Parent Holding Company or Control Person.**

If a parent holding company has filed this schedule, pursuant to Rule 13d-1(b)(ii)(G), so indicate under Item 3(g) and attach an exhibit stating the identity and the Item 3 classification of the relevant subsidiary. If a parent holding company has filed this schedule pursuant to Rule 13d-1(c) or Rule 13d-1(d), attach an exhibit stating the identification of the relevant subsidiary.

Pursuant to the instructions in Item 7 of Schedule 13G, the following lists the identity and Item 3 classification of each relevant entity that beneficially owns shares of the security class being reported on this Schedule 13G.

  Wellington Group Holdings LLP - HC
  Wellington Investment Advisors LLP - HC
  Wellington Management Global Holdings, Ltd. - HC

One or more of the following investment advisers (the "Wellington Investment Advisers"):

  Wellington Management Company LLP - IA
  Wellington Management Canada LLC - IA
  Wellington Management Singapore Pte Ltd - IA
  Wellington Management Hong Kong Ltd - IA
  Wellington Management International Ltd - IA
  Wellington Management Japan Pte Ltd - IA
  Wellington Management Australia Pty Ltd - IA

The securities as to which this Schedule is filed by Wellington Management Group LLP, as parent holding company of certain holding companies and the Wellington Investment Advisers, are owned of record by clients of the Wellington Investment Advisers. Wellington Investment Advisers Holdings LLP controls directly, or indirectly through Wellington Management Global Holdings, Ltd., the Wellington Investment Advisers. Wellington Investment Advisers Holdings LLP is owned by Wellington Group Holdings LLP. Wellington Group Holdings LLP is owned by Wellington Management Group LLP.

**Item 8.**   **Identification and Classification of Members of the Group.**

Not Applicable

**Item 9.**   **Notice of Dissolution of Group.**

Not Applicable

**Item 10.**   **Certifications:**

By signing below I certify that, to the best of my knowledge and belief the securities referred to above were acquired and are held in the ordinary course of business and were not acquired and are not held for the purpose of or with the effect of changing or influencing the control of the issuer of the securities and were not acquired and are not held in connection with or as a participant in any transaction having that purpose or effect, other than activities solely in connection with a nomination under ?? 240.14a-11.

**SIGNATURE**

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

## Wellington Management Group LLP

| | |
|---|---|
| **Signature:** | Taisia Lowe |
| **Name/Title:** | Regulatory Analyst |
| **Date:** | 02/10/2025 |

## Wellington Group Holdings LLP

| | |
|---|---|
| **Signature:** | Taisia Lowe |
| **Name/Title:** | Regulatory Analyst |
| **Date:** | 02/10/2025 |

## Wellington Investment Advisors Holdings LLP

| | |
|---|---|
| **Signature:** | Taisia Lowe |
| **Name/Title:** | Regulatory Analyst |
| **Date:** | 02/10/2025 |

## Wellington Management Company LLP

| | |
|---|---|
| **Signature:** | Taisia Lowe |
| **Name/Title:** | Regulatory Analyst |
| **Date:** | 02/10/2025 |

**Office 1010**

| | |
|---|---|
| **From:** | Ivy Hilton <ilhiltonla@gmail.com> |
| **Sent:** | Monday, January 27, 2025 2:30 PM |
| **To:** | Office 1010 |
| **Subject:** | [EXTERNAL] Fwd: Ivy Hilton - Quote of Movers Price |
| **Attachments:** | Screenshot_20250115-080449_Gmail.jpg; Screenshot_20250115-080459_Gmail.jpg; Screenshot_20250115-080518_Gmail.jpg; Screenshot_20250115-080512_Gmail.jpg |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Please print 10 b/w copies

---------- Forwarded message ---------
From: **Ivy Hilton** <ilhiltonla@gmail.com>
Date: Fri, Jan 17, 2025, 1:04 PM
Subject: Fwd: Ivy Hilton - Quote of Movers Price
To: <vkellum@lahsa.org>, <vadamskellum@lahsa.org>, <thirddistrict@bos.lacounty.gov>,
<amartinez@dhs.lacounty.gov>, <rmyers@dhs.lacounty.gov>, <karen.bass@lacity.org>,
<etsemaye.agonafer@lacity.org>, <wgreuel@lahsa.org>, <wgreuel@manatt.com>, <lhorvath@bos.lacounty.gov>
Cc: <aperkins@bos.lacounty.gov>, <svenegas@bos.lacounty.gov>

