## 5. Urban Landscape Maps

### Building Stories



On this map, view the number of stories per building.



- 10 & Up stories
- 7 to 9 Stories
- 5 to 6 Stories
- 4 Stories
- 3 Stories
- 2 Stories
- 1 Story
- No data

Stories: 4

### Year Built



On this map, view the year each property was built.



- >2020
- 2011-2020
- 2001-2010
- 1981-2000
- 1961-1980
- 1941-1960
- 1900-1940
- <1900

Year built: 1932

## 3. Zoning

Properties can be classified by zoning and building class. Los Angeles County is divided into four basic zoning districts: residential (R), commercial (C), agricultural(A) and manufacturing (M).These basic zoning districts are subdivided by the intensity of use. For more information about zoning districts click here.



Major zoning groups:

- Multi-family
- Single family
- Other residential
- Commercial
- Office
- Industrial
- Public facilities
- Open space
- Agricultural
- Mixed use
- Planned development
- Specific plan
- Other
- Planed development - overlay
- No zoning data available

Zoning: **Restricted Density Multiple Dwelling (RD1.5)**

## 4. Land Use

On this map, view the current land use for a property. The land use specifies how a property is used or what type of building is present on that property.



- Single family
- 2-4 family
- Condominium/Coop units
- Other residential
- Apartments/Multi-Family
- Office
- Retail
- Hotel/Motel/Other accommodation
- Restaurants
- Manufacturing/Storage facilities
- Other industrial

- Public services/Facilities
- Education
- Cemeteries and other religious
- Hospitals/Care facilities
- Other institutional
- Entertainment/Recreation
- Agricultural
- Parks
- Mixed use
- Vacant land
- Other
- Unknown

Land use: **Three Units (Any Combination) - 4 Stories or Less (0300)**

# Development

## 1. Land

| | |
|---|---|
| Property class | **Three Units (Any Combination) - 4 Stories or Less (0300)** |
| Zoning | **Restricted Density Multiple Dwelling (RD1.5)** |
| Acreage | **0.164** |
| Buildings on lot | **3** |
| Total square footage | **2,008** |
| Units | **3** |
| Weed hazard | **No** |

## 2. Building

### Buildings & Improvements

| Type | Square footage | Year built | Bedrooms | Bathrooms | Year remodeled |
|---|---|---|---|---|---|
| Single family | 792 | 1932 | 1 | 2 | 1972 |
| Single family | 624 | 1925 | 1 | 1 | 1972 |
| Single family | 592 | 1922 | 1 | 1 | 1972 |

## 2. Inspections

| Inspected | Inspection | Type | Remarks | Scheduled | Permit type | Permit |
|-----------|-----------|------|---------|-----------|-------------|--------|
| 02/07/2025 | | Special/order compliance | | | | 210423000001605 |
| 01/27/2020 | | Final | | | | 190427000030681 |
| 01/03/2020 | | Final | | | | 190427000030680 |
| 01/03/2020 | | Final | | | | 190427000030681 |
| 01/03/2020 | | Final | | | | 190427000030684 |
| 02/22/2019 | | Smoke detectors | | | | 190161000004568 |
| 02/22/2019 | | Final | | | | 190161000004568 |

Inspections information is updated monthly.

# Permits

## 1. Permits

| Issued | Permit | Type | Work type | Expires | Value | Status |
|---|---|---|---|---|---|---|
| 02/08/2021 | 210423000001604 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Install 1 water meter | | | | | | |
| 02/02/2021 | 210423000001605 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Install 1 water meter | | | | | | |
| 12/16/2019 | 190427000030680 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Change out water heater, same location. | | | | | | |
| 12/16/2019 | 190427000030684 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Change out water heater same location. | | | | | | |
| 12/16/2019 | 190427000030681 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Change out water heater same location. | | | | | | |
| 02/19/2019 | 190161000004568 | Bldg-alter/repair | Apartment | | $1,500 | No plan check |
| Re-roof with class a or B material weighing less than 6 pounds per sq. | | | | | | |
| 01/19/2005 | 50417000001113 | Electrical | Apartment | 06/30/2005 | | No plan check |
| Upgrade electrical service in laundry room. | | | | | | |
| 01/19/2005 | 50427000001434 | Plumbing | Apartment | 06/30/2005 | | No plan check |
| Install new clothes washers | | | | | | |
| 04/20/1998 | 980167000007273 | Bldg-alter/repair | 1 or 2 family dwelling | | $5,000 | No plan check |
| Replace roof, 13 squares, change windows, stucco, security bars, move | | | | | | |

Permit information is updated monthly.