GRAND ⬡ RISING
ROYALTY ⬡ FAMILY

• **NOTICE OF INTENT** •

AFFIDAVIT OF TRUTH

**_BE YE UPFRONT INFORMED; I AM EXPECTING A RESPONSE FROM_** EVERYONE **_WHO THIS EMAIL HAS BEEN SENT TO_**

i am submitting this email with the most sincere regard in order to receive some help

AND,
schedule a meeting with:

Commisioner Lindsey Hovrath

Commissioner Wendy Gruel
Commissioner Karen Bass
Dr. Etsemaye Agonafer

Richy Myers
Aubre Martinez

AND
Dr. Valeka Adams-Kellum

1

to discuss a veritable plethora of things. including but not limited to the following for now:

a) the destruction of my:

and,
other property 【including but not limited to at least 20 bags (10-gallon trash bag size), 2 dressers, a footstool and double carriage stroller)】

by
WEINGART CENTER ASSOCIATION (WCA)

AND,

b) my request for assistance with PROBLEM SOLVING FUNDS

i sent a quote for moving assistance to both Alie Brown and Ricardo Rivera and to date these emails have yet to receive a response

this outstanding request has been in the works since november 2024; for longer than 60 days now and we are still lagging behind

without any clear reasoning as to why !?

Problem Solving Funds should've been offered by the Interim Housing Director 【Kesey Madigan】 once, i; the participant was housed; on September 25, 2024

particularly, given the audacious circumstances within which LAHSA's involvement had to be requested in the first place

which was predicated by and/or pursuant to an improper exit of the participant; myself, by the WCA

from the INSIDE SAFE PROGRAM
during demobilization

despite the fact that i'd just completed my lease application with BARKER MANAGEMENT to be housed at WEINGART TOWER II; 30 days prior

AND,
for all intrinsic purposes this should be seen as retaliatory

nonetheless, because i am well aware of the fact that post lease up funds actually do exist as well; then i think the delay in providing me with aide is even more exacerbated and egregious

because if funding is unavailable from the former funding source; based on a perceived delay of 18 days; then the next best option would be to provide it from the latter funding source

especially because i think that PSAF funding remains in tact for up to 90 days

SUBSEQUENTLY,
as is in accordance with such thought process. i am requesting per the FOIA to be provided with any and/or all details surrounding the CES from beginning to end

2

if i am calling it improperly then i would like to be provided with clarification and know the intimate details of problem solving, post lease up, interim housing and permanent housing

which invariably could pose some challenges; as you are currently without a Permanent Housing Director and/or a Director of Finance

AND,
would seemingly explain the gap

HOWEVER,
by no means solicits that as being a reasonable excuse

since both LAHSA and WCA have dropped the ball again; it is thereby mandated that either one of the three; if not all three LAHSA, City of Los Angeles Mayor & Team and/or County of Los Angeles Board of Supervisors promptly rectify this situation

more succinctly both Mayor Karen Bass and Supervisor Lindsey Horvath are on the LAHSA commission and were present when i informed you of the improper exit, the resolution of housing and the destruction of my deceased mother's ashes et al property

which means there is no option for plausible deniability

OTHERWISE,
it should be duly noted that i followed up each conversation with LAHSA in tandem to a conversation with the BOARD OF SUPERVISORS

AND,
more succinctly means that commissioner horvath; due to her duplicit roles was more less likely than not present all FIVE times that i brought this to everyone's attention

so I'm extremely unclear as to why i still need to go round the houses to escalate your level of involvement to get something done

perhaps it is necessary to speak with:
1) THE IRS
2) BOTH LOCAL & FEDERAL HUD
3) STATE AG
4) GOVERNOR NEWSOM
5) FEMA

OR
6) DONALD TRUMP

which may prove most effective when filing a RICO CLAIM anyways

FURTHERMORE,
id like to have the following
1) a copy of your taxes for the past three years (every agency to whom this letter has been sent)