# 6. Assessment History

| Year | Property class | Assessment value | Total tax rate | Property tax |
|------|----------------|------------------|----------------|--------------|
| 2024-2025 | Three Units (Any Combination) - 4 Stories or Less | $614,076 | 1.1997 | $7,367 |
| 2023-2024 | Three Units (Any Combination) - 4 Stories or Less | $602,040 | 1.1994 | $7,221 |
| 2022-2023 | Three Units (Any Combination) - 4 Stories or Less | $463,176 | 1.1655 | $5,398 |
| 2021-2022 | Three Units (Any Combination) - 4 Stories or Less | $454,100 | 1.1752 | $5,337 |
| 2020-2021 | Three Units (Any Combination) - 4 Stories or Less | $449,447 | 1.200129 | $5,394 |
| 2019-2020 | Three Units (Any Combination) - 4 Stories or Less | $432,006 | 1.174279 | $5,073 |
| 2018-2019 | Three Units (Any Combination) - 4 Stories or Less | $423,540 | 1.196 | $5,066 |
| 2017-2018 | Three Units (Any Combination) - 4 Stories or Less | $415,240 | 1.193 | $4,954 |
| 2016-2017 | Three Units (Any Combination) - 4 Stories or Less | $259,244 | 1.1918 | $3,090 |
| 2015-2016 | Three Units (Any Combination) - 4 Stories or Less | $255,355 | 1.192 | $3,044 |
| 2014-2015 | Three Units (Any Combination) - 4 Stories or Less | $250,358 | 1.2187 | $3,051 |
| 2013-2014 | Three Units Residential | $249,229 | 1.2242 | $3,051 |
| 2012-2013 | Three Units Residential | $244,348 | 1.2655 | $3,092 |
| 2011-2012 | Three Units Residential | $239,562 | 1.2458 | $2,985 |
| 2010-2011 | Three Units | $237,775 | 1.2699 | $3,019 |



For more information please visit the web pages of California State Board of Equalization, Los Angeles County's Assessor, Treasurer-Tax Collector or look up this property's current valuation and tax situation.



This map shows property tax in correlation with square footage of the property.

| | |
|---|---|
| Above $10.00 | $4.00 - $5.00 |
| $9.00 - $10.00 | $3.00 - $4.00 |
| $8.00 - $9.00 | $2.00 - $3.00 |
| $7.00 - $8.00 | $1.00 - $2.00 |
| $6.00 - $7.00 | Below $1.00 |
| $5.00 - $6.00 | No Data |

Multiple properties on the same parcel. Color coordinates with the price ranges above.

| | |
|---|---:|
| Property tax | **$7,367** |
| Tax year | **2024-2025** |
| Square feet | **2,008** |
| Tax per sqft | **$4** |

## 5. Special Assessments and Penalties

### Special Assessments

Abatements, financial assistance programs and non-ad valorem taxes levied as special taxes / direct assessments are applicable for this property.

| Code | Description | Bill description | Tax levied | Phone number |
|---|---|---|---|---|
| 00177 | "safe | Clean water program funding measure W" | $142 | |
| 03694 | LA county regional park and open space district | Rposd measure a | $36 | (833) 265-2600 |
| 18851 | Los angeles city light maintenance | City LT maint | $53 | (213) 847-1821 |
| 03071 | Los angeles county flood | Control flood control | $51 | (626) 979-5498 |
| 00170 | Los angeles county trauma/emerg SRVS | Trauma/emerg SRV | $100 | (866) 587-2862 |
| 18850 | Los angeles landscape & lighting dist #96-1 | Lacity park dist | $34 | (213) 485-4795 |
| 18869 | Los angeles-stormwater pollution abatement | LA stormwater | $40 | (213) 485-2294 |
| 06111 | West vector mosquito | LA west mosq ab | $10 | (310) 915-7370 |

*Assessed value* is calculated based on market value using a base year value. A property's original base value is its 1975-1976 market value and can be adjusted each year by no more than 2% to account for inflation. However, if there has been a change in ownership or completed new construction, the new assessed value will be the market value of the property as of the date that it changed ownership or was newly constructed.

| | | 24/25 | | Estimated 25/26 |
|---|---|---|---|---|
| Land value | | $468,180 | | $477,544 |
| Improvement value | + | $145,656 | + | $148,569 |
| Personal property value | + | $240 | + | $245 |
| **Assessed market value** | = | **$614,076** | = | **$626,358** |

## Exemptions and Taxable Value

*Taxable value* represents the assessed value less any tax exemptions that apply. The State of California Constitution provides a variety of full and partial exemptions such as homeowners, veterans, disabled veterans, that may lower the property's tax bill. Exemptions are subject to rigid filing deadlines.

This property does not benefit from any exemption, therefore the taxable value is equal to the assessed value.