2) a copy of your budget

3

## JOINT FILING AGREEMENT

The undersigned hereby agree that this Schedule 13G (the "Schedule 13G") with respect to the common stock of National Bank Holdings Corporation is, and any additional amendment thereto signed by each of the undersigned shall be, filed on behalf of each undersigned pursuant to and in accordance with the provisions of 13d-1(k) under the Securities Exchange Act of 1934, as amended, and that all subsequent amendments to the Schedule 13G shall be filed on behalf of each of the undersigned without the necessity of filing additional joint filing agreements. The undersigned acknowledge that each shall be responsible for the timely filing of such amendments, and for the completeness and accuracy of the information concerning it contained therein, but shall not be responsible for the completeness and accuracy of the information concerning the other, except to the extent that it knows or has reason to believe that such information is inaccurate. It is understood and agreed that the joint filing of the Schedule 13G shall not be construed as an admission that the persons named herein constitute a group for purposes of Regulation 13D-G of the Securities Exchange Act of 1934, nor is a joint venture for purposes of the Investment Company Act of 1940.

By: Wellington Management Group LLP
By: /s/ Taisia Lowe
Name: Taisia Lowe
Title: Regulatory Analyst
Date: February 10,2025

By: Wellington Group Holdings LLP
By: /s/ Taisia Lowe
Name: Taisia Lowe
Title: Regulatory Analyst
Date: February 10,2025

By: Wellington Investment Advisors Holdings LLP
By: /s/ Taisia Lowe
Name: Taisia Lowe
Title: Regulatory Analyst
Date: February 10,2025

By: Wellington Management Company LLP
By: /s/ Taisia Lowe
Name: Taisia Lowe
Title: Regulatory Analyst
Date: February 10,2025

| 1 | Names of Reporting Persons<br><br>Wellington Management Company LLP |
|---|---|
| 2 | Check the appropriate box if a member of a Group (see instructions)<br><br>☐ (a)<br>☐ (b) |
| 3 | SEC Use Only |
| 4 | Citizenship or Place of Organization<br><br>DELAWARE |

| Number of Shares Beneficially Owned by Each Reporting Person With: | 5 | Sole Voting Power: 0.00 |
|---|---|---|
| | 6 | Shared Voting Power: 2,050,164.00 |
| | 7 | Sole Dispositive Power: 0.00 |
| | 8 | Shared Dispositive Power: 2,621,758.00 |

| 9 | Aggregate Amount Beneficially Owned by Each Reporting Person<br><br>2,942,823.00 |
|---|---|
| 10 | Check box if the aggregate amount in row (9) excludes certain shares (See Instructions)<br><br>☐ |
| 11 | Percent of class represented by amount in row (9)<br><br>6.9 % |
| 12 | Type of Reporting Person (See Instructions)<br><br>IA |

## SCHEDULE 13G/A

Item 1.

(a)    Name of issuer:

National Bank Holdings Corporation

(b)    Address of issuer's principal executive offices:

7800 East Orchard Road, Suite 300, Greenwood Village CO 80111

Item 2.

(a)    Name of person filing:

Wellington Management Group LLP
Wellington Group Holdings LLP
Wellington Investment Advisors Holdings LLP
Wellington Management Company LLP

(b)    Address or principal business office or, if none, residence:

c/o Wellington Management Company LLP, 280 Congress Street, Boston MA 02210

2008056000014



**State of California**
**Secretary of State**

LP-1    File # _____

**CERTIFICATE OF LIMITED PARTNERSHIP**

**FILED**
In the office of the Secretary of State
of the State of California

FEB 2 5 2008

A $70.00 filing fee must accompany this form.

IMPORTANT – Read Instructions before completing this form.    This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Partnership" or the abbreviation "LP" or "L.P.")

1. NAME OF LIMITED PARTNERSHIP

TBG Partners, LP

**INITIAL DESIGNATED OFFICE ADDRESS** (Do not abbreviate the name of the city.)

| 2. ADDRESS OF INITIAL DESIGNATED OFFICE IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 32 Belcourt Drive | Newport Beach | CA | 92660 |

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the initial agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the initial agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank)

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Robert A. Baird

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 32 Belcourt Drive | Newport Beach | CA | 92660 |

**GENERAL PARTNERS** (Enter the names and addresses of all the general partners. Attach additional pages, if necessary.)

| 5a. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Tamarac Investment Partners, Inc. | 32 Belcourt Drive | Newport Beach | CA | 92660 |
| 5b. NAME | ADDRESS | CITY | STATE | ZIP CODE |

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE

**EXECUTION** (This certificate must be signed by all of the general partners. If additional signature space is necessary, the signatures may be made on an attachment to this certificate.)