## Property Tax

*Base tax* is calculated by multiplying the property's assessed value by all the tax rates applicable to it and is an estimate of what an owner not benefiting from any exemptions, special assessments or penalties would pay.

| Tax description | Assessed value 24/25 | | Tax rate 24/25 | | Tax amount 24/25 |
|---|---|---|---|---|---|
| City-Los Angeles | $614,076 | x | 0.0133 | = | $81.75 |
| Commnty College | $614,076 | x | 0.0514 | = | $315.40 |
| General | $614,076 | x | 1.0000 | = | $6,140.76 |
| Metro Water Dist | $614,076 | x | 0.0070 | = | $42.99 |
| Unified Schools | $614,076 | x | 0.1280 | = | $786.13 |
| **Base tax** | **$614,076** | x | **1.1997** | = | **$7,367** |

*Current tax* is an estimate of what an owner pays including special taxes/direct assessments and penalties.

| | | | |
|---|---|---|---|
| Base tax | | | $7,367 |
| Special assessments | | + | $468 |
| **Current tax** | | = | **$7,835** |

### 2025-2026 Estimated Tax Bill

The estimated tax bill is calculated based on the assessed value without adding exemptions. If no changes are made to the way Los Angeles computes property taxes, we estimate that the **2025-2026** tax bill will be as follows:

| Tax description | Assessed value 25/26 | | Tax rate 24/25 | | Tax amount 25/26 |
|---|---|---|---|---|---|
| **Estimated property tax** | **$626,358** | x | **1.1997** | = | **$7,514** |

Actual taxes might differ from the figures displayed here due to various abatements and financial assistance programs or to non ad-valorem taxes levied as special taxes / direct assessments.

| Date | Type | Amount | Grantor | Grantee | Document # |
|------|------|--------|---------|---------|------------|
| | | | Teresa | | |
| 12/01/2016 | Grant deed (Sale for consideration - full DTT - Single parcel sale) | $415,000 | Salinas Jesus Rivas Salinas Tomasa | Lazaro Jose Zuniga Zuniga Maria Teresa | 20161509383 |
| 07/03/1990 | Deed | $170,000 | Secured Equities | Salinas, Jesus R & Tomasa 6003 Corona Ave Huntington Park CA 90255 | 19901177112 |
| 07/03/1990 | Deed | $80,000 | Pelayo Ruben | Secured Equities | 19901177111 |
| 02/27/1989 | Deed | | Pella | Pelayo Ruben | 19890306776 |

# Documents

## 1. Title Documents

⬇ Export to Excel (11 records)

| Date | Type | Amount | Party 1 | Party 2 | Maturity | Document | Doc image |
|------|------|--------|---------|---------|----------|----------|-----------|
| 11/03/2022 | Reconveyance Substitution trustee | | Corelogic Solutions LLC Lazaro Jose Zuniga Mortgage Electronic Registration Systems INC Sun West Mortgage Company INC Zuniga Lazaro Jose Zuniga Maria Teresa  the other 3 parties | Corelogic Solutions LLC Lazaro Jose Zuniga Zuniga Lazaro Jose Zuniga Maria Teresa  the other 1 party | | 20221043464 | 📄 |
| 10/21/2022 | Trust deed | $40,000,000 | Lee Young Ja | New Wave Lending Group INC | 11/01/2052 | 20221007641 | 📄 |
| 10/21/2022 | Grant deed (Sale for consideration - full DTT - Single parcel sale) | $590,000 | The Zuniga Family Trust Zuniga Jose Trustee Zuniga Maria Teresa Trustee | Lee Young Ja | | 20221007640 | 📄 |
| 02/19/2021 | Grant deed - M | | Cloveworth LLC | Lajoma Corporation | | 20210286053 | 📄 |
| 11/06/2018 | Quitclaim deed (File correction - Single parcel sale) | | Lazaro Jose Zuniga Zuniga Jose Zuniga Maria Teresa | Zuniga Family Trust November 6 2018 Zuniga Jose Trustee Zuniga Maria Teresa Trustee | | 20181125039 | 📄 |
| 10/18/2017 | Trust deed | $350,000 | Lazaro Jose Zuniga Zuniga Maria Teresa | Sun West Mortgage Company INC | 11/01/2047 | 20171192247 | 📄 |
| 12/01/2016 | Trust deed | $311,250 | Lazaro Jose Zuniga Zuniga Maria | Imortgage Loandepot. Com LLC | 12/01/2046 | 20161509384 | 📄 |