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

Feb. 25, 2008
DATE

SIGNATURE OF GENERAL PARTNER

Jack Martel, atty-in-fact for Robert A. Baird, PRESIDENT
TYPE OR PRINT NAME OF GENERAL PARTNER
OF TAMARAC INVESTMENT PARTNERS, INC.

_____
SIGNATURE OF GENERAL PARTNER

_____
TYPE OR PRINT NAME OF GENERAL PARTNER

LP-1 (REV 01/2008)    APPROVED BY SECRETARY OF STATE

## 3. Maps



## 2. Photos



# 5. Landslides and Liquefaction





Landslide hazard zones
Liquefaction hazard zones
Unevaluated zones

## Disclaimer

Copyright 2003-2025 by Property Research Partners LLC

All data comes from government sources. No attempt has been made to validate it. No attempt has been made to validate the accuracy of the programming of this web site. Do not rely on this report to support investment decisions. The only authoritative source for the information in this report is the government agencies from which the data was acquired.

## 3. Fire Hazard Zones



## 4. Faults and Tsunami Inundation Zones



Earthquake fault zones

Tsunami inundation zone

Fault line type

Accurate located faults

Approximately located faults

Inferred faults

Aerial photo lineament

Concealed faults

## 2. FEMA Flood Zones

Use this map to determine if your property is at risk for flooding or storm surge and if it requires flood insurance.





Moderate to low risk areas
- X
- 0.2% PCT

High risk areas
- A
- AE
- AH
- AO

High risk-coastal areas
- VE

- ANI, D, UNDES *
- Floodway
  * Undetermined flood hazard (possible flooding)

### Flood Zone Details

| | |
|---|---|
| FEMA flood zone | **X - Low Risk Area** |
| Costal barrier resources system area (COBRA) | **Out** |
| FEMA floodway | **Out** |
| FEMA special flood hazard area | **Out** |

For more information about FEMA flood zones map click here.

### Map Details

| | |
|---|---|
| Map panel ID | **06037C1781G effective from 12/21/2018** |

# Risk

## 1. Building Safety

### Zoning Information

| | |
|---|---|
| Alquist-priolo fault zone | **No** |
| Community redevelopment area | **8** |
| Flood hazard zone | **No** |
| Hillside grading area | **No** |
| Hillside ordinance area | **No** |
| Planning area & community name | **RD1. 5-1** |
| Zoning | **Restricted Density Multiple Dwelling (RD1.5)** |

### Geographical Information

| | |
|---|---|
| Environmentally sensitive area | **No** |
| Earthquake-induced liquefaction area | **Yes** |
| Near source zone distance (Km) | **3.9** |
| Parcel area (sqft) | **7,160** |
| Parcel map exempt | **No** |

# 6. Demographics By Zip Code

Demographic data shown in this section was gathered from the 2023 American Community Survey and refers to zip code **90044**.

## Population Demographics

| | |
|---|---|
| Total population | **95,859** |
| Female population | **51.9%** |
| Male population | **48.1%** |
| Median age | **32** |
| Male median age | **30** |
| Female median age | **33** |

## Education

| | |
|---|---|
| No highschool | **19.1%** |
| Some highschool or college | **65.3%** |
| Bachelors degree | **7.4%** |

## Other

| | |
|---|---|
| Citizens | **76.2%** |
| Citizens born in US | **65.3%** |
| English speakers | **80.6%** |

## Journey to Work

| | |
|---|---|
| Work in a metropolitan area | **99.9%** |
| Work in a micropolitan area | **0.1%** |
| Work at home | **6.5%** |
| Go to work by car | **77.3%** |
| Go to work after 10 am | **20.2%** |

## Economic/Employment

| | |
|---|---|
| Average household income | **$70,206** |
| White collar | **66.3%** |
| Blue collar | **33.7%** |