# Contacts

## 1. Registered Owner

**Lee,Young Ja**

3130 E Thousand Oaks Blvd #104
Thousand Oaks, CA 91362
Source: **Assessment Roll**
Last recorded: **06/07/2024**

You have **2** searches left in your People Search trial

## 2. Building Contacts

### Contacts from Building Permits

| Registration date | Role | Name | Address | Phone number |
|---|---|---|---|---|
| 02/08/2021 | Applicant | Joshua Felix Lucero | | |
| 02/08/2021 | Applicant | Osbaldo Frias | | (323) 333-8697 |
| 02/08/2021 | Owner | Zuniga,Jose And Maria T Trs | Los Angeles CA 90011 | |
| 02/08/2021 | Contractor | E B S Plumbing | Los Angeles CA | (323) 333-8697 |



## Tanisha Brown

**Owner | Communication Products, Tbg Partners**

Cell: (310) 349-9218 | Phone: (310) 349-9218

tbrown@tbaconsultingfirm.org | thebrowngroupla.com

---

**Property Report** by PropertyShark.com, for:

## 937 W 68th St, Los Angeles, CA 90044

## General

# 1. Overview

## Location

| | |
|---|---|
| Property address | **937 W 68th St** **Los Angeles, CA 90044** |
| Alternate address(es) | **937 1/2 W 68th St** **939 W 68th St** |
| County | **Los Angeles** |
| Lat/long | **33.97847,-118.29060** |
| Parcel ID | **6013009010** |

## Legal Description

SOUTH VERMONT AVE TRACT LOT 75

## Owner

| | |
|---|---|
| Name | **Lee,Young Ja** |
| Address | **3130 E Thousand Oaks Blvd** **#104** **Thousand Oaks, CA 91362** |
| People Search | **You have 2 complimentary People Searches left** |
| Purchase date | **10/21/2022** |
| Purchase price | **$590,000** |

## Neighborhood

| | |
|---|---|
| Neighborhood | **Vermont - Slauson** |
| School district | **Los Angeles Unified School District** |
| Municipality | **Los Angeles** |
| Assessor map | |
| Index map | |

## Property Tax

| | |
|---|---|
| Tax year | **2024-2025** |
| Land value | **$468,180** |
| Building value | **$145,896** |
| Market value | **$614,076** |
| Base tax | **$7,367** |
| Current tax | **$7,835** |

## Land

| | |
|---|---|
| Property class | **Three Units (Any Combination) - 4 Stories or Less (0300)** |
| Zoning | **Restricted Density Multiple Dwelling (RD1.5)** |
| Acreage | **0.164** |
| Buildings on lot | **3** |
| Total square footage | **2,008** |
| Units | **3** |
| Weed hazard | **No** |

## Building

| | |
|---|---|
| Square footage | **792** |
| Year built | **1932** |
| Year remodeled | **1972** |
| Stories | **4 or less** |
| Bedrooms | **1** |
| Bathrooms | **2** |

## 2. Sales & Values Maps

### Date of Last Sale



Sale age: **2 years & 174 days**

This map shows the most recent sales around the subject property, with darker colors indicating more recent sales.

- First half of 2024
- Second half of 2023
- First half of 2023
- Second half of 2022
- First half of 2022
- All 2021
- 2019 - 2020
- < 2019
- No data

The map is based only on valid sales with a recorded price over $1000.

### Price per Square Foot



On this color-coded map, view the price paid per square foot around the subject property.

| | |
|---|---|
| Building sqft | **2,008** |
| Sale price | **$590,000** |
| Price per sqft | **$293** |

- Below $100
- $100 - $250
- $250 - $400
- $400 - $550
- $550 - $700
- $700 - $850
- $850 - $1000
- Above $1000
- No data

Multiple properties on the same parcel. Color coordinates with the price ranges above.

Note: The map displays Price Per Square Foot ($/sqft) for properties sold in the last 5 years.

# Neighborhood

## 1. Neighborhood Price History

| | | | |
|---|---|---|---|
| Median price/sqft | **$815** | Property type | **Three Units (Any Combination) -** |
| Neighboring properties | **11** | | **4 Stories or Less** |
| | | Since sale date | **10/12/2023** |
| | | Radius | **1.5** |

**Recent sales of similar properties**

| Address | Distance | Sale date | Sale price | Square footage | Price/sqft |
|---|---|---|---|---|---|
| 515 W 70th St | 0.44 | 11/21/2024 | $570,000 | 906 | $629 |
| 833 W 75th St | 0.47 | 03/27/2025 | $680,000 | 910 | $747 |
| 5960 S Figueroa St | 0.68 | 01/12/2024 | $685,000 | 880 | $778 |
| 812 W 65th St | 0.19 | 01/25/2024 | $675,000 | 832 | $811 |
| 820 W 76th St | 0.58 | 07/02/2024 | $650,000 | 800 | $812 |
| 436 W 68th St | 0.51 | 05/29/2024 | $685,000 | 840 | $815 |
| 852 W 75th St | 0.50 | 01/21/2025 | $680,000 | 806 | $843 |
| 7018 Estrella Ave | 0.40 | 09/12/2024 | $760,000 | 864 | $879 |
| 432 W 74th St | 0.66 | 07/10/2024 | $750,000 | 840 | $892 |
| 6900 S Halldale Ave | 0.68 | 11/22/2023 | $750,000 | 705 | $1,063 |
| 842 W Gage Ave | 0.25 | 12/12/2023 | $930,000 | 728 | $1,277 |

Use our Comparable Sales Tool to select your own list of recent sales.