## Housing

| | |
|---|---|
| Family households | **72.7%** |
| Households with kids | **45.3%** |
| Housing units | **28,770** |
| Occupied housing units | **27,423** |
| Owner occupied units | **31.3%** |
| Average number of people per household | **3** |
| Median year structure built | **1956** |
| Houses with mortgages | **75.6%** |

## Wealth

| | |
|---|---|
| Median value for units with a mortgage | **$606,500** |
| Median value for units without a mortgage | **$497,500** |
| Median gross rent | **$1,427** |
| Median mobile home values | **$0** |
| Median housing costs per month | **$1,564** |
| Population in poverty | **26.5%** |

## 5. Traffic Map



Map represents the traffic volumes for the count locations on the California state highway system. Annual average daily traffic in a location is represented by the total volume of the year divided by 365 days.

Average daily traffic

- 🔴 240001 - 500000
- 🔴 170001 - 240000
- 🟠 100001 - 170000
- 🟡 55001 - 100000
- 🟢 20001 - 55000
- 🟢 1 - 20000

| Name | | Type | | No of students | |
|------|---|------|---|----------------|---|
| John Muir Middle School | 1 | Public | 6-8 | 693 | 0.59 |
| Los Angeles Computer Science Academy | NR | Private | K-12 | 55 | 0.71 |
| Frederick K.C. Price III School | NR | Private | PK, K-12 | 176 | 0.74 |
| God's Hand Academy | NR | Private | K-12 | | 0.82 |
| Mary Mcleod Bethune Middle School | 4 | Public | 7-8 | 858 | 0.85 |
| Nativity Elementary School | NR | Private | K-8 | 309 | 0.88 |
| Horace Mann Ucla Community | 3 | Public | 6-12 | 516 | 1.26 |
| KIPP Academy Of Opportunity | 5 | Charter | 5-8 | 472 | 1.28 |
| Vox Collegiate of Los Angeles | 7 | Charter | 6-10 | 182 | 1.32 |

Data provided by GreatSchools.org © 2025. All rights reserved.

| Name | Rating | Type | Grade range | No of students | Distance to school (mi) |
|------|--------|------|-------------|----------------|-------------------------|
| Augustus F. Hawkins High B Community Health Advocates | 1 | Public | 9-12 | 397 | 0.52 |
| Augustus F. Hawkins High A Critical Design And Gaming | 2 | Public | 9-12 | 1,179 | 0.52 |
| Augustus F. Hawkins High C Responsible Indigenous Social Entrepreneurship | 2 | Public | 9-12 | 232 | 0.52 |
| Los Angeles Computer Science Academy | NR | Private | K-12 | 55 | 0.71 |
| Frederick K.C. Price III School | NR | Private | PK, K-12 | 176 | 0.74 |
| God's Hand Academy | NR | Private | K-12 | | 0.82 |
| Family Gathering Basic Christian Educ Prep School | NR | Private | K-12 | 47 | 1.25 |
| Youth Opportunities Unlimited School | 2 | Public | 9-12 | 42 | 1.26 |
| Horace Mann Ucla Community | 3 | Public | 6-12 | 516 | 1.26 |
| Alliance Piera Barbaglia Shaheen Health Services Academy | 5 | Charter | 9-12 | 497 | 1.28 |
| Vox Collegiate of Los Angeles | 7 | Charter | 6-10 | 182 | 1.32 |
| John C. Fremont Senior High School | 3 | Public | 9-12 | 2,027 | 1.36 |
| Testimonial Christian School | NR | Private | PK, K-12 | | 1.37 |
| John Hope Continuation School | 1 | Public | 9-12 | 61 | 1.55 |
| Westbrook High School | 7 | Charter | 9-12 | 224 | 1.56 |

Data provided by GreatSchools.org © 2025. All rights reserved.