## 5. Urban Landscape Maps

### Building Stories



On this map, view the number of stories per building.



- 10 & Up stories
- 7 to 9 Stories
- 5 to 6 Stories
- 4 Stories
- 3 Stories
- 2 Stories
- 1 Story
- No data

Stories: 4

### Year Built



On this map, view the year each property was built.

- >2020
- 2011-2020
- 2001-2010
- 1981-2000
- 1961-1980
- 1941-1960
- 1900-1940
- <1900

Year built: 1932

## 3. Zoning

Properties can be classified by zoning and building class. Los Angeles County is divided into four basic zoning districts: residential (R), commercial (C), agricultural(A) and manufacturing (M).These basic zoning districts are subdivided by the intensity of use. For more information about zoning districts click here.



Major zoning groups:
- Multi-family
- Single family
- Other residential
- Commercial
- Office
- Industrial
- Public facilities
- Open space
- Agricultural
- Mixed use
- Planned development
- Specific plan
- Other
- Planed development - overlay
- No zoning data available

Zoning: **Restricted Density Multiple Dwelling (RD1.5)**

## 4. Land Use

On this map, view the current land use for a property. The land use specifies how a property is used or what type of building is present on that property.



- Single family
- 2-4 family
- Condominium/Coop units
- Other residential
- Apartments/Multi-Family
- Office
- Retail
- Hotel/Motel/Other accommodation
- Restaurants
- Manufacturing/Storage facilities
- Other industrial
- Public services/Facilities
- Education
- Cemeteries and other religious
- Hospitals/Care facilities
- Other institutional
- Entertaiment/Recreation
- Agricultural
- Parks
- Mixed use
- Vacant land
- Other
- Unknown

Land use: **Three Units (Any Combination) - 4 Stories or Less (0300)**

# Development

## 1. Land

| | |
|---|---|
| Property class | **Three Units (Any Combination) - 4 Stories or Less (0300)** |
| Zoning | **Restricted Density Multiple Dwelling (RD1.5)** |
| Acreage | **0.164** |
| Buildings on lot | **3** |
| Total square footage | **2,008** |
| Units | **3** |
| Weed hazard | **No** |

## 2. Building

**Buildings & Improvements**

| Type | Square footage | Year built | Bedrooms | Bathrooms | Year remodeled |
|---|---|---|---|---|---|
| Single family | 792 | 1932 | 1 | 2 | 1972 |
| Single family | 624 | 1925 | 1 | 1 | 1972 |
| Single family | 592 | 1922 | 1 | 1 | 1972 |

## 2. Inspections

| Inspected | Inspection | Type | Remarks | Scheduled | Permit type | Permit |
|---|---|---|---|---|---|---|
| 02/07/2025 | | Special/order compliance | | | | 210423000001605 |
| 01/27/2020 | | Final | | | | 190427000030681 |
| 01/03/2020 | | Final | | | | 190427000030680 |
| 01/03/2020 | | Final | | | | 190427000030681 |
| 01/03/2020 | | Final | | | | 190427000030684 |
| 02/22/2019 | | Smoke detectors | | | | 190161000004568 |
| 02/22/2019 | | Final | | | | 190161000004568 |

Inspections information is updated monthly.

# Permits

## 1. Permits

| Issued | Permit | Type | Work type | Expires | Value | Status |
|---|---|---|---|---|---|---|
| 02/08/2021 | 210423000001604 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Install 1 water meter | | | | | | |
| 02/02/2021 | 210423000001605 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Install 1 water meter | | | | | | |
| 12/16/2019 | 190427000030680 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Change out water heater, same location. | | | | | | |
| 12/16/2019 | 190427000030684 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Change out water heater same location. | | | | | | |
| 12/16/2019 | 190427000030681 | Plumbing | 1 or 2 family dwelling | 06/30/2021 | | No plan check |
| Change out water heater same location. | | | | | | |
| 02/19/2019 | 190161000004568 | Bldg-alter/repair | Apartment | | $1,500 | No plan check |
| Re-roof with class a or B material weighing less than 6 pounds per sq. | | | | | | |
| 01/19/2005 | 50417000001113 | Electrical | Apartment | 06/30/2005 | | No plan check |
| Upgrade electrical service in laundry room. | | | | | | |
| 01/19/2005 | 50427000001434 | Plumbing | Apartment | 06/30/2005 | | No plan check |
| Install new clothes washers | | | | | | |
| 04/20/1998 | 980167000007273 | Bldg-alter/repair | 1 or 2 family dwelling | | $5,000 | No plan check |
| Replace roof, 13 squares, change windows, stucco, security bars, move | | | | | | |

Permit information is updated monthly.