## 3. Area Overview

Walk Score
73 /100. Very Walkable

Transit Score
62 /100. Good Transit

Bike Score
71 /100. Very Bikeable

## 4. Distance to Schools

| Name | Rating | Type | Grade range | No of students | Distance to school (mi) |
|---|---|---|---|---|---|
| Gerald A. Lawson Academy Of The Arts, Mathematics And Science | 2 | Public | K-6 | 470 | 0.07 |
| St. Raphael Elementary School | NR | Private | K-8 | 292 | 0.18 |
| Garr Child Care and Learning I | NR | Private | PK, K-5 | | 0.26 |
| Gil Garcetti Learning Academy | 6 | Public | K-6 | 547 | 0.37 |
| ICEF Lou Dantzler Preparatory Academy Charter | NR | Charter | K-8 | 388 | 0.57 |
| Normandie Christian Of Los Angeles | NR | Private | K-6 | 52 | 0.57 |
| Budlong Avenue Elementary School | 2 | Public | K-5 | 659 | 0.57 |
| Crete Academy | 3 | Charter | K-6 | 330 | 0.57 |
| Loren Miller Elementary School | 3 | Public | K-6 | 623 | 0.64 |
| Raymond Avenue Elementary School | 4 | Public | K-5 | 435 | 0.66 |
| Sixty-First Street Elementary School | 4 | Public | K-6 | 596 | 0.68 |
| Los Angeles Computer Science Academy | NR | Private | K-12 | 55 | 0.71 |
| Frederick K.C. Price III School | NR | Private | PK, K-12 | 176 | 0.74 |

Data provided by GreatSchools.org © 2025. All rights reserved.

| Name | Rating | Type | Grade range | No of students | Distance to school (mi) |
|---|---|---|---|---|---|
| St. Raphael Elementary School | NR | Private | K-8 | 292 | 0.18 |
| ICEF Lou Dantzler Preparatory Academy Charter | NR | Charter | K-8 | 388 | 0.57 |

# 2. Sales & Values Maps

## Date of Last Sale



This map shows the most recent sales around the subject property, with darker colors indicating more recent sales.

- First half of 2024
- Second half of 2023
- First half of 2023
- Second half of 2022
- First half of 2022
- All 2021
- 2019 - 2020
- < 2019
- No data

The map is based only on valid sales with a recorded price over $1000.

Sale age: **2 years & 174 days**

## Price per Square Foot



On this color-coded map, view the price paid per square foot around the subject property.

| | |
|---|---:|
| Building sqft | **2,008** |
| Sale price | **$590,000** |
| Price per sqft | **$293** |

- Below $100
- $100 - $250
- $250 - $400
- $400 - $550
- $550 - $700
- $700 - $850
- $850 - $1000
- Above $1000
- No data

Multiple properties on the same parcel.
Color coordinates with the price ranges above.

Note: The map displays Price Per Square Foot ($/sqft) for properties sold in the last 5 years.

# Neighborhood

## 1. Neighborhood Price History

| | | | |
|---|---|---|---|
| Median price/sqft | **$815** | Property type | **Three Units (Any Combination) -** |
| Neighboring properties | **11** | | **4 Stories or Less** |
| | | Since sale date | **10/12/2023** |
| | | Radius | **1.5** |

### Recent sales of similar properties

| Address | Distance | Sale date | Sale price | Square footage | Price/sqft |
|---|---|---|---|---|---|
| 515 W 70th St | 0.44 | 11/21/2024 | $570,000 | 906 | $629 |
| 833 W 75th St | 0.47 | 03/27/2025 | $680,000 | 910 | $747 |
| 5960 S Figueroa St | 0.68 | 01/12/2024 | $685,000 | 880 | $778 |
| 812 W 65th St | 0.19 | 01/25/2024 | $675,000 | 832 | $811 |
| 820 W 76th St | 0.58 | 07/02/2024 | $650,000 | 800 | $812 |
| 436 W 68th St | 0.51 | 05/29/2024 | $685,000 | 840 | $815 |
| 852 W 75th St | 0.50 | 01/21/2025 | $680,000 | 806 | $843 |
| 7018 Estrella Ave | 0.40 | 09/12/2024 | $760,000 | 864 | $879 |
| 432 W 74th St | 0.66 | 07/10/2024 | $750,000 | 840 | $892 |
| 6900 S Halldale Ave | 0.68 | 11/22/2023 | $750,000 | 705 | $1,063 |
| 842 W Gage Ave | 0.25 | 12/12/2023 | $930,000 | 728 | $1,277 |

Use our Comparable Sales Tool to select your own list of recent sales.