# Taxes

## 1. Tax Bill

| | |
|---|---|
| Property tax bill for 07/01/2024 to 06/30/2025 | **$7,835** |

## 2. Key Values in Calculating the Bill

| | |
|---|---|
| Assessed market value | **$614,076** |
| Total exemption value | **$0** |
| Taxable value | **$614,076** |
| Special assessments | **$468** |
| Tax penalties | **$0** |

## 3. Base Year Values

Proposition 13 establishes a **base year value** for real estate and limits increases in the taxable value. It limits annual increases in the base year value of real property to **no more than 2%**, except: *change in ownership, new construction, new construction partially completed on the lien date (January 1) or decline-in-value.*

| Description | Base year | Base value |
|---|---|---|
| Land value | 2023 | $450,000 |
| Improvement value | 2023 | $140,000 |
| **Assessed value** | | **$590,000** |

## 4. Property Tax Calculation

The California Constitution mandates that all property is subject to taxation unless otherwise exempted by state or federal law. Proposition 13, enacted in 1978, forms the basis for the current property tax laws. Both real and personal property are generally subject to ad valorem taxation; that is, they are taxed in proportion to their value. Taxes which constitute a lien on real property are referred to as secured. Almost all real property taxes are secured. Most personal property taxes are unsecured. Some taxes on personal property may also be secured to the real property of the assessee, upon request and subject to certain conditions.

**Assessed Market Value**

*Assessed value* is calculated based on market value using a base year value. A property's original base value is its 1975-1976 market value and can be adjusted each year by no more than 2% to account for inflation. However, if there has been a change in ownership or completed new construction, the new assessed value will be the market value of the property as of the date that it changed ownership or was newly constructed.

|  |  | 24/25 |  | Estimated 25/26 |
|---|---|---|---|---|
| Land value |  | $468,180 |  | $477,544 |
| Improvement value | + | $145,656 | + | $148,569 |
| Personal property value | + | $240 | + | $245 |
| **Assessed market value** | = | **$614,076** | = | **$626,358** |

### Exemptions and Taxable Value

*Taxable value* represents the assessed value less any tax exemptions that apply. The State of California Constitution provides a variety of full and partial exemptions such as homeowners, veterans, disabled veterans, that may lower the property's tax bill. Exemptions are subject to rigid filing deadlines.

This property does not benefit from any exemption, therefore the taxable value is equal to the assessed value.

## Property Tax

*Base tax* is calculated by multiplying the property's assessed value by all the tax rates applicable to it and is an estimate of what an owner not benefiting from any exemptions, special assessments or penalties would pay.

| Tax description | Assessed value 24/25 |  | Tax rate 24/25 |  | Tax amount 24/25 |
|---|---|---|---|---|---|
| City-Los Angeles | $614,076 | x | 0.0133 | = | $81.75 |
| Commnty College | $614,076 | x | 0.0514 | = | $315.40 |
| General | $614,076 | x | 1.0000 | = | $6,140.76 |
| Metro Water Dist | $614,076 | x | 0.0070 | = | $42.99 |
| Unified Schools | $614,076 | x | 0.1280 | = | $786.13 |
| **Base tax** | **$614,076** | x | **1.1997** | = | **$7,367** |

*Current tax* is an estimate of what an owner pays including special taxes/direct assessments and penalties.

| Base tax |  | $7,367 |
|---|---|---|
| Special assessments | + | $468 |
| **Current tax** | = | **$7,835** |

### 2025-2026 Estimated Tax Bill

The estimated tax bill is calculated based on the assessed value without adding exemptions. If no changes are made to the way Los Angeles computes property taxes, we estimate that the **2025-2026** tax bill will be as follows:

| Tax description | Assessed value 25/26 |  | Tax rate 24/25 |  | Tax amount 25/26 |
|---|---|---|---|---|---|
| **Estimated property tax** | **$626,358** | x | **1.1997** | = | **$7,514** |

Actual taxes might differ from the figures displayed here due to various abatements and financial assistance programs or to non ad-valorem taxes levied as special taxes / direct assessments.

| | | | Teresa | | |
|---|---|---|---|---|---|
| 12/01/2016 | Grant deed (Sale for consideration - full DTT - Single parcel sale) | $415,000 | Salinas Jesus Rivas<br>Salinas Tomasa | Lazaro Jose Zuniga<br>Zuniga Maria Teresa | 20161509383 |
| 07/03/1990 | Deed | $170,000 | Secured Equities | Salinas, Jesus R & Tomasa<br>6003 Corona Ave<br>Huntington Park CA 90255 | 19901177112 |
| 07/03/1990 | Deed | $80,000 | Pelayo Ruben | Secured Equities | 19901177111 |
| 02/27/1989 | Deed | | Pella | Pelayo Ruben | 19890306776 |

## 6. Assessment History

| Year | Property class | Assessment value | Total tax rate | Property tax |
|---|---|---|---|---|
| 2024-2025 | Three Units (Any Combination) - 4 Stories or Less | $614,076 | 1.1997 | $7,367 |
| 2023-2024 | Three Units (Any Combination) - 4 Stories or Less | $602,040 | 1.1994 | $7,221 |
| 2022-2023 | Three Units (Any Combination) - 4 Stories or Less | $463,176 | 1.1655 | $5,398 |
| 2021-2022 | Three Units (Any Combination) - 4 Stories or Less | $454,100 | 1.1752 | $5,337 |
| 2020-2021 | Three Units (Any Combination) - 4 Stories or Less | $449,447 | 1.200129 | $5,394 |
| 2019-2020 | Three Units (Any Combination) - 4 Stories or Less | $432,006 | 1.174279 | $5,073 |
| 2018-2019 | Three Units (Any Combination) - 4 Stories or Less | $423,540 | 1.196 | $5,066 |
| 2017-2018 | Three Units (Any Combination) - 4 Stories or Less | $415,240 | 1.193 | $4,954 |
| 2016-2017 | Three Units (Any Combination) - 4 Stories or Less | $259,244 | 1.1918 | $3,090 |
| 2015-2016 | Three Units (Any Combination) - 4 Stories or Less | $255,355 | 1.192 | $3,044 |
| 2014-2015 | Three Units (Any Combination) - 4 Stories or Less | $250,358 | 1.2187 | $3,051 |
| 2013-2014 | Three Units Residential | $249,229 | 1.2242 | $3,051 |
| 2012-2013 | Three Units Residential | $244,348 | 1.2655 | $3,092 |
| 2011-2012 | Three Units Residential | $239,562 | 1.2458 | $2,985 |
| 2010-2011 | Three Units | $237,775 | 1.2699 | $3,019 |



Property tax

10,000

5,000

0

2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024

For more information please visit the web pages of California State Board of Equalization, Los Angeles County's Assessor, Treasurer-Tax Collector or look up this property's current valuation and tax situation.



This map shows property tax in correlation with square footage of the property.

| | |
|---|---|
| ▨ Above $10.00 | ▨ $4.00 - $5.00 |
| ▨ $9.00 - $10.00 | ▨ $3.00 - $4.00 |
| ▨ $8.00 - $9.00 | ▨ $2.00 - $3.00 |
| ▨ $7.00 - $8.00 | ▨ $1.00 - $2.00 |
| ▨ $6.00 - $7.00 | ▨ Below $1.00 |
| ▨ $5.00 - $6.00 | ▨ No Data |

▨ Multiple properties on the same parcel.
Color coordinates with the price ranges above.

| | |
|---|---|
| Property tax | **$7,367** |
| Tax year | **2024-2025** |
| Square feet | **2,008** |
| Tax per sqft | **$4** |

# 5. Special Assessments and Penalties

## Special Assessments

Abatements, financial assistance programs and non-ad valorem taxes levied as special taxes / direct assessments are applicable for this property.

| Code | Description | Bill description | Tax levied | Phone number |
|---|---|---|---|---|
| 00177 | "safe | Clean water program funding measure W" | $142 | |
| 03694 | LA county regional park and open space district | Rposd measure a | $36 | (833) 265-2600 |
| 18851 | Los angeles city light maintenance | City LT maint | $53 | (213) 847-1821 |
| 03071 | Los angeles county flood | Control flood control | $51 | (626) 979-5498 |
| 00170 | Los angeles county trauma/emerg SRVS | Trauma/emerg SRV | $100 | (866) 587-2862 |
| 18850 | Los angeles landscape & lighting dist #96-1 | Lacity park dist | $34 | (213) 485-4795 |
| 18869 | Los angeles-stormwater pollution abatement | LA stormwater | $40 | (213) 485-2294 |
| 06111 | West vector mosquito | LA west mosq ab | $10 | (310) 915-7370 |

# Documents

## 1. Title Documents

⬚ Export to Excel (11 records)

| Date | Type | Amount | Party 1 | Party 2 | Maturity | Document | Doc image |
|------|------|--------|---------|---------|----------|----------|-----------|
| 11/03/2022 | Reconveyance Substitution trustee | | Corelogic Solutions LLC Lazaro Jose Zuniga Mortgage Electronic Registration Systems INC Sun West Mortgage Company INC Zuniga Lazaro Jose Zuniga Maria Teresa<br><br>the other 3 parties | Corelogic Solutions LLC Lazaro Jose Zuniga Zuniga Lazaro Jose Zuniga Maria Teresa<br><br>the other 1 party | | 20221043464 | 📄 |
| 10/21/2022 | Trust deed | $40,000,000 | Lee Young Ja | New Wave Lending Group INC | 11/01/2052 | 20221007641 | 📄 |
| 10/21/2022 | Grant deed (Sale for consideration - full DTT - Single parcel sale) | $590,000 | The Zuniga Family Trust Zuniga Jose Trustee Zuniga Maria Teresa Trustee | Lee Young Ja | | 20221007640 | 📄 |
| 02/19/2021 | Grant deed - M | | Cloveworth LLC | Lajoma Corporation | | 20210286053 | 📄 |
| 11/06/2018 | Quitclaim deed (File correction - Single parcel sale) | | Lazaro Jose Zuniga Zuniga Jose Zuniga Maria Teresa | Zuniga Family Trust November 6 2018 Zuniga Jose Trustee Zuniga Maria Teresa Trustee | | 20181125039 | 📄 |
| 10/18/2017 | Trust deed | $350,000 | Lazaro Jose Zuniga Zuniga Maria Teresa | Sun West Mortgage Company INC | 11/01/2047 | 20171192247 | 📄 |
| 12/01/2016 | Trust deed | $311,250 | Lazaro Jose Zuniga Zuniga Maria | Imortgage Loandepot. Com LLC | 12/01/2046 | 20161509384 | 📄 |

# Contacts

## 1. Registered Owner

**Lee,Young Ja**

3130 E Thousand Oaks Blvd #104
Thousand Oaks, CA 91362
Source: Assessment Roll
Last recorded: 06/07/2024

You have **2** searches left in your People Search trial

## 2. Building Contacts

### Contacts from Building Permits

| Registration date | Role | Name | Address | Phone number |
|---|---|---|---|---|
| 02/08/2021 | Applicant | Joshua Felix Lucero | | |
| 02/08/2021 | Applicant | Osbaldo Frias | | (323) 333-8697 |
| 02/08/2021 | Owner | Zuniga,Jose And Maria T Trs | Los Angeles CA 90011 | |
| 02/08/2021 | Contractor | E B S Plumbing | Los Angeles CA | (323) 333-8697 |



## Tanisha Brown

**Owner** | **Communication Products, Tbg Partners**

Cell: (310) 349-9218 | Phone: (310) 349-9218

tbrown@tbaconsultingfirm.org | thebrowngroupla.com

---

**Property Report** by PropertyShark.com, for:

## 937 W 68th St, Los Angeles, CA 90044

## General

# 1. Overview

## Location

| | |
|---|---|
| Property address | **937 W 68th St** |
| | **Los Angeles, CA 90044** |
| Alternate address(es) | **937 1/2 W 68th St** |
| | **939 W 68th St** |
| County | Los Angeles |
| Lat/long | **33.97847,-118.29060** |
| Parcel ID | **6013009010** |

## Legal Description

SOUTH VERMONT AVE TRACT LOT 75

## Owner

| | |
|---|---|
| Name | **Lee,Young Ja** |
| Address | **3130 E Thousand Oaks Blvd** |
| | **#104** |
| | **Thousand Oaks, CA 91362** |
| People Search | **You have 2 complimentary People Searches left** |
| Purchase date | 10/21/2022 |
| Purchase price | $590,000 |

## Neighborhood

| | |
|---|---|
| Neighborhood | **Vermont - Slauson** |
| School district | **Los Angeles Unified School District** |
| Municipality | Los Angeles |
| Assessor map | |
| Index map | |

## Property Tax

| | |
|---|---|
| Tax year | 2024-2025 |
| Land value | $468,180 |
| Building value | $145,896 |
| Market value | $614,076 |
| Base tax | $7,367 |
| Current tax | $7,835 |

## Land

| | |
|---|---|
| Property class | **Three Units (Any Combination) - 4 Stories or Less (0300)** |
| Zoning | **Restricted Density Multiple Dwelling (RD1.5)** |
| Acreage | 0.164 |
| Buildings on lot | 3 |
| Total square footage | 2,008 |
| Units | 3 |
| Weed hazard | No |

## Building

| | |
|---|---|
| Square footage | 792 |
| Year built | 1932 |
| Year remodeled | 1972 |
| Stories | 4 or less |
| Bedrooms | 1 |
| Bathrooms | 2 